MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
JENNIFER M. FONTAINE (SBN 258901)
jfontaine@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants San Diego Unified School District; Richard Barrera; Kevin Beiser; John Lee Evans; Michael McQuary; Sharon Whitehurst-Payne; Cynthia Marten

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR QUALITY EDUCATION SAN DIEGO, an unincorporated nonprofit association; SAN DIEGO ASIAN AMERICANS FOR EQUALITY FOUNDATION, a nonprofit public-benefit corporation; SCOTT HASSON individually and as next friend on behalf of his minor child, C.H.; CHAOYIN HE, individually and as next friend on behalf of her minor child, B.H.; XUEXUN HU, individually and as next friend on behalf of his minor child, R.H.; KEVIN STEEL and MELISSA STEEL, individually and as next friends on behalf of their minor child, K.S.; JOSE VELAZQUEZ, individually and as next friend on behalf of his minor child, J.V., <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO UNIFIED SCHOOL DISTRICT; RICHARD BARRERA, in his official capacity as Board President; KEVIN BEISER, in his official capacity as Board Vice President; JOHN LEE EVANS, in his official capacity as Board member; MICHAEL MCQUARY in his official capacity as Board member; SHARON | Case No. 17CV1054 BAS JMA <br><br> **JOINT MOTION OF STIPULATED VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SAN DIEGO UNIFIED SCHOOL DISTRICT AND PLAINTIFFS' REQUEST FOR NOMINAL DAMAGES** <br><br> Judge:  Hon. Cynthia Bashant <br> Magistrate Judge: Hon. Jan M. Adler <br> Trial Date:  Not Set |

1  WHITEHURST-PAYNE, in her official capacity as Board member; CYNTHIA
2  MARTEN, in her official capacity as Superintendent,
3
        Defendants.
4

5       Defendants San Diego Unified School District, Richard Barrera, Kevin
6  Beiser, John Lee Evans, Michael McQuary, Sharon Whitehurst-Payne, Cynthia
7  Marten and Plaintiffs (collectively "the Parties") hereby submit this Joint Motion for
8  approval of the stipulated voluntary dismissal of all claims against Defendant San
9  Diego Unified School District in the First Amended Complaint and Plaintiffs'
10  request for nominal damages for the following reasons:
11     1.    Plaintiffs filed their First Amended Complaint in this Court on June 28,
12  2017.
13     2.    Plaintiffs have agreed to voluntarily dismiss all claims against
14  Defendant San Diego Unified School District with prejudice.
15     3.    Plaintiffs have agreed to voluntarily dismiss their request for nominal
16  damages against Defendant Richard Barrera, Kevin Beiser, John Lee Evans,
17  Michael McQuary, Sharon Whitehurst-Payne, and Cynthia Marten with prejudice.
18     3.    The parties will bear their own respective costs and fees in connection
19  with the dismissed claims and request for nominal damages.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WHEREFORE, the Parties request this Court enter an order dismissing Defendant San Diego Unified School District and the request for nominal damages from Plaintiffs' First Amended Complaint with prejudice.

SO STIPULATED.

Dated:  December 11, 2017

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:   */s/ Jennifer M. Fontaine*
MICHAEL C. SULLIVAN
JENNIFER M. FONTAINE
Attorneys for Defendants San Diego Unified School District; Richard Barrera; Kevin Beiser; John Lee Evans; Michael McQuary; Sharon Whitehurst-Payne; Cynthia Marten

Dated:  December 11, 2017

FREEDOM OF CONSCIENCE DEFENSE FUND

By:   */s/ Teresa L. Mendoza*
CHARLES S. LIMANDRI
TERESA L. MENDOZA
Attorneys for Plaintiffs

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Teresa L. Mendoza, counsel for Plaintiffs, and I have obtained Ms. Mendoza's authorization to affix her electronic signatures to this document.

Dated:  December 11, 2017    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:    */s/ Jennifer M. Fontaine*
MICHAEL C. SULLIVAN
JENNIFER M. FONTAINE
Attorneys for Defendants San Diego Unified School District; Richard Barrera; Kevin Beiser; John Lee Evans; Michael McQuary; Sharon Whitehurst-Payne; Cynthia Marten

# PROOF OF SERVICE

**Citizens for Quality Education San Diego et al. v. San Diego Unified School District et al.**
**Case No. 17cv01054-BAS JMA**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On December 12, 2017, I served true copies of the following document(s) described as **JOINT MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT SAN DIEGO UNIFIED SCHOOL DISTRICT AND PLAINTIFFS' REQUEST FOR NOMINAL DAMAGES** on the interested parties in this action as follows:

Charles S. LiMandri
Paul M. Jonna
Teresa L. Mendoza
Jeffrey M. Trissell
Freedom of Conscience Defense Fund
P.O. Box 9520
Rancho Santa Fe, CA  92067
Telephone: (858) 759-9948
Facsimile: (858) 759-9938
E-Mail: cslimandri@limandri.com
Attorneys for Plaintiffs

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 12, 2017, at San Diego, California.

_____
Amy Dickey

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

Case No. 17CV1054 BAS JMA