Charles S. LiMandri, SBN 11084
Paul M. Jonna, SBN 265389
Teresa L. Mendoza, SBN 185820
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, California 92067
Tel: (858) 759-9948; Fax: (858) 759-9938
cslimandri@limandri.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Citizens For Quality Education San Diego,** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **San Diego Unified School District,** *et al.*, <br><br> Defendants. | Case No. 3:17-cv-1054-BAS (JMA) <br><br> **PLAINTIFFS' EX PARTE APPLICATION FOR LIMITED EXPEDITED DISCOVERY** |

Plaintiffs respectfully apply ex parte for limited expedited discovery to develop the factual record available for its pending motion for preliminary injunction. Plaintiffs' narrowly and carefully tailored request is reasonable in light of their move for injunctive relief because it is based directly on the substance of their constitutional and statutory claims. Also, the purpose of the requested disovery will benefit both Plaintiffs and the Court with minimal burden on Defendants. This application is supported by the attached (1) Memorandum of Points and Authorities; (2) the Declaration of Charles LiMandri; and (3) Plaintiffs' proposed discovery requests.

In accordance with Rule 83.3(h) of the Local Civil Rules for the United States District Court for the Southern District of California, Plaintiffs' counsel conferred with Defendants' counsel regarding this application on February 13, 2018. Defendants are unopposed to it.

In short, granting this request for expedited discovery will enable Plaintiffs to obtain additional facts directly relevant to their request for injunctive relief. In doing so, the Court will be able to consider them in its decision, which would be in the interest of justice. A proposed Order is submitted with this application.

Respectfully submitted,

FREEDOM OF CONSCIENCE DEFENSE FUND

Dated: February 20, 2018     By:   /s/ Charles S. LiMandri
                                   Charles S. LiMandri
                                   Paul M. Jonna
                                   Teresa L. Mendoza
                                   Jeffrey M. Trissell

                                   Attorneys for PLAINTIFFS