Charles S. LiMandri, SBN 11084
Paul M. Jonna, SBN 265389
Teresa L. Mendoza, SBN 185820
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, California 92067
Tel: (858) 759-9948; Fax: (858) 759-9938
cslimandri@limandri.com

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Citizens For Quality Education San Diego**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **San Diego Unified School District**, *et al.*, <br><br> Defendants. | Case No. 3:17-cv-1054-BAS (JMA) <br><br> **DECLARATION OF CHARLES S. LIMANDRI IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LIMITED EXPEDITED DISCOVERY** |

I, CHARLES S. LIMANDRI, declare:

1. I am an attorney licensed to practice before all courts in the State of California. I am President and Chief Counsel of the Freedom of Conscience Defense Fund and a counsel of record for Plaintiffs in this case. I submit this declaration in support of Plaintiffs' Ex Parte Application for Limited Expedited Discovery.

2. This declaration is based on my personal knowledge of the facts set forth herein and the attached documents.

- 1 -
DECLARATION OF CHARLES S. LIMANDRI IN SUPPORT OF
PLAINTIFFS' EX PARTE APPLICATION FOR LIMITED EXPEDITED DISCOVERY

3. Plaintiffs' discovery request is narrowly and carefully tailored, and it is reasonable in light of their move for injunctive relief because it is based directly on the substance of their constitutional and statutory claims.

4. This request is urgent as it pertains to Plaintiffs' motion for preliminary injunction because it will allow Plaintiffs to develop the factual record for its pending motion for a preliminary injunction and especially for the hearing on the motion.

5. On February 13, 2018, my office conferred by telephone with Defendants' counsel, Ms. Jennifer Fontaine, to inform her in good faith that Plaintiffs will file this ex parte request for limited expedited discovery with this Court in concurrence with their motion for a preliminary injunction. Defendants' counsel indicated no opposition to this request. Below is the contact information for Defendants' counsel:

> Ms. Jennifer M. Fontaine
> Paul, Plevin, Sullivan & Connaughton, LLP
> 101 West Broadway, Ninth Floor
> San Diego, California 92101
> Telephone: 619-243-1573
> Email: jfontaine@paulplevin.com

6. Attached as Exhibit 1 is a true and correct copy of Plaintiffs' Proposed Discovery Request.

7. The proposed order granting this application has been filed in accordance with the Court's standing order for civil cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2018, in Rancho Santa Fe, California.

FREEDOM OF CONSCIENCE DEFENSE FUND

By: /s/ Charles S. LiMandri
Charles S. LiMandri