Charles S. LiMandri, SBN 11084
Paul M. Jonna, SBN 265389
Teresa L. Mendoza, SBN 185820
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, California 92067
Tel: (858) 759-9948; Fax: (858) 759-9938
cslimandri@limandri.com

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Citizens for Quality Education San Diego**, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**San Diego Unified School District**, *et al.*,<br><br>Defendants. | Case No. 3:17-cv-1054-BAS (JMA)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         March 26, 2018<br>Judge:        Hon. Cynthia Bashant<br>Magistrate: Hon. Jan Adler<br><br>**No Oral Argument Unless Requested by the Court** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 19, 2018, or soon after as counsel may be heard, in Courtroom 4B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, 92101, before the Honorable Cynthia Bashant, Plaintiffs will and do move for a preliminary injunction against Defendants. Plaintiffs will continue to suffer irreparable harm from the loss of their constitutional rights unless Defendants are enjoined from further implementing their

///

anti-Islamophobia Initiative ("Initiative") and maintaining their sustained and detailed relationship with the Council on American-Islamic Relations (CAIR). This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the attached declarations and exhibits, all other matters of which the Court may take judicial notice and any argument or evidence that the Court may receive at the hearing and trial on this matter.

This Motion is made on the following grounds:

- *First*, both the Initiative and Defendants' sustained and detailed relationship with CAIR constitute an impermissible preference for Islam, which violates the "No Preference Clause" of the California Constitution, art. I, § 4.
- *Second*, both the Initiative and Defendants' sustained and detailed relationship with CAIR aid religion and advance a sectarian agenda, which violates the "No Aid Clause" of the California Constitution, art. XVI, § 5.
- *Third*, both the Initiative and Defendants' sustained and detailed relationship with CAIR violate the Establishment Clause of the First Amendment to the United States Constitution.

Respectfully submitted,

FREEDOM OF CONSCIENCE DEFENSE FUND

Dated: February 20, 2018     By:   /s/ Charles S. LiMandri
                                   Charles S. LiMandri
                                   Paul M. Jonna
                                   Teresa L. Mendoza
                                   Jeffrey M. Trissell
                                   Attorneys for PLAINTIFFS