1  Charles S. LiMandri, SBN 11084
2  Paul M. Jonna, SBN 265389
   Teresa L. Mendoza, SBN 185820
3  Jeffrey M. Trissell, SBN 292480
   FREEDOM OF CONSCIENCE DEFENSE FUND
4  P.O. Box 9520
5  Rancho Santa Fe, California 92067
   Tel: (858) 759-9948; Fax: (858) 759-9938
6  cslimandri@limandri.com
7
   Attorneys for PLAINTIFFS
8
9
10            UNITED STATES DISTRICT COURT
11          SOUTHERN DISTRICT OF CALIFORNIA

12 **Citizens For Quality Education**      Case No. 3:17-cv-1054-BAS ( JMA)
13 **San Diego,** *et al.*,

14
15              Plaintiffs,              **INDEX OF EXHIBITS IN
                                         SUPPORT OF PLAINTIFFS'
16 vs.                                   MOTION FOR PRELIMINARY
                                         INJUNCTION**
17
18 **San Diego Unified School District,** *et al.*,
19
20              Defendants.
21
22
23
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

# INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Exhibit | Page # | Title / Description |
|---|---|---|
| Exhibit 1 | 2 | Declaration of Charles LiMandri |
| Exhibit 2 | 10 | Agenda Item G.5., "Proposed Direction to Superintendent to Develop Plan to Address Islamophobia and Muslim Student Safety/Bullying," from the San Diego Unified School District ("District") Board of Education's ("Board") regular board meeting on July 26, 2016 |
| Exhibit 3 | 12 | The District's notices of state-reported reports of religious-based incidents in 2015 and 2016 |
| Exhibit 4 | 31 | The District's list of unique incidents of bullying and harassment reported in 2015 and 2016 |
| Exhibit 5 | 48 | "Vision 2020/Quality Schools in Every Neighborhood District Accountability Report" presented at the April 4, 2017, District Board meeting |
| Exhibit 6 | 61 | Defendant Cynthia Marten's notes taken during a meeting with CAIR representative Hanif Mohebi on September 26, 2016 |
| Exhibit 7 | 65 | CAIR's "Proposed Outline of Services" to the District |
| Exhibit 8 | 68 | CAIR's "Vision, Mission, Core Principles" posted on its website, *available at* http://cair.com/about-us/vision-mission-core-principles.html |
| Exhibit 9 | 73 | July 4, 1998, article from the *San Ramon Valley Herald* headlined "American Muslim leader urges faithful to spread Islam's message" |
| Exhibit 10 | 75 | Printout of the rush transcript of a July 28, 2016, KPBS News radio interview with Hanif Mohebi, Executive Director of CAIR's San Diego chapter ("CAIR-SD"), entitled "San Diego Unified School Board Approves Creation of Anti-Islamophobia Plan" |
| Exhibit 11 | 80 | CAIR pamphlet entitled *Know Your Rights as a Muslim Youth at School* |
| Exhibit 12 | 83 | CAIR pamphlet entitled *An Educator's Guide to Islamic Religious Practices* |

- 1 -

| Exhibit | Page # | Title / Description |
|---|---|---|
| Exhibit 13 | 103 | Two email exchanges beginning on December 15, 2016, and January 30, 2017, respectively that include KPBS reporter Megan Burks and various District officials regarding Mohebi's visit to Logan Elementary school on February 2, 2017 |
| Exhibit 14 | 109 | February 2, 2017, article by Megan Burks for KPBS News, headlined "Anti-Islamophobia Training Rolls Out In San Diego Schools, *available at* https://goo.gl/iUCF7p |
| Exhibit 15 | 113 | Partnership Agreement between the District and CAIR-SD entered into in November 2015 |
| Exhibit 16 | 116 | Agenda Item F.3., "Proclamation Recognizing the Council on American-Islamic Relations (CAIR) San Diego Chapter," from the District Board of Education's regular board meeting on November 10, 2015; copy of said Proclamation |
| Exhibit 17 | 119 | Email exchange beginning on October 13, 2016, involving Defendant Marten and Mohebi, through which Mohebi requested, and Marten provided, a letter honoring CAIR |
| Exhibit 18 | 126 | Email exchange beginning on April 4, 2017, involving Defendant Beiser and Mohebi, through which Mohebi requested, and Beiser provided a letter of recommendation, which Mohebi had drafted |
| Exhibit 19 | 129 | Printout of a page from the CAIR California – San Diego Area website entitled "Our Board" |
| Exhibit 20 | 131 | Printout of a page from the CAIR California – Greater Los Angeles Area website entitled "Our Board" |
| Exhibit 21 | 133 | Printout of a page the CAIR California – San Diego Area website entitled "Make a One-Time Gift" |
| Exhibit 22 | 139 | Email exchange beginning March 28, 2017, among Defendant Marten, Mohebi, and various District officials, with the subject line, "April 4th Meeting and MOU" |
| Exhibit 23 | 143 | Printout of a page on the District's website entitled "Addressing Bullying of Muslim Students" |
| Exhibit 24 | 147 | #mail exchange beginning March 15, 2017, between Linda Trousdale, a District official, and Defendant Marten, with the subject line, "CAIR / Hanif Mohebi – Invitation to edit" |

/ / /

INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

317CV1054

| Exhibit | Page # | Title / Description |
|---|---|---|
| Exhibit 25 | 149 | Email exchange beginning March 6, 2017, between District officials Christopher Woehler and Linda Trousdale, with the subject line, "Muslim Instructional Materials" |
| Exhibit 26 | 151 | Email exchange beginning April 15, 2017, among District official Christopher Woehler and CAIR agent Valerie Shields, along with other District officials, with the subject line, "Books for Ramadan" |
| Exhibit 27 | 153 | Email dated April 21, 2017, from Cair agent Valerie Shields to District officials, with the subject line, "More specifics re ordering of Muslim culture books" |
| Exhibit 28 | 155 | Email dated May 10, 2017, from CAIR agent Valerie Shields to District official Stanley Anjan, cc'ing Mohebi and CAIR agents Lallia Allali and Linda William, provides a quote for the CAIR books from Barnes & Noble Booksellers for $1,236.54. |
| Exhibit 29 | 158 | Email exchange beginning on May 10, 2017, between District officials Woehler, Anjan, and Jim Solo, with the subject line, "Muslim Student Anti-Bullying Library Books." |
| Exhibit 30 | 161 | Agenda Item E.2, "REVISED 7/25/17: Addressing Tolerance Through the Comprehensive School Counseling and Guidance Plan" from the District Board of Education's regular board meeting on July 25, 2017 |
| Exhibit 31 | 164 | Email exchange on July 25, 2017, between District officials and CAIR agents, with the subject line, "Thanks for today's meeting! As promised—1st DRAFT—Creating a Toolkit of online resources for Addressing Islamophobia!" |
| Exhibit 32 | 169 | Email exchange beginning on July 26, 2017, from Defendant Marten's assistant to Mohebi and others, with the subject line "Lunch with Cindy and Andrew" |
| Exhibit 33 | 175 | Email dated July 28, 2017, from CAIR agent Linda Williams to Superintendent Marten, Defendant Board Members, and other District officials, copying Mohebi, Lallila Allali, and other CAIR agents, with the subject line "Addressing Islamophobia SDUSD." |

/ / /

/ / /

- 3 -

| Exhibit | Page # | Title / Description |
|---------|--------|---------------------|
| Exhibit 34 | 179 | Email exchange beginning August 9, 2017, among CAIR agents Linda Williams and Lallia Allali and District official Andrew Sharp, copying Defendant Marten and Mohebi, among others, with the subject line "Recommended resources to be reviewed/vetted by SDUSD Curriculum Department" |
| Exhibit 35 | 185 | CAIR's "A Beginning Toolkit of Resources for Addressing Islamophobia, and Promoting Mutual Understanding, Respect, and Harmony" |
| Exhibit 36 | 188 | CAIR agent Lallia Allali's "List of 36 Books for promoting American/Islamic Harmony" |
| Exhibit 37 | 205 | Report of a survey conducted by CAIR's California chapter entitled "Mislabeled: The Impact of Bullying and Discrimination on California Muslim Students" |
| Exhibit 38 | 223 | AP 6381, the District's administrative procedure for addressing bullying and intimidation |
| Exhibit 39 | 234 | April 4, 1993, article by Lou Gelfran for the *Minneapolis Star Tribune* entitled, "Reader Says Use of 'Fundamentalist' Hurting Muslims" |
| Exhibit 40 | 237 | July 31, 2017, letter to the San Diego Unified School District seeking records under the California Public Records Act |
| Exhibit 41 | 242 | August 1, 2017, letter to the San Diego Unified School District seeking records under the California Public Records Act |
| Exhibit 42 | 246 | September and October 2017 emails from Jeffrey Day, Legal Specialist at the District, responding to California Public Records Act requests |
| Exhibit 43 | 259 | Declaration on behalf of Plaintiff Citizens for Quality Education San Diego |
| Exhibit 44 | 263 | Declaration on behalf of Plaintiff San Diego Asian Americans for Equality Foundation |
| Exhibit 45 | 266 | Declaration of Plaintiff Scott Hasson |
| Exhibit 46 | 270 | Declaration of Plaintiff Chaoyin He |
| Exhibit 47 | 276 | Declaration of Plaintiff Xuexun Hu |

INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

317CV1054

| Exhibit | Page # | Title / Description |
|---|---|---|
| Exhibit 48 | 280 | Declaration of Plaintiff Kevin Steel |
| Exhibit 49 | 284 | Declaration of Plaintiff Jose Velazquez |
| Exhibit 50 | 288 | Copy of the United States Supreme Court's opinion in *Larson v. Valente*, 456 U.S. 228 (1982). |

Respectfully submitted,

FREEDOM OF CONSCIENCE DEFENSE FUND

Dated:  February 20, 2018          By:      /s/ Charles S. LiMandri
                                             Charles S. LiMandri
                                             Paul M. Jonna
                                             Teresa L. Mendoza
                                             Jeffrey M. Trissell
                                             Attorneys for PLAINTIFFS

**Exhibit 1**

[1]

Charles S. LiMandri, SBN 11084
Paul M. Jonna, SBN 265389
Teresa L. Mendoza, SBN 185820
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, California 92067
Tel: (858) 759-9948; Fax: (858) 759-9938
cslimandri@limandri.com

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**Citizens For Quality Education
San Diego,** *et al.***,**

            Plaintiffs,

vs.

**San Diego Unified School District,** *et al.***,**

            Defendants.

Case No. 3:17-cv-1054-BAS ( JMA)

## DECLARATION OF CHARLES S. LIMANDRI

I, CHARLES S. LIMANDRI, declare as follows:

1.      I am admitted to practice law before this Court, and I represent the Plaintiffs in this case. This declaration is in support of Plaintiffs' concurrently filed Motion for a Preliminary Injunction. I make this Declaration based on my personal knowledge.

2.      On July 31, 2017, and August 1, 2017, I submitted requests to the San Diego Unified School District [the "District"] under the California Public Records Act, seeking

**[2]**

copies of public records relating to, among other things, correspondence or communications between District officials, including Defendants, and the Council on American Islamic Relations ["CAIR"], and any individual, organization, or entity that assisted in the planning, adoption, and implementation of the anti-Islamophobia Initiative. Copies of those requests are attached hereto as Exhibits 40 and 41. Exhibits attached hereto from the District's CPRA production are each identifiable by a header beginning "FY20162017."

3.    Beginning in September 2017, Jeffrey Day, Legal Specialist at the District, responded to my public records request by several emails, producing over 700 pages of emails, correspondence, and other documents related to the anti-Islamophobia Initiative and CAIR's operations in the District. Copies of those email responses are attached hereto as Exhibit 42.

4.    Attached as Exhibit 2 is a true and correct copy of Agenda Item G.5., "Proposed Direction to Superintendent to Develop Plan to Address Islamophobia and Muslim Student Safety/Bullying," from the District Board of Education's regular board meeting on July 26, 2016. The Recommendation therein was adopted by the Board.

5.    Attached as Exhibit 3 is a true and correct copy of the District's reports of religious-based incidents in 2015 and 2016.  The incidents dated January 29, 2016, and March 8, 2016, refer to bullying based on another student's status as a Muslim.  Notably, 11 other incidents refer to bullying based on other students' status as Jews.

6.    Attached as Exhibit 4 is a true and correct copy of all unique incidents of bullying and harassment in the District in 2015 and 2016.  Notably, only a small minority of these incidents are based on religion.  (See Exhibit 3.)

7.    Attached as Exhibit 5 is a true and correct copy of the "Vision 2020/Quality Schools in Every Neighborhood District Accountability Report" presented at the April 4, 2017, District Board meeting. The report includes "Protected Class Reports" for the period of July 1, 2016, to December 31, 2016, at page 6. The report also describes the proposed Policy, including the "Action Steps" developed in conjunction with CAIR to

- 2 -

**[3]**

implement the anti-Islamophobia Initiative, at pages 7 through 12. The Board unanimously adopted the Policy.

8.    Attached as Exhibit 6 is a true and correct copy of Defendant Cynthia Marten's notes taken during a "CAIR / Hanif Mohebi Meeting" held on September 26, 2016. In the notes, Marten indicates that "Hanif wants policy" and it "[c]ould be a model." Notably, many of the items discussed at this meeting were incorporated into the Policy's Action Steps. (See Exhibit 5.)

9.    Attached as Exhibit 7 is a true and correct copy of CAIR's "Proposed Outline of Services" to the District, stating "true commitment to combat Islamophobia comes from directed training with accurate information."

10.    Attached as Exhibit 8 is a true and correct copy of CAIR's "Vision, Mission, Core Principles" posted on its website, available at http://cair.com/about-us/vision-mission-core-principles.html .

11.    Attached as Exhibit 9 is a true and correct copy of an article headlined "American Muslim leader urges faithful to spread Islam's message," *San Ramon Valley Herald* (July 4, 1998).

12.    Attached as Exhibit 10 is a true and correct copy of the rush transcript of a KPBS News radio interview with Hanif Mohebi, Executive Director of CAIR's San Diego chapter ("CAIR-SD"), entitled "San Diego Unified School Board Approves Creation of Anti-Islamophobia Plan," KPBS News (July 28, 2016).

13.    Attached as Exhibit 11 is a true and correct copy of a CAIR pamphlet entitled *Know Your Rights as a Muslim Youth at School*. (See Exhibit 14.)

14.    Attached as Exhibit 12 is a true and correct copy of a CAIR pamphlet entitled *An Educator's Guide to Islamic Religious Practices*.

15.    Attached as Exhibit 13 are true and correct copies of two email exchanges beginning on December 15, 2016, and January 30, 2017, respectively, that include KPBS reporter Megan Burks and various District officials regarding Mohebi's visit to Logan Elementary school on February 2, 2017.

[4]

16.     Attached as Exhibit 14 is a true and correct copy of an article by Megan Burks for KPBS News, headlined "Anti-Islamophobia Training Rolls Out In San Diego Schools," available at https://goo.gl/iUCF7p .  (See Exhibit 11.)

17.     Attached as Exhibit 15 is a true and correct copy of the Partnership Agreement between  the District and  CAIR-SD, entered into in November 2015 to provide "mutual assistance and benefit through shared time and resources." (This copy was appended to the District's Board of Education meeting minutes where it was approved.  The fully executed copy was not appended and has not yet been produced to Plaintiffs.)

18.     Attached as part of Exhibit 16 is a true and correct copy of Agenda Item F.3., "Proclamation Recognizing the Council on American-Islamic Relations (CAIR) San Diego Chapter," from the District Board of Education's regular board meeting on November 10, 2015. The Recommendation therein was adopted by the Board, and also attached as part of Exhibit 16 is a true and correct copy of the Proclamation.

19.     Attached as Exhibit 17 is a true and correct copy of an email exchange beginning on October 13, 2016, involving Defendant Marten and Mohebi, through which Mohebi requested, and Marten provided, a letter honoring CAIR.

20.     Attached as Exhibit 18 is a true and correct copy of an email exchange beginning on April 4, 2017 involving Defendant Beiser and Mohebi, through which Mohebi requested, and Beiser provided a letter of recommendation, which Mohebi had drafted.

21.     Attached as Exhibit 19 is a true and correct printout of a page from the CAIR California – San Diego Area website entitled "Our Board."

22.     Attached as Exhibit 20 is a true and correct printout of a page from the CAIR California – Greater Los Angeles Area website entitled "Our Board."

23.     Attached as Exhibit 21 is a true and correct printout of a page the CAIR California – San Diego Area website entitled "Make a One-Time Gift."

/ / /

24.     Attached as Exhibit 22 is a true and correct copy of an email exchange beginning March 28, 2017, among Defendant Marten, Mohebi, and various District officials, with the subject line, "April 4th Meeting and MOU."

25.     Attached as Exhibit 23 is a true and correct printout of a page on the District's website entitled "Addressing Bullying of Muslim Students."

26.     Attached as Exhibit 24 is a true and correct copy of an email exchange beginning March 15, 2017 between Linda Trousdale, a District official, and Defendant Marten, with the subject line, "CAIR / Hanif Mohebi – Invitation to edit." The email discloses that Mohebi had the authority to edit the District's forthcoming Policy.

27.     Attached as Exhibit 25 is a true and correct copy of an email exchange beginning March 6, 2017 between District officials Christopher Woehler and Linda Trousdale, with the subject line, "Muslim Instructional Materials."

28.     Attached as Exhibit 26 is a true and correct copy of an email exchange beginning April 15, 2017 among District official Christopher Woehler and CAIR agent Valerie Shields, along with two other District officials, with the subject line, "Books for Ramadan."

29.     Attached as Exhibit 27 is a true and correct copy of an email dated April 21, 2017 from Valerie Shields to District officials, with the subject line, "More specifics re ordering of Muslim culture books."

30.     Attached as Exhibit 28 is a true and correct copy of an email dated May 10, 2017, from CAIR agent Valerie Shields to District official Stanley Anjan, cc'ing Mohebi and CAIR agents Lallia Allali and Linda Williams. The email provides the quote for the CAIR books from Barnes & Noble Booksellers for $1,236.54. Shields directs Anjan to send the budget code to the District's Instructional Materials Center so that the books can be bought. Shields also tells Anjan "we need you to send a communication to staff once these books become available."

31.     Attached as Exhibit 29 is a true and correct copy of an email exchange beginning on May 10, 2017, between District officials Woehler, Anjan, and Jim Solo, with

317CV1054

[6]

the subject line, "Muslim Student Anti-Bullying Library Books." In the exchange, Woehler confirmed to Anjan that he had bought CAIR's books.

32.     Attached as Exhibit 30 is a true and correct copy of Agenda Item E.2, "REVISED 7/25/17: Addressing Tolerance Through the Comprehensive School Counseling and Guidance Plan" from the District Board of Education's regular board meeting on July 25, 2017. The Recommendation therein was technically adopted by the Board. However, Plaintiffs dispute the accuracy of some of the "Background" facts. First, the Action Steps developed in conjunction with CAIR to protect Muslim students are still in effect. (See Exhibits 31 and 33.)  Further, although Defendants' relationship with CAIR may not be a "formal partnership," the relationship between them continues.  (See Exhibits 31 – 36.)  (The continued relationship with CAIR is the subject of Plaintiffs' ex parte application for limited expedited discovery, which will be filed contemporaneously with this motion.)

33.     Attached as Exhibit 31 is a true and correct copy of an email exchange on July 25, 2017, between District officials and CAIR agents, with the subject line, "Thanks for today's meeting! As promised—1st DRAFT—Creating a Toolkit of online resources for Addressing Islamophobia!" and strategizing talking points.

34.     Attached as Exhibit 32 is a true and correct copy of an email exchange beginning on July 26, 2017, from Defendant Marten's assistant to Mohebi and others, with the subject line "Lunch with Cindy and Andrew." Defendant Barrera was also scheduled to attend.

35.     Attached as Exhibit 33 is a true and correct copy of an email dated July 28, 2017, from CAIR agent Linda Williams to Superintendent Marten, Defendant Board Members, and other District officials, copying Mohebi, Allali, and other CAIR agents, with the subject line "Addressing Islamophobia SDUSD."

36.     Attached as Exhibit 34 is a true and correct copy of an email exchange beginning August 9, 2017, among CAIR agents Linda Williams and Lallia Allali and District official Andrew Sharp, copying Defendant Marten and Mohebi, among others,

[7]

with the subject line "Recommended resources to be reviewed/vetted by SDUSD Curriculum Department." (See Exhibits 35 ["Toolkit" suggested by Linda Williams] and Exhibit 36 "A List of 36 Books for Promoting American/Islamic Harmony" compiled by Lallia Allali.)

37.   Attached as Exhibit 35 is a true and correct copy of CAIR's "A Beginning Toolkit of Resources for Addressing Islamophobia, and Promoting Mutual Understanding, Respect, and Harmony." The Toolkit was "[c]ompiled and used in presentations as of 8-23-2017" by the CAIR Committee.

38.   Attached as Exhibit 36 is a true and correct copy of CAIR agent Lallia Allali's "List of 36 Books for promoting American/Islamic Harmony" for use in the District.

39.   Attached as Exhibit 37 is a true and correct copy of a report on a survey conducted by CAIR's California chapter entitled "Mislabeled: The Impact of Bullying and Discrimination on California Muslim Students."

40.   Attached as Exhibit 38 is a true and correct copy of AP 6381, the District's administrative procedure for dealing with bullying and intimidation.

41.   Attached as Exhibit 39 is a true and correct printout of Lou Gelfran, *Reader Says Use of 'Fundamentalist' Hurting Muslims,* Minneapolis Star Tribune, April 4, 1993, at 31A.

I declare under penalty of perjury that the preceding is true and correct. Executed February 14, 2018, in Rancho Santa Fe, California.


　　　　/s/ Charles S. LiMandri
　　　　Attorney for Plaintiffs
　　　　E-Mail: cslimandri@limandri.com

**EXHIBIT 2**

[9]



## Agenda Item Details

| | |
|---|---|
| Meeting | Jul 26, 2016 - Regular Meeting, 5:00 P.M. |
| Category | G. OPERATIONAL MATTERS RESERVED FOR THE BOARD |
| Subject | 5. Proposed Direction to Superintendent to Develop Plan to Address Islamophobia and Muslim Student Safety/Bullying (Beiser/Whitehurst-Payne) |
| Type | Action |
| Fiscal Impact | No |

**RECOMMENDATION:**   Board Trustees Beiser and Whitehurst-Payne will propose that the board take action to direct the superintendent to bring back to the board a plan to address Islamophobia and the reports of bullying of Muslim students. The plan should be brought back to the board at a future date.

[Originator/Contact: Kevin Beiser and Sharon Whitehurst-Payne, Board Trustees, 619.725.5550, board@sandi.net]

Last Modified by Cheryl Ward on October 14, 2016

[10]

**EXHIBIT 3**

[11]

Incident ID: 25071975

| Field | Value |
|---|---|
| School | Lewis Middle |
| Incident Type | CA State Reporting* ▼ |
| Incident Date | 09/14/2015 🔳 |
| Time Frame | Period 3 ▼ |
| Title | [NS] Disruption/Defiance-Minor |
| Description | Student said to another "Jews suck". Student said this a few times. Told a female student he didn't want to sit next to her because she is a Christian. * |
| Location | Classroom ▼ |
| Location Description | |

View Change History

[12]

Incident ID: 25072139

**School**  Lewis Middle

**Incident Type**  CA State Reporting* ▾

**Incident Date**  09/17/2015  ▦

**Time Frame**  Period 0  ▾

**Title**  15D_S Bullying

**Description**  Student has made 3 offensive jokes (religion and race) to 3 different individuals this week. One of the students was a target for him last year. Disrupts classroom; violates directives of admin. *

**Location**  Classroom  ▾

**Location Description**

View Change History

[13]

Incident ID: 25072635

**School** Mann Middle ▾

**Incident Type** CA State Reporting^ ▾

**Incident Date** 09/29/2015 🗓

**Time Frame** Period 5 ▾

**Title** Hate Incident- Threat or Violence

**Description** Student made inappropriate comments to two girls in Science class.  He told them that he was going to bomb the school and burn the Bible. He continued to harass the two students by telling them they will burn in hell because of their religion. *

**Location** On Campus ▾

**Location Description**

View Change History

[14]

Incident ID: 25074096

School: Lewis Middle ▾

Incident Type: CA State Reporting^ ▾

Incident Date: 10/13/2015 ▦

Time Frame: Lunch ▾

Title: Disrespectful

Description: For no apparent reason, student burst into a classroom loudly asking "Is this the Jewish room".

Student was dared by peers to do this.

Location: Classroom ▾

Location Description:

[15]

Incident ID: 25074583

School | Lewis Middle ▼

Incident Type | CA State Reporting^ ▼

Incident Date | 10/19/2015 ▦

Time Frame | Period 0 ▼

Title | 14B_S Hate Incident-Offensive Comment

Description | Student made derogatory racial comments to staff. Last week student was disciplined for derogatory religious comment to a different staff member. (Blurted out loud "The mexican dude" and week before "Is this the Jewish room?") *

Location | Classroom ▼

Location Description

View Change His[tory]

[16]

Incident ID: 25078626

School

Clark Middle

Incident Type

CA State Reporting^   ▼

Incident Date

11/16/2015

Time Frame

After School   ▼

Title

15D_S Bullying                                                                *

Description

STUDENT (O) posted several YouTube videos to humiliate STUDENT (V). In the videos, STUDENT (O) ranted, used profanity, and even posed questions
about STUDENT (V)'s religion.

Location

Off Campus   ▼

Location Description

View Change History

[17]

Incident ID: 25084517

School

Preuss School UCSD

Incident Type

CA State Reporting* ▼

**Incident Date**

**01/29/2016** 📅

Time Frame

Period 1 ▼

Title

14-b Offensive comment

**Description**

Since November has been calling 6th grade student Redacted "stupid Muslim girl" "terrorist" asking about bombs she has hidden. Multiple times over a 3 month period. Met with Mom 2/4.

Location

Bus ▼

Location Description

View Change History

[18]

Incident ID: 2508741 9

School                 Marshall Elementary                                   ▼

Incident Type          CA State Reporting^      ▼

Incident Date          02/26/2016    ▦

Time Frame             Recess     ▼

Title                  17A_Harassment                                           *

Description            During recess student was saying the "F" word to several students around him.  Student also was saying that their religion sucks...and "F" them for being
                       religious.  Student is also constantly bulling students.

Location               Playground/PE Area    ▼

Location Description    lower playground

View Change History

[19]

Incident ID: 25087909

School                    Lewis Middle

Incident Type             CA State Reporting^  ▼                                    ▼

Incident Date             03/01/2016  ▦

Time Frame                Period 6  ▼

Title                     [NS] Hate Incident-Offensive Comment

Description               Student was drawing swastikas on his journal in front of a Jewish student, who has complained about anti semitic comments made by this student.    *

Location                  Classroom  ▼

Location Description

View Change History

[20]

Incident ID: 25088823

School                    Darnall E-Charter

Incident Type             CA State Reporting°   ▼

Incident Date             03/08/2016   🔳

Time Frame                Period 1   ▼

Title                     [1] 14B_S Hate Incident-Offensive Comment

Description               Student was referred because he made fun of student x. Apparently, the talk about student x's hijab started because another student asked her why she wore one and why it was part of her religion.  Student got into the conversation and wrapped a sweater over his head and said  oh I can't show my hair to the girls. Then he went on to tell her "I saw your hair once when you were fixing it in the bathroom"  student x told him to shut up and leave her alone.  He continued mocking her and she started crying.  Just yesterday, teacher mentioned to me that student is constantly making fun of his peers.  Yesterday, he was making fun of another student's shoes publicly.
Student was held out of class on an in school suspension for the rest of the day in teacher's class and I contacted his mom.

Location                  Classroom   ▼

Location Description

                                                                                                            View Change History

[21]

Incident ID: 250906662

**School** Golden Hill K-8 ▼

**Incident Type** CA State Reporting^ ▼

**Incident Date** 03/22/2016 ▦

**Time Frame** ▼

**Title** 17A_S Harassed/Intimidated/Threatened Pupil/Staff

**Description** Student was involved in making slanderous comments to a substitute teacher. He called her a Jewish pig.

**Location** ▼

**Location Description**

FY20162017.142 Expedited Request 1 and 2 Incident Reports

[22]

Incident ID: 25093173

View Change History

School                Standley Middle

Incident Type         CA State Reporting^ ▼

Incident Date         04/14/2016 ▦

Time Frame            Lunch ▼

Title                 Name Calling and Religion

Description           Student said racial slurs to a Jewish student. He also posted the word "Cancer" to her Instagram on-line. He was spoken to and his mother was called. He will write an apology and have lunch detention. He will watch a video on Jewish history.

Location              Hallway ▼

Location Description  Lunch time and passing periods.

FY20162017.142 Expedited Request 1 and 2 Incident Reports

[23]

Incident ID: 25093245

School | Standley Middle ▼

Incident Type | CA State Reporting* ▼

Incident Date | 04/14/2016 📅

Time Frame | Lunch ▼

Title | Name Calling *

Description | Student said racial slurs to a Jewish student. Motioning "Hail Hitler". He was spoken to and his mother was called. He will write an apology and have lunch detention. He will watch a video on Jewish history.

Location | Lunch Court/area ▼

Location Description | Lunch court and passing periods.

View Change History

FY20162017.142 Expedited Request 1 and 2 Incident Reports

[24]

Incident ID: 25093772

School: ALBA ▾

Incident Type: CA State Reporting* ▾

Incident Date: 04/14/2016 🗒

Time Frame: Period 6 ▾

Title: NS_Disruption/Defiance - minor *

Description: Student was making gang references. He was saying outloud that he was going to "cross out Bloods". Also, making comments that discriminate against Jewish people. Have requested parent conference numerous time, no show.

Location: Classroom ▾

Location Description: rm 5

View Change History

FY20162017.142 Expedited Request 1 and 2 Incident Reports

[25]

Incident ID: 25096229

**School** Pershing Middle

**Incident Type** CA State Reporting^ ▼

**Incident Date** 05/06/2016

**Time Frame** Lunch ▼

**Title** 14F_S Hate Incident-Vandalism/Graffiti

**Description** Student used a water bottle to draw swastikas and pentagrams on the concrete during lunch. Student had previously used chalk to write swastikas and penis" on the principals office door and a door leading to the auditorium. Images are on file at the site. *

**Location** Lunch Court/area ▼

**Location Description**

View Change History

[26]

Incident ID: 25101445

School                    Riley/New Dawn                                    ▼

Incident Type             CA State Reporting^   ▼

Incident Date             06/10/2016   ▦

Time Frame                ▼

Title                     bullying/instigating a fight

Description               Student instigated a peer regarding his religion and ethnicity this escalated into a physical altercation.                                    *

Location                  Lunch Court/area   ▼

Location Description

View Change History

FY20162017.142 Expedited Request 1 and 2 Incident Reports

[27]

**Incident ID: 25101876**

View Change History

**School**

Lewis Middle

**Incident Type**

CA State Reporting^ ▾

**Incident Date**

06/13/2016 ▦

**Time Frame**

Period 1 ▾

**Title**

[NS] Hate Incident-Offensive Comment

**Description**

Hate speech (swastikas), drug references, violent speech, and sexual explicit statements in notebook.

*

**Location**

Classroom ▾

**Location Description**

[28]

Incident ID: 25102702

**School** Gompers Preparatory Academy ▾

**Incident Type** CA State Reporting* ▾

**Incident Date** 06/21/2016 ▦

**Time Frame** Lunch ▾

**Title** [NS] Bullying

**Description** Student said "is bad enough that there are jews and germans at this school" . also he did the "Hail Hitler" salute.

**Location** Lunch Court/area ▾

**Location Description** 7th grade lunch

View Change History

[29]

**EXHIBIT 4**

[30]

FY20162017.142 Expedited Request 1 and 2 Incidents

**1516_HarassmentBullying UNIQUE INCIDENTS**

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Disability | 3 | Adams Elementary | | | 6/17/2016 |
| Race/Color/National Origin | 3 | Adams Elementary | | | 4/12/2016 |
| Sex/Gender | 3 | Adams Elementary | | | 4/12/2016 |
| Sex/Gender | 3 | Adams Elementary | Referral to Principal | 2 | 12/11/2015 |
| Sex/Gender | 3 | Adams Elementary | Referral to Principal | 1 | 5/19/2016 |
| Sexual Orientation | 3 | Adams Elementary | | | 6/17/2016 |
| Race/Color/National Origin | 331 | ALBA | Suspension | 9 | 12/11/2015 |
| Race/Color/National Origin | 331 | ALBA | Referral to Counselor | 8 | 2/9/2016 |
| Race/Color/National Origin | 331 | ALBA | Referral to Counselor | 7 | 5/4/2016 |
| Race/Color/National Origin | 331 | ALBA | | 8 | 3/11/2016 |
| Race/Color/National Origin | 331 | ALBA | | 7 | 6/16/2016 |
| Race/Color/National Origin | 331 | ALBA | | 8 | 6/16/2016 |
| Religion | 331 | ALBA | Referral to Counselor | 8 | 4/14/2016 |
| Sex/Gender | 331 | ALBA | Recommended for Expulsion | 12 | 10/14/2015 |
| Sex/Gender | 331 | ALBA | Referral to Counselor | 8 | 12/14/2015 |
| Sex/Gender | 331 | ALBA | Suspension | 8 | 1/26/2016 |
| Sex/Gender | 331 | ALBA | Suspension | 8 | 4/11/2016 |
| Sex/Gender | 331 | ALBA | | 8 | 5/3/2016 |
| Sex/Gender | 331 | ALBA | | 8 | 3/7/2016 |
| Sex/Gender | 331 | ALBA | | 8 | 5/3/2016 |
| Sex/Gender | 331 | ALBA | | 9 | 5/3/2016 |
| Sex/Gender | 331 | ALBA | Recommended for Expulsion | 7 | 6/6/2016 |
| Sex/Gender | 331 | ALBA | Referral to Counselor | 7 | 6/6/2016 |
| Sex/Gender | 331 | ALBA | | 8 | 6/9/2016 |
| Sex/Gender | 331 | ALBA | | 9 | 5/19/2016 |
| Sexual Orientation | 331 | ALBA | | 8 | 6/10/2016 |
| Sex/Gender | 9 | Audubon K-8 | Withheld Privileges | 4 | 9/29/2015 |
| Sex/Gender | 9 | Audubon K-8 | Withheld Privileges | 2 | 9/29/2015 |
| Sex/Gender | 9 | Audubon K-8 | Referral to Principal | 8 | 10/1/2015 |
| Sex/Gender | 9 | Audubon K-8 | Referral to Principal | 8 | 10/1/2015 |
| Sex/Gender | 9 | Audubon K-8 | Withheld Privileges | 8 | 10/19/2015 |
| Sex/Gender | 9 | Audubon K-8 | Withheld Privileges | 8 | 10/19/2015 |
| Sex/Gender | 9 | Audubon K-8 | Withheld Privileges | 8 | 10/19/2015 |
| Sex/Gender | 9 | Audubon K-8 | Withheld Privileges | 8 | 10/19/2015 |
| Sex/Gender | 9 | Audubon K-8 | Withheld Privileges | 4 | 10/20/2015 |
| Sex/Gender | 9 | Audubon K-8 | Conference with Students | 3 | 2/8/2016 |
| Sex/Gender | 9 | Audubon K-8 | Referral to Vice Principal | 3 | 2/8/2016 |
| Sex/Gender | 9 | Audubon K-8 | Referral to Principal | 8 | 3/24/2016 |
| Sexual Orientation | 9 | Audubon K-8 | Detention | 6 | 11/12/2015 |
| Sexual Orientation | 9 | Audubon K-8 | Detention | 5 | 11/12/2015 |
| Sexual Orientation | 9 | Audubon K-8 | Referral to Vice Principal | 5 | 3/18/2016 |
| Race/Color/National Origin | 11 | Baker Elementary | Conference with a Parent | 1 | 12/8/2015 |
| Sex/Gender | 11 | Baker Elementary | Conference with a Parent | 6 | 9/15/2015 |
| Sex/Gender | 11 | Baker Elementary | Suspension | 6 | 10/8/2015 |
| Sex/Gender | 11 | Baker Elementary | Referral to Principal | 1 | 11/17/2015 |
| Sex/Gender | 11 | Baker Elementary | Detention | 1 | 5/2/2016 |
| Sexual Orientation | 11 | Baker Elementary | Withheld Privileges | 1 | 2/19/2016 |
| Sexual Orientation | 11 | Baker Elementary | Detention | 1 | 3/2/2016 |
| Race/Color/National Origin | 21 | Bay Park Elementary | | 5 | 10/27/2015 |
| Sex/Gender | 21 | Bay Park Elementary | | 6 | 4/5/2016 |
| Disability | 302 | Bell Middle | Referral to Counselor | 8 | 10/23/2015 |
| Disability | 302 | Bell Middle | Referral to Counselor | 8 | 10/23/2015 |
| Race/Color/National Origin | 302 | Bell Middle | Referral to Vice Principal | 8 | 10/16/2015 |
| Race/Color/National Origin | 302 | Bell Middle | Referral to Vice Principal | 8 | 11/13/2015 |
| Race/Color/National Origin | 302 | Bell Middle | Referral to Counselor | 8 | 12/1/2015 |
| Race/Color/National Origin | 302 | Bell Middle | Referral to Vice Principal | 8 | 5/19/2016 |
| Sex/Gender | 302 | Bell Middle | Suspension | 8 | 9/16/2015 |
| Sex/Gender | 302 | Bell Middle | Suspension | 8 | 11/13/2015 |
| Sex/Gender | 302 | Bell Middle | Suspension | 7 | 11/9/2015 |
| Sex/Gender | 302 | Bell Middle | | 9 | 11/16/2015 |
| Sex/Gender | 302 | Bell Middle | Suspension | 8 | 11/20/2015 |
| Sex/Gender | 302 | Bell Middle | Referral to Vice Principal | 7 | 11/19/2015 |
| Sex/Gender | 302 | Bell Middle | Referral to Vice Principal | 7 | 12/14/2015 |

FY20162017.142 Expedited Request 1 and 2 Incidents

**1516_HarassmentBullying UNIQUE INCIDENTS**

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 302 | Bell Middle | Suspension | 9 | 12/15/2015 |
| Sex/Gender | 302 | Bell Middle | Referral to Student Study Team | 8 | 12/17/2015 |
| Sex/Gender | 302 | Bell Middle | Suspension | 9 | 1/25/2016 |
| Sex/Gender | 302 | Bell Middle | Referral to Vice Principal | 9 | 2/4/2016 |
| Sex/Gender | 302 | Bell Middle | Referral to Vice Principal | 8 | 2/2/2016 |
| Sex/Gender | 302 | Bell Middle | Suspension | 8 | 11/2/2015 |
| Sex/Gender | 302 | Bell Middle | Referral to Vice Principal | 8 | 3/10/2016 |
| Sex/Gender | 302 | Bell Middle | Suspension | 9 | 4/5/2016 |
| Sex/Gender | 302 | Bell Middle | Suspended from Bus | 7 | 2/26/2016 |
| Sex/Gender | 302 | Bell Middle | Referral to Vice Principal | 8 | 4/6/2016 |
| Sex/Gender | 302 | Bell Middle | Detention | 8 | 12/7/2015 |
| Sex/Gender | 302 | Bell Middle | Suspension | 9 | 2/3/2016 |
| Sex/Gender | 302 | Bell Middle | Warning | 9 | 12/17/2015 |
| Sex/Gender | 302 | Bell Middle | Conference with Students | 9 | 4/20/2016 |
| Sex/Gender | 302 | Bell Middle | P&A: No Proceed | 9 | 5/10/2016 |
| Sex/Gender | 302 | Bell Middle | Referral to Vice Principal | 9 | 12/4/2015 |
| Sex/Gender | 302 | Bell Middle | Detention | 8 | 6/3/2016 |
| Sex/Gender | 302 | Bell Middle | Suspension | 7 | 6/15/2016 |
| Sexual Orientation | 302 | Bell Middle | Referral to Vice Principal | 6 | 11/4/2015 |
| Sexual Orientation | 302 | Bell Middle | Referral to Vice Principal | 8 | 2/16/2016 |
| Disability | 293 | Benchley/Weinberger Elem | | | 5/5/2016 |
| Race/Color/National Origin | 293 | Benchley/Weinberger Elem | | | 5/19/2016 |
| Disability | 123 | Bethune K-8 | Suspension | 5 | 11/12/2015 |
| Race/Color/National Origin | 123 | Bethune K-8 | | | 6/17/2016 |
| Race/Color/National Origin | 123 | Bethune K-8 | Suspension | 6 | 11/18/2015 |
| Sex/Gender | 123 | Bethune K-8 | Recommended for Expulsion | 9 | 2/26/2016 |
| Sex/Gender | 123 | Bethune K-8 | Withheld Privileges | 8 | 3/16/2016 |
| Disability | 33 | Boone Elementary | Referral to Principal | 6 | 1/28/2016 |
| Race/Color/National Origin | 33 | Boone Elementary | Conference with Students | 5 | 6/15/2016 |
| Race/Color/National Origin | 33 | Boone Elementary | Conference with a Parent | 6 | 7/19/2016 |
| Sex/Gender | 33 | Boone Elementary | Conference with a Parent | 1 | 3/11/2016 |
| Sex/Gender | 33 | Boone Elementary | Conference with a Parent | 5 | 6/17/2016 |
| Sex/Gender | 33 | Boone Elementary | Conference with Students | 2 | 6/23/2016 |
| Sex/Gender | 39 | Burbank Elementary | Referral to Principal | 3 | 2/22/2016 |
| Sex/Gender | 80039 | Burbank Elementary State Preschool | | 3 | 6/9/2016 |
| Sexual Orientation | 41 | Cabrillo Elementary | Conference with a Parent | 5 | 10/22/2015 |
| Race/Color/National Origin | 41 | Cabrillo Elementary | Conference with a Parent | 5 | 6/7/2016 |
| Race/Color/National Origin | 55 | Carson Elementary | Referral to Counselor | 5 | 5/19/2016 |
| Sex/Gender | 55 | Carson Elementary | Referral to Counselor | 4 | 5/23/2016 |
| Sex/Gender | 55 | Carson Elementary | Conference with Students | 4 | 5/4/2016 |
| Sex/Gender | 55 | Carson Elementary | Detention | 5 | 5/3/2016 |
| Sex/Gender | 55 | Carson Elementary | Conference with a Parent | 4 | 5/16/2016 |
| Sex/Gender | 55 | Carson Elementary | Detention | 4 | 5/17/2016 |
| Sex/Gender | 55 | Carson Elementary | Detention | 4 | 5/24/2016 |
| Sex/Gender | 55 | Carson Elementary | Referral to Principal | 4 | 6/7/2016 |
| Sex/Gender | 55 | Carson Elementary | Referral to Counselor | 6 | 6/24/2016 |
| Sex/Gender | 55 | Carson Elementary | Referral to Principal | 6 | 6/24/2016 |
| Sex/Gender | 55 | Carson Elementary | Suspension | 4 | 6/28/2016 |
| Sex/Gender and Race/Color/Natic | 55 | Carson Elementary | Referral to Principal | 1 | 6/20/2016 |
| Race/Color/National Origin | 57 | Carver Elementary | Detention | 5 | 6/16/2016 |
| Race/Color/National Origin | 57 | Carver Elementary | Referral to Principal | 4 | 5/3/2016 |
| Sexual Orientation | 57 | Carver Elementary | Referral to Counselor | 4 | 5/17/2016 |
| Sex/Gender | 59 | Central Elementary | Referral to Counselor | 6 | 3/8/2016 |
| Sex/Gender | 59 | Central Elementary | | | 2/10/2016 |
| Race/Color/National Origin | 303 | Challenger Middle | Referral to Counselor | 4 | 12/8/2015 |
| Race/Color/National Origin | 303 | Challenger Middle | Detention | 8 | 1/14/2016 |
| Race/Color/National Origin | 303 | Challenger Middle | In-School Suspension | 9 | 4/8/2016 |
| Race/Color/National Origin | 303 | Challenger Middle | Detention | 9 | 4/8/2016 |
| Sex/Gender | 303 | Challenger Middle | Detention | 9 | 5/9/2016 |
| Sex/Gender | 303 | Challenger Middle | Suspension | 8 | 9/21/2015 |
| Sex/Gender | 303 | Challenger Middle | Suspension | 8 | 9/30/2016 |
| Sex/Gender | 303 | Challenger Middle | Detention | 9 | 10/8/2015 |
| Sex/Gender | 303 | Challenger Middle | Suspension | 8 | 10/14/2015 |

10/2/2017

[32]

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 303 | Challenger Middle | Suspension | 8 | 10/28/2015 |
| Sex/Gender | 303 | Challenger Middle | Computer Use Privileges Revoked | 9 | 1/22/2016 |
| Sex/Gender | 303 | Challenger Middle | Detention | 9 | 3/9/2016 |
| Sex/Gender | 303 | Challenger Middle | Detention | 8 | 3/8/2016 |
| Sex/Gender | 303 | Challenger Middle | Suspension | 7 | 3/24/2016 |
| Sex/Gender | 303 | Challenger Middle | Referral to Vice Principal | 8 | 4/25/2016 |
| Sex/Gender | 303 | Challenger Middle | Referral to Counselor | 7 | 6/13/2016 |
| Sex/Gender | 303 | Challenger Middle | Recommended for Expulsion | 8 | 6/27/2016 |
| Sexual Orientation | 303 | Challenger Middle | Conference with Students | 7 | 11/17/2015 |
| Sexual Orientation | 303 | Challenger Middle | Campus Beautification | 7 | 2/9/2016 |
| Sexual Orientation | 303 | Challenger Middle | Detention | 9 | 4/22/2016 |
| Sex/Gender | 61 | Chesterton Elementary | Referral to Counselor | 6 | 9/30/2015 |
| Sex/Gender | 63 | Chollas/Mead Elementary | | | 4/6/2016 |
| Sex/Gender | 63 | Chollas/Mead Elementary | | 1 | 2/25/2016 |
| Sex/Gender | 332 | Clairemont High | Recommended for Expulsion | 9 | 9/16/2015 |
| Sex/Gender | 332 | Clairemont High | Conference with a Parent | 10 | 11/17/2015 |
| Sex/Gender | 332 | Clairemont High | | 12 | 11/20/2015 |
| Sex/Gender | 332 | Clairemont High | | 11 | 2/25/2016 |
| Sex/Gender | 332 | Clairemont High | | 12 | 4/8/2016 |
| Sex/Gender | 332 | Clairemont High | | 11 | 5/4/2016 |
| Race/Color/National Origin | 322 | Clark Middle | Referral to Vice Principal | 8 | 9/29/2015 |
| Race/Color/National Origin | 322 | Clark Middle | Detention | 7 | 2/23/2016 |
| Religion | 322 | Clark Middle | Suspension | 7 | 11/16/2015 |
| Sex/Gender | 322 | Clark Middle | In-School Suspension | 7 | 9/16/2015 |
| Sex/Gender | 322 | Clark Middle | In-School Suspension | 7 | 9/17/2015 |
| Sex/Gender | 322 | Clark Middle | Suspension | 7 | 10/6/2015 |
| Sex/Gender | 322 | Clark Middle | In-School Suspension | 7 | 10/6/2015 |
| Sex/Gender | 322 | Clark Middle | Suspension | 7 | 10/15/2015 |
| Sex/Gender | 322 | Clark Middle | Suspension | 6 | 10/21/2015 |
| Sex/Gender | 322 | Clark Middle | Campus Beautification | 7 | 11/6/2015 |
| Sex/Gender | 322 | Clark Middle | Detention | 7 | 11/19/2015 |
| Sex/Gender | 322 | Clark Middle | Detention | 9 | 10/26/2015 |
| Sex/Gender | 322 | Clark Middle | Referral to Vice Principal | 7 | 12/4/2015 |
| Sex/Gender | 322 | Clark Middle | Suspension | 7 | 12/17/2015 |
| Sex/Gender | 322 | Clark Middle | Campus Beautification | 7 | 2/5/2016 |
| Sex/Gender | 322 | Clark Middle | Detention | 7 | 3/7/2016 |
| Sex/Gender | 322 | Clark Middle | Campus Beautification | 7 | 3/14/2016 |
| Sex/Gender | 322 | Clark Middle | Suspension | 7 | 3/17/2016 |
| Sex/Gender | 322 | Clark Middle | Detention | 7 | 3/18/2016 |
| Sex/Gender | 322 | Clark Middle | Detention | 7 | 3/18/2016 |
| Sex/Gender | 322 | Clark Middle | Conference with a Parent | 7 | 4/25/2016 |
| Sex/Gender | 322 | Clark Middle | Detention | 8 | 4/26/2016 |
| Sex/Gender | 322 | Clark Middle | Conference with Students | 8 | 5/5/2016 |
| Sex/Gender | 322 | Clark Middle | Time Out | 6 | 5/5/2016 |
| Sex/Gender | 322 | Clark Middle | Time Out | 7 | 5/5/2016 |
| Sex/Gender | 322 | Clark Middle | Suspension | 7 | 5/6/2016 |
| Sex/Gender | 322 | Clark Middle | Referral to Counselor | 7 | 4/28/2016 |
| Sex/Gender | 322 | Clark Middle | Detention | 7 | 5/4/2016 |
| Sex/Gender | 322 | Clark Middle | Detention | 7 | 5/11/2016 |
| Sex/Gender | 322 | Clark Middle | Suspension | 7 | 5/19/2016 |
| Sex/Gender | 322 | Clark Middle | Conference with a Parent | 8 | 5/26/2016 |
| Sex/Gender | 322 | Clark Middle | Detention | 7 | 5/17/2016 |
| Sex/Gender | 322 | Clark Middle | Suspension | 7 | 6/27/2016 |
| Sexual Orientation | 322 | Clark Middle | | 8 | 11/18/2015 |
| Sexual Orientation | 322 | Clark Middle | Detention | 7 | 2/29/2016 |
| Race/Color/National Origin | 65 | Clay Elementary | | | 1/7/2016 |
| Sex/Gender | 65 | Clay Elementary | | 1 | 5/13/2016 |
| Disability | 304 | Correia Middle | | | 5/2/2016 |
| Race/Color/National Origin | 304 | Correia Middle | | | 6/16/2016 |
| Race/Color/National Origin | 304 | Correia Middle | | | 6/9/2016 |
| Race/Color/National Origin | 304 | Correia Middle | Detention | 9 | 6/3/2016 |
| Sex/Gender | 304 | Correia Middle | | | 3/22/2016 |
| Sex/Gender | 304 | Correia Middle | | | 4/13/2016 |

10/2/2017

[33]

FY20162017.142 Expedited Request 1 and 2 Incidents

**1516_HarassmentBullying UNIQUE INCIDENTS**

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 304 | Correia Middle | In-School Suspension | 8 | 11/5/2015 |
| Sex/Gender | 304 | Correia Middle | Referral to Counselor | 9 | 11/17/2015 |
| Sex/Gender | 304 | Correia Middle | Suspension | 9 | 12/4/2015 |
| Sex/Gender | 304 | Correia Middle | Suspension | 9 | 3/4/2016 |
| Sex/Gender | 304 | Correia Middle | Suspension | 7 | 3/7/2016 |
| Sex/Gender | 304 | Correia Middle | Referral to Vice Principal | 9 | 3/9/2016 |
| Sex/Gender | 304 | Correia Middle | In-School Suspension | 9 | 2/23/2016 |
| Sex/Gender | 304 | Correia Middle | Referral to Vice Principal | 9 | 3/25/2016 |
| Sex/Gender | 304 | Correia Middle | | 8 | 4/12/2016 |
| Sex/Gender | 304 | Correia Middle | | 8 | 4/18/2016 |
| Sex/Gender | 304 | Correia Middle | | 9 | 4/18/2016 |
| Sex/Gender | 304 | Correia Middle | | 9 | 4/18/2016 |
| Sex/Gender | 304 | Correia Middle | | 9 | 4/18/2016 |
| Sex/Gender | 304 | Correia Middle | Suspension | 9 | 5/25/2016 |
| Sex/Gender | 304 | Correia Middle | Referral to Vice Principal | 9 | 5/25/2016 |
| Sex/Gender | 304 | Correia Middle | Detention | 9 | 6/6/2016 |
| Sex/Gender | 304 | Correia Middle | Referral to Vice Principal | 9 | 5/23/2016 |
| Sexual Orientation | 304 | Correia Middle | | | 5/25/2016 |
| Sexual Orientation | 304 | Correia Middle | | | 4/23/2016 |
| Sexual Orientation | 304 | Correia Middle | Detention | 9 | 11/13/2015 |
| Sexual Orientation | 304 | Correia Middle | Referral to Principal | 8 | 12/3/2015 |
| Sexual Orientation | 304 | Correia Middle | Referral to Counselor | 8 | 1/28/2016 |
| Disability | 310 | CPMA | | | 5/12/2016 |
| Race/Color/National Origin | 310 | CPMA | | | 1/14/2016 |
| Race/Color/National Origin | 310 | CPMA | | | 5/18/2016 |
| Sex/Gender | 310 | CPMA | | | 6/13/2016 |
| Sex/Gender | 310 | CPMA | | | 4/18/2016 |
| Race/Color/National Origin | 334 | Crawford High | Referral to Counselor | 11 | 9/28/2015 |
| Race/Color/National Origin | 334 | Crawford High | Referral to Vice Principal | 9 | 11/10/2015 |
| Race/Color/National Origin | 334 | Crawford High | Conference with a Parent | 9 | 12/8/2015 |
| Race/Color/National Origin | 334 | Crawford High | Behavior Contract | 11 | 2/4/2016 |
| Race/Color/National Origin | 334 | Crawford High | Suspension | 11 | 3/17/2016 |
| Sex/Gender | 334 | Crawford High | Referral to Vice Principal | 11 | 9/24/2015 |
| Sex/Gender | 334 | Crawford High | Referral to Counselor | 10 | 10/27/2015 |
| Sex/Gender | 334 | Crawford High | Suspension | 12 | 2/23/2016 |
| Sex/Gender | 334 | Crawford High | Referral to Vice Principal | 11 | 5/5/2016 |
| Disability | 310 | Creative Performing and Med Arts | Suspended from Bus | 8 | 5/20/2016 |
| Race/Color/National Origin | 310 | Creative Performing and Med Arts | Conference with Students | 8 | 4/14/2016 |
| Sex/Gender | 310 | Creative Performing and Med Arts | In-School Suspension | 9 | 9/11/2015 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Conference with Students | 8 | 9/28/2015 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Suspension | 7 | 9/29/2015 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Detention | 8 | 12/10/2015 |
| Sex/Gender | 310 | Creative Performing and Med Arts | In-School Suspension | 9 | 12/14/2015 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Conference with Students | 9 | 1/27/2016 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Suspended from Bus | 8 | 2/22/2016 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Campus Beautification | 9 | 4/29/2016 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Referral to Counselor | 8 | 5/3/2016 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Referral to District Counselor | 8 | 5/25/2016 |
| Sex/Gender | 310 | Creative Performing and Med Arts | Referral to School Police | 7 | 6/9/2016 |
| Sexual Orientation | 310 | Creative Performing and Med Arts | Detention | 7 | 1/6/2016 |
| Sexual Orientation | 310 | Creative Performing and Med Arts | Detention | 8 | 4/6/2016 |
| Sex/Gender | 78 | Dailard Elementary | Conference with a Parent | 1 | 11/3/2015 |
| Sex/Gender | 78 | Dailard Elementary | Time Out | 5 | 11/30/2015 |
| Disability | 80 | Dana | Detention | 7 | 12/16/2015 |
| Race/Color/National Origin | 80 | Dana | Suspension | 7 | 2/1/2016 |
| Race/Color/National Origin | 80 | Dana | Suspension | 6 | 2/1/2016 |
| Race/Color/National Origin | 80 | Dana | Detention | 6 | 1/6/2016 |
| Race/Color/National Origin | 80 | Dana | Detention | 7 | 6/13/2016 |
| Sex/Gender | 80 | Dana | Detention | 6 | 1/25/2016 |
| Sex/Gender | 80 | Dana | Detention | 6 | 3/4/2016 |
| Sex/Gender | 80 | Dana | Suspension | 6 | 6/7/2016 |
| Sex/Gender | 80 | Dana | Suspension | 6 | 6/3/2016 |
| Sexual Orientation | 80 | Dana | Conference with Students | 7 | 3/8/2016 |

10/2/2017

[34]

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sexual Orientation | 80 | Dana | Conference with Students | 7 | 3/8/2016 |
| Race/Color/National Origin | 80 | Dana | | | 5/18/2016 |
| Race/Color/National Origin | 79 | Darnall E-Charter | Conference with Students | 7 | 12/15/2015 |
| Race/Color/National Origin | 79 | Darnall E-Charter | In-School Suspension | 7 | 5/12/2016 |
| Religion | 79 | Darnall E-Charter | In-School Suspension | 7 | 3/8/2016 |
| Sex/Gender | 79 | Darnall E-Charter | Suspension | 7 | 11/19/2015 |
| Sex/Gender | 79 | Darnall E-Charter | Conference with a Parent | 2 | 2/5/2016 |
| Sex/Gender | 79 | Darnall E-Charter | Suspension | 6 | 5/25/2016 |
| Race/Color/National Origin | 327 | De Portola Middle | | | 6/5/2016 |
| Race/Color/National Origin | 327 | De Portola Middle | Detention | 8 | 10/20/2015 |
| Race/Color/National Origin | 327 | De Portola Middle | Detention | 8 | 11/9/2015 |
| Race/Color/National Origin | 327 | De Portola Middle | Suspension | 9 | 3/24/2016 |
| Sex/Gender | 327 | De Portola Middle | | | 3/18/2016 |
| Sex/Gender | 327 | De Portola Middle | Detention | 9 | 9/29/2015 |
| Sex/Gender | 327 | De Portola Middle | Detention | 8 | 10/20/2015 |
| Sex/Gender | 327 | De Portola Middle | In-School Suspension | 8 | 12/2/2015 |
| Sex/Gender | 327 | De Portola Middle | Referral to Vice Principal | 9 | 3/2/2016 |
| Sex/Gender | 327 | De Portola Middle | In-School Suspension | 9 | 4/27/2016 |
| Sex/Gender | 327 | De Portola Middle | In-School Suspension | 7 | 4/26/2016 |
| Sex/Gender | 327 | De Portola Middle | In-School Suspension | 7 | 5/31/2016 |
| Sex/Gender | 327 | De Portola Middle | Suspension | 9 | 6/13/2016 |
| Sex/Gender | 327 | De Portola Middle | Suspension | 9 | 6/13/2016 |
| Race/Color/National Origin | 89 | Edison Elementary | | | 10/14/2015 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Referral to Vice Principal | 4 | 3/9/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Referral to Vice Principal | 1 | 3/10/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Conference with a Parent | 4 | 3/15/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Time Out | 3 | 3/18/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Referral to Counselor | 4 | 3/17/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Referral to Counselor | 1 | 3/8/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Referral to Counselor | 2 | 3/10/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Referral to Counselor | 6 | 5/12/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Referral to Principal | 7 | 7/11/2016 |
| Sex/Gender | 91 | Emerson/Bandini Elementary | Conference with a Parent | 7 | 7/11/2016 |
| Sexual Orientation | 91 | Emerson/Bandini Elementary | | | 2/9/2016 |
| Race/Color/National Origin | 93 | Encanto Elementary | Detention | 4 | 2/24/2016 |
| Race/Color/National Origin | 93 | Encanto Elementary | Referral to Counselor | 6 | 5/3/2016 |
| Race/Color/National Origin | 93 | Encanto Elementary | Referral to School Police | 5 | 6/2/2016 |
| Sex/Gender | 93 | Encanto Elementary | Referral to District Counselor | 1 | 3/11/2016 |
| Sex/Gender | 93 | Encanto Elementary | Referral to Counselor | 3 | 3/18/2016 |
| Sex/Gender | 93 | Encanto Elementary | Conference with Students | 2 | 11/10/2015 |
| Sex/Gender | 93 | Encanto Elementary | Referral to District Counselor | 2 | 12/9/2015 |
| Race/Color/National Origin | 217 | Ericson Elementary | | 5 | 11/12/2015 |
| Disability | 95 | Euclid Elementary | | | 7/14/2015 |
| Sex/Gender | 95 | Euclid Elementary | Suspension | 6 | 9/28/2015 |
| Sex/Gender | 95 | Euclid Elementary | Suspension | 6 | 3/11/2016 |
| Sex/Gender | 95 | Euclid Elementary | In-School Suspension | 5 | 5/24/2016 |
| Disability | 367 | Farb Middle | Detention | 7 | 1/12/2016 |
| Race/Color/National Origin | 367 | Farb Middle | Referral to Vice Principal | 7 | 9/22/2015 |
| Race/Color/National Origin | 367 | Farb Middle | Detention | 9 | 10/14/2015 |
| Race/Color/National Origin | 367 | Farb Middle | In-School Suspension | 7 | 5/17/2016 |
| Sex/Gender | 367 | Farb Middle | Referral to Vice Principal | 7 | 9/23/2015 |
| Sex/Gender | 367 | Farb Middle | Conference with a Parent | 8 | 9/29/2015 |
| Sex/Gender | 367 | Farb Middle | Conference with a Parent | 8 | 9/30/2015 |
| Sex/Gender | 367 | Farb Middle | Recommended for Expulsion | 7 | 9/30/2015 |
| Sex/Gender | 367 | Farb Middle | Recommended for Expulsion | 8 | 10/15/2015 |
| Sex/Gender | 367 | Farb Middle | Detention | 7 | 12/18/2015 |
| Sex/Gender | 367 | Farb Middle | In-School Suspension | 7 | 5/4/2016 |
| Sex/Gender | 367 | Farb Middle | Detention | 7 | 5/4/2016 |
| Sex/Gender | 367 | Farb Middle | | 7 | 5/10/2016 |
| Sexual Orientation | 103 | Field Elementary | Suspension | 6 | 5/26/2016 |
| Sex/Gender | 105 | Fletcher Elementary | Referral to Principal | 6 | 1/22/2016 |
| Sex/Gender | 111 | Foster Elementary | Referral to Principal | 1 | 5/31/2016 |
| Sex/Gender | 113 | Franklin Elementary | Suspension | 5 | 3/9/2016 |

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 115 | Freese Elementary | In-School Suspension | 4 | 10/12/2015 |
| Sex/Gender | 115 | Freese Elementary | Suspension | 6 | 2/16/2016 |
| Sex/Gender | 115 | Freese Elementary | Suspension | 4 | 3/2/2016 |
| Sex/Gender | 115 | Freese Elementary | Suspension | 4 | 3/1/2016 |
| Sex/Gender | 115 | Freese Elementary | Suspension | 3 | 3/14/2016 |
| Sex/Gender | 115 | Freese Elementary | Referral to Principal | 6 | 3/18/2016 |
| Sex/Gender | 115 | Freese Elementary | Referral to Principal | 5 | 5/11/2016 |
| Sex/Gender | 115 | Freese Elementary | Referral to Principal | 4 | 12/2/2015 |
| Sexual Orientation | 115 | Freese Elementary | Suspension | 6 | 10/21/2015 |
| Sexual Orientation | 115 | Freese Elementary | In-School Suspension | 6 | 1/15/2016 |
| Sexual Orientation | 115 | Freese Elementary | Referral to Principal | 6 | 3/18/2016 |
| Sex/Gender | 119 | Fulton K-8 | Suspension | 9 | 2/2/2016 |
| Sex/Gender | 119 | Fulton K-8 | Referral to Counselor | 9 | 4/13/2016 |
| Sex/Gender | 119 | Fulton K-8 | Referral to Counselor | 9 | 5/5/2016 |
| Sex/Gender | 119 | Fulton K-8 | Referral to Counselor | 9 | 6/3/2016 |
| Sex/Gender | 119 | Fulton K-8 | Referral to Counselor | 9 | 6/7/2016 |
| Race/Color/National Origin | 121 | Gage Elementary | Withheld Privileges | 2 | 3/1/2016 |
| Sex/Gender | 121 | Gage Elementary | Referral to District Counselor | 6 | 1/27/2016 |
| Sex/Gender | 121 | Gage Elementary | Conference with Students | 5 | 1/29/2016 |
| Sex/Gender | 121 | Gage Elementary | Suspension | 3 | 2/10/2016 |
| Sex/Gender | 124 | Garfield Elementary | | 5 | 10/9/2015 |
| Religion | 128 | Golden Hill K-8 | Suspension | 7 | 3/22/2016 |
| Sex/Gender | 128 | Golden Hill K-8 | Suspension | 8 | 2/16/2016 |
| Sex/Gender | 128 | Golden Hill K-8 | Suspension | 6 | 2/25/2016 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Suspension | 9 | 9/18/2015 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Detention | 7 | 9/30/2015 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Suspension | 11 | 11/17/2015 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Suspension | 10 | 1/12/2016 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Detention | 10 | 2/9/2016 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Suspension | 9 | 2/29/2016 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Suspension | 9 | 3/3/2016 |
| Race/Color/National Origin | 347 | Gompers Preparatory Academy | Suspension | 10 | 5/16/2016 |
| Religion | 347 | Gompers Preparatory Academy | Detention | 8 | 6/21/2016 |
| Sex/Gender | 347 | Gompers Preparatory Academy | Conference with a Parent | 8 | 10/13/2015 |
| Sex/Gender | 347 | Gompers Preparatory Academy | Detention | 8 | 12/3/2015 |
| Sex/Gender | 347 | Gompers Preparatory Academy | Detention | 10 | 1/19/2016 |
| Sex/Gender | 347 | Gompers Preparatory Academy | Detention | 9 | 1/28/2016 |
| Sex/Gender | 347 | Gompers Preparatory Academy | Suspension | 11 | 2/5/2016 |
| Sex/Gender | 347 | Gompers Preparatory Academy | Detention | 12 | 3/4/2016 |
| Sex/Gender | 347 | Gompers Preparatory Academy | In-School Suspension | 9 | 5/20/2016 |
| Sex/Gender | 347 | Gompers Preparatory Academy | Detention | 8 | 6/9/2016 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | Suspension | 9 | 9/18/2015 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | Detention | 7 | 9/29/2015 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | Suspension | 9 | 11/13/2015 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | Suspension | 9 | 11/13/2015 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | In-School Suspension | 12 | 11/20/2015 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | Detention | 8 | 12/1/2015 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | Detention | 10 | 5/11/2016 |
| Sexual Orientation | 347 | Gompers Preparatory Academy | In-School Suspension | 9 | 5/18/2016 |
| Race/Color/National Origin | 127 | Grant K-8 | Referral to Vice Principal | 8 | 9/21/2015 |
| Sex/Gender | 127 | Grant K-8 | Recommended for Expulsion | 8 | 9/28/2015 |
| Race/Color/National Origin | 131 | Green Elementary | Conference with a Parent | 5 | 10/12/2015 |
| Sex/Gender | 131 | Green Elementary | Conference with a Parent | 5 | 12/15/2015 |
| Race/Color/National Origin | 135 | Hamilton Elementary | Conference with a Parent | 5 | 3/21/2016 |
| Race/Color/National Origin | 135 | Hamilton Elementary | Referral to Principal | 5 | 5/9/2016 |
| Sex/Gender | 135 | Hamilton Elementary | Recommended for Expulsion | 5 | 10/16/2015 |
| Race/Color/National Origin | 136 | Hancock Elementary | | | 7/10/2015 |
| Race/Color/National Origin | 136 | Hancock Elementary | | 5 | 12/16/2015 |
| Sex/Gender | 136 | Hancock Elementary | | 6 | 12/11/2015 |
| Sex/Gender | 136 | Hancock Elementary | | 6 | 2/18/2016 |
| Sex/Gender | 136 | Hancock Elementary | | 6 | 3/8/2016 |
| Sex/Gender | 136 | Hancock Elementary | In-School Suspension | 5 | 3/11/2016 |
| Sex/Gender | 136 | Hancock Elementary | | 5 | 4/13/2016 |

[36]

FY20162017.142 Expedited Request 1 and 2 Incidents

**1516_HarassmentBullying UNIQUE INCIDENTS**

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 136 | Hancock Elementary | | 6 | 5/13/2016 |
| Sex/Gender | 136 | Hancock Elementary | | 6 | 5/13/2016 |
| Sex/Gender | 136 | Hancock Elementary | Referral to Principal | 5 | 6/16/2016 |
| Race/Color/National Origin | 139 | Hardy Elementary | Suspension | 6 | 1/19/2016 |
| Sex/Gender | 139 | Hardy Elementary | Suspension | 6 | 1/19/2016 |
| Race/Color/National Origin | 336 | Henry High | | | 6/13/2016 |
| Race/Color/National Origin | 336 | Henry High | | | 6/14/2016 |
| Race/Color/National Origin | 336 | Henry High | Suspension | 12 | 9/28/2015 |
| Race/Color/National Origin | 336 | Henry High | Suspension | 10 | 6/13/2016 |
| Sex/Gender | 336 | Henry High | | | 2/24/2016 |
| Sex/Gender | 336 | Henry High | Suspension | 10 | 3/7/2016 |
| Sex/Gender | 336 | Henry High | Recommended for Expulsion | 11 | 5/3/2016 |
| Sex/Gender | 336 | Henry High | Suspension | 10 | 5/6/2016 |
| Sex/Gender and Race/Color/Natic | 336 | Henry High | Suspension | 12 | 9/28/2015 |
| Sexual Orientation | 336 | Henry High | Suspension | 10 | 1/8/2016 |
| Sex/Gender | 201 | Hickman Elementary | Suspension | 5 | 2/5/2016 |
| Sex/Gender | 201 | Hickman Elementary | Suspension | 6 | 6/14/2016 |
| Sex/Gender | 353 | High Tech Middle Media Arts | Suspension | 7 | 9/21/2015 |
| Disability | 338 | Hoover High | Conference with Students | 9 | 11/16/2015 |
| Race/Color/National Origin | 338 | Hoover High | Suspension | 12 | 3/10/2016 |
| Sex/Gender | 338 | Hoover High | Conference with Students | 10 | 11/2/2015 |
| Sex/Gender | 338 | Hoover High | Recommended for Expulsion | 9 | 1/11/2016 |
| Disability | 149 | Horton Elementary | Conference with a Parent | 4 | 12/8/2015 |
| Disability | 149 | Horton Elementary | Conference with a Parent | 4 | 12/10/2015 |
| Race/Color/National Origin | 149 | Horton Elementary | Referral to Counselor | 3 | 4/20/2016 |
| Sex/Gender | 149 | Horton Elementary | Conference with a Parent | 2 | 10/26/2015 |
| Sex/Gender | 149 | Horton Elementary | Withheld Privileges | 5 | 11/20/2015 |
| Sex/Gender | 149 | Horton Elementary | Conference with a Parent | 3 | 1/25/2016 |
| Sex/Gender | 149 | Horton Elementary | Conference with a Parent | 5 | 3/8/2016 |
| Sex/Gender | 149 | Horton Elementary | Conference with a Parent | 5 | 3/2/2016 |
| Sex/Gender | 149 | Horton Elementary | Conference with a Parent | 5 | 3/2/2016 |
| Sex/Gender | 149 | Horton Elementary | Conference with a Parent | 3 | 7/18/2016 |
| Sexual Orientation | 149 | Horton Elementary | Withheld Privileges | 5 | 12/2/2015 |
| Sexual Orientation | 150 | Ibarra Elementary | Suspension | 5 | 2/29/2016 |
| Race/Color/National Origin | 343 | Innovation Middle | In-School Suspension | 8 | 5/13/2016 |
| Sex/Gender | 343 | Innovation Middle | In-School Suspension | 9 | 9/30/2015 |
| Sex/Gender | 343 | Innovation Middle | Referral to Counselor | 9 | 1/11/2016 |
| Sex/Gender | 343 | Innovation Middle | Referral to Counselor | 9 | 1/12/2016 |
| Sex/Gender | 343 | Innovation Middle | Suspension | 8 | 5/5/2016 |
| Sex/Gender | 343 | Innovation Middle | Suspension | 9 | 6/16/2016 |
| Disability | 343 | Innovation Middle | | | 3/8/2016 |
| Race/Color/National Origin | 343 | Innovation Middle | | | 2/26/2016 |
| Sexual Orientation | 343 | Innovation Middle | | | 2/26/2016 |
| Sex/Gender | 155 | Jefferson Elementary | Conference with a Parent | 6 | 10/15/2015 |
| Race/Color/National Origin | 130 | Joyner Elementary | | 5 | 2/17/2016 |
| Race/Color/National Origin | 130 | Joyner Elementary | | 2 | 2/25/2016 |
| Race/Color/National Origin | 130 | Joyner Elementary | | 2 | 2/25/2016 |
| Race/Color/National Origin | 130 | Joyner Elementary | | 1 | 12/8/2015 |
| Sex/Gender | 130 | Joyner Elementary | | 5 | 2/10/2016 |
| Sex/Gender | 130 | Joyner Elementary | | 2 | 5/13/2016 |
| Sex/Gender | 130 | Joyner Elementary | | 2 | 5/16/2016 |
| Sex/Gender | 130 | Joyner Elementary | | 6 | 6/13/2016 |
| Sex/Gender | 130 | Joyner Elementary | | 6 | 6/13/2016 |
| Sex/Gender | 130 | Joyner Elementary | Conference with a Parent | 1 | 6/14/2016 |
| Sex/Gender | 130 | Joyner Elementary | | 1 | 6/17/2016 |
| Sex/Gender | 130 | Joyner Elementary | | 1 | 6/17/2016 |
| Sexual Orientation | 130 | Joyner Elementary | | 5 | 6/23/2016 |
| Sexual Orientation | 130 | Joyner Elementary | | 5 | 6/23/2016 |
| Sex/Gender | 161 | Juarez Elementary | | 3 | 5/13/2016 |
| Sexual Orientation | 3733 | Kearny Digital Media & Design | Suspension | 10 | 9/30/2015 |
| Race/Color/National Origin | 3736 | Kearny Eng, Innov & Design | Detention | 10 | 11/13/2015 |
| Race/Color/National Origin | 3736 | Kearny Eng, Innov & Design | Campus Beautification | 10 | 3/22/2016 |
| Sex/Gender | 3736 | Kearny Eng, Innov & Design | Conference with a Parent | 11 | 9/14/2015 |

10/2/2017

**[37]**

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 3736 | Kearny Eng, Innov & Design | Conference with a Parent | 12 | 9/22/2015 |
| Sex/Gender | 3736 | Kearny Eng, Innov & Design | Conference with a Parent | 12 | 9/22/2015 |
| Sex/Gender | 3736 | Kearny Eng, Innov & Design | Conference with a Parent | 12 | 11/12/2015 |
| Sex/Gender | 3736 | Kearny Eng, Innov & Design | Conference with a Parent | 12 | 6/6/2016 |
| Sex/Gender | 3734 | Kearny SCT | In-School Suspension | 10 | 11/6/2015 |
| Sex/Gender | 365 | Keiller Leadership Academy | In-School Suspension | 5 | 10/12/2015 |
| Sex/Gender | 365 | Keiller Leadership Academy | Conference with a Parent | 8 | 2/10/2016 |
| Sex/Gender | 162 | Kimbrough Elementary | Suspension | 6 | 11/9/2015 |
| Sex/Gender | 162 | Kimbrough Elementary | Suspension | 5 | 6/7/2016 |
| Sex/Gender | 280 | KIPP Adelante | In-School Suspension | 7 | 2/23/2016 |
| Sex/Gender | 280 | KIPP Adelante | In-School Suspension | 7 | 3/14/2016 |
| Race/Color/National Origin | 296 | Knox Middle | Detention | 7 | 11/17/2015 |
| Race/Color/National Origin | 296 | Knox Middle | Suspension | 9 | 1/22/2016 |
| Race/Color/National Origin | 296 | Knox Middle | Suspension | 9 | 1/28/2016 |
| Race/Color/National Origin | 296 | Knox Middle | In-School Suspension | 8 | 4/21/2016 |
| Sex/Gender | 296 | Knox Middle | Detention | 8 | 11/2/2015 |
| Sex/Gender | 296 | Knox Middle | Time Out | 8 | 12/14/2015 |
| Sex/Gender | 296 | Knox Middle | Referral to Vice Principal | 7 | 2/8/2016 |
| Sex/Gender | 296 | Knox Middle | Detention | 8 | 2/22/2016 |
| Sex/Gender | 296 | Knox Middle | Referral to Vice Principal | 8 | 3/18/2016 |
| Sex/Gender | 296 | Knox Middle | Conference with a Parent | 9 | 4/20/2016 |
| Sex/Gender | 296 | Knox Middle | Suspension | 9 | 4/25/2016 |
| Sex/Gender | 296 | Knox Middle | Behavior Contract | 9 | 4/27/2016 |
| Sex/Gender | 296 | Knox Middle | Suspension | 7 | 4/29/2016 |
| Sex/Gender | 296 | Knox Middle | Suspension | 9 | 5/12/2016 |
| Sex/Gender | 296 | Knox Middle | Recommended for Expulsion | 7 | 5/20/2016 |
| Sex/Gender | 296 | Knox Middle | Recommended for Expulsion | 7 | 6/13/2016 |
| Sexual Orientation | 296 | Knox Middle | Conference with a Parent | 7 | 10/2/2015 |
| Sexual Orientation | 296 | Knox Middle | Referral to Vice Principal | 7 | 10/2/2015 |
| Sexual Orientation | 296 | Knox Middle | Referral to Vice Principal | 9 | 11/19/2015 |
| Sexual Orientation | 296 | Knox Middle | Detention | 7 | 3/7/2016 |
| Sexual Orientation | 296 | Knox Middle | Detention | 8 | 3/7/2016 |
| Sexual Orientation | 296 | Knox Middle | Detention | 8 | 4/5/2016 |
| Sexual Orientation | 296 | Knox Middle | Time Out | 7 | 5/16/2016 |
| Sexual Orientation | 296 | Knox Middle | Referral to Vice Principal | 7 | 5/16/2016 |
| Sexual Orientation | 296 | Knox Middle | Detention | 9 | 6/9/2016 |
| Sexual Orientation | 296 | Knox Middle | Detention | 8 | 6/9/2016 |
| Sex/Gender | 166 | Kumeyaay Elementary | Suspension | 6 | 2/19/2016 |
| Sex/Gender | 166 | Kumeyaay Elementary | Suspension | 6 | 2/19/2016 |
| Sex/Gender | 166 | Kumeyaay Elementary | Withheld Privileges | 5 | 6/17/2016 |
| Sex/Gender | 166 | Kumeyaay Elementary | In-School Suspension | 6 | 5/13/2016 |
| Sex/Gender | 342 | La Jolla High | Detention | 12 | 10/21/2015 |
| Sex/Gender | 342 | La Jolla High | Recommended for Expulsion | 9 | 1/21/2016 |
| Sexual Orientation | 342 | La Jolla High | | | 3/4/2016 |
| Sexual Orientation | 342 | La Jolla High | | | 3/18/2016 |
| Race/Color/National Origin | 167 | Lafayette Elementary | Referral to Principal | 6 | 10/2/2015 |
| Sex/Gender | 170 | Language Academy | Referral to Vice Principal | 7 | 10/27/2015 |
| Sex/Gender | 170 | Language Academy | Referral to Counselor | 7 | 6/8/2016 |
| Sex/Gender | 18 | Learning Choice Academy | Suspension | 7 | 9/23/2015 |
| Disability | 311 | Lewis Middle | | | 5/13/2016 |
| Race/Color/National Origin | 311 | Lewis Middle | | | 4/6/2016 |
| Religion | 311 | Lewis Middle | Referral to Vice Principal | 8 | 9/14/2015 |
| Religion | 311 | Lewis Middle | Suspension | 8 | 9/17/2015 |
| Religion | 311 | Lewis Middle | Referral to Vice Principal | 9 | 10/13/2015 |
| Religion | 311 | Lewis Middle | In-School Suspension | 9 | 10/19/2015 |
| Religion | 311 | Lewis Middle | Referral to Counselor | 7 | 3/1/2016 |
| Sex/Gender | 311 | Lewis Middle | | | 4/6/2016 |
| Sex/Gender | 311 | Lewis Middle | Referral to Vice Principal | 8 | 9/22/2015 |
| Sex/Gender | 311 | Lewis Middle | Referral to Vice Principal | 9 | 10/2/2015 |
| Sex/Gender | 311 | Lewis Middle | Suspension | 8 | 12/14/2015 |
| Sex/Gender | 311 | Lewis Middle | Recommended for Expulsion | 9 | 1/19/2016 |
| Sex/Gender | 311 | Lewis Middle | Recommended for Expulsion | 8 | 1/19/2016 |
| Sex/Gender | 311 | Lewis Middle | In-School Suspension | 7 | 1/26/2016 |

10/2/2017

[38]

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 311 | Lewis Middle | Suspension | 9 | 2/1/2016 |
| Sex/Gender | 311 | Lewis Middle | Referral to Vice Principal | 6 | 2/5/2016 |
| Sex/Gender | 311 | Lewis Middle | In-School Suspension | 7 | 3/4/2016 |
| Sex/Gender | 311 | Lewis Middle | Referral to Vice Principal | 8 | 3/10/2016 |
| Sex/Gender | 311 | Lewis Middle | Referral to Vice Principal | 9 | 3/22/2016 |
| Sex/Gender | 311 | Lewis Middle | Referral to Vice Principal | 8 | 4/12/2016 |
| Sex/Gender | 311 | Lewis Middle | Referral to Vice Principal | 6 | 4/22/2016 |
| Sex/Gender | 311 | Lewis Middle | In-School Suspension | 7 | 5/23/2016 |
| Sex/Gender | 311 | Lewis Middle | In-School Suspension | 9 | 5/25/2016 |
| Sex/Gender | 311 | Lewis Middle | Suspension | 8 | 6/17/2016 |
| Sex/Gender and Religion | 311 | Lewis Middle | Referral to Vice Principal | 9 | 6/13/2016 |
| Sexual Orientation | 311 | Lewis Middle | | | 3/9/2016 |
| Sexual Orientation | 311 | Lewis Middle | | | 5/25/2016 |
| Sexual Orientation | 311 | Lewis Middle | Conference with Students | 6 | 3/7/2016 |
| Sexual Orientation | 311 | Lewis Middle | Referral to Vice Principal | 8 | 4/26/2016 |
| Sexual Orientation | 311 | Lewis Middle | Referral to Vice Principal | 9 | 4/26/2016 |
| Sexual Orientation | 311 | Lewis Middle | In-School Suspension | 9 | 6/2/2016 |
| Sex/Gender | 3637 | Lincoln High | Recommended for Expulsion | 12 | 2/3/2016 |
| Sexual Orientation | 637 | Lincoln High | | | 6/13/2016 |
| Sex/Gender | 173 | Linda Vista Elementary | Suspension | 4 | 10/2/2015 |
| Sex/Gender | 173 | Linda Vista Elementary | Suspension | 6 | 12/3/2015 |
| Sex/Gender | 173 | Linda Vista Elementary | Suspension | 6 | 12/3/2015 |
| Sex/Gender | 173 | Linda Vista Elementary | Suspension | 6 | 12/3/2015 |
| Sex/Gender | 173 | Linda Vista Elementary | Suspension | 4 | 2/9/2016 |
| Sex/Gender | 173 | Linda Vista Elementary | Suspension | 4 | 2/9/2016 |
| Sex/Gender | 173 | Linda Vista Elementary | Recommended for Expulsion | 5 | 3/8/2016 |
| Race/Color/National Origin | 175 | Lindbergh/Schweitzer Elem | Conference with a Parent | 5 | 12/16/2015 |
| Race/Color/National Origin | 175 | Lindbergh/Schweitzer Elem | | 6 | 12/16/2015 |
| Race/Color/National Origin | 175 | Lindbergh/Schweitzer Elem | | 5 | 3/7/2016 |
| Race/Color/National Origin | 175 | Lindbergh/Schweitzer Elem | Detention | 5 | 5/24/2016 |
| Race/Color/National Origin | 175 | Lindbergh/Schweitzer Elem | | 3 | 5/18/2016 |
| Race/Color/National Origin | 175 | Lindbergh/Schweitzer Elem | | 3 | 6/10/2016 |
| Sex/Gender | 175 | Lindbergh/Schweitzer Elem | | 5 | 11/3/2015 |
| Sex/Gender | 175 | Lindbergh/Schweitzer Elem | Suspension | 3 | 12/2/2015 |
| Sex/Gender | 175 | Lindbergh/Schweitzer Elem | Suspension | 3 | 12/4/2015 |
| Sex/Gender | 175 | Lindbergh/Schweitzer Elem | | 3 | 11/19/2015 |
| Race/Color/National Origin | 177 | Logan K-8 | Suspension | 8 | 9/17/2015 |
| Race/Color/National Origin | 177 | Logan K-8 | Suspension | 6 | 1/29/2016 |
| Sex/Gender | 179 | Loma Portal Elementary | Suspension | 3 | 11/6/2015 |
| Race/Color/National Origin | 181 | Longfellow K-8 | | | 6/14/2016 |
| Race/Color/National Origin | 181 | Longfellow K-8 | In-School Suspension | 3 | 10/27/2015 |
| Sex/Gender | 181 | Longfellow K-8 | | 7 | 10/20/2015 |
| Sex/Gender | 181 | Longfellow K-8 | | 2 | 10/20/2015 |
| Sex/Gender | 181 | Longfellow K-8 | | 4 | 12/2/2015 |
| Sex/Gender | 181 | Longfellow K-8 | Suspension | 5 | 3/16/2016 |
| Sex/Gender | 181 | Longfellow K-8 | Suspension | 7 | 4/4/2016 |
| Sex/Gender | 181 | Longfellow K-8 | Suspension | 5 | 5/26/2016 |
| Race/Color/National Origin | 346 | Madison High | Time Out | 12 | 3/23/2016 |
| Race/Color/National Origin | 346 | Madison High | Suspension | 12 | 4/22/2016 |
| Race/Color/National Origin | 346 | Madison High | Referral to Vice Principal | 10 | 6/15/2016 |
| Sex/Gender | 346 | Madison High | Conference with a Parent | 9 | 10/19/2015 |
| Sex/Gender | 346 | Madison High | Conference with Students | 11 | 10/19/2015 |
| Sex/Gender | 346 | Madison High | Saturday School | 12 | 1/20/2016 |
| Sex/Gender | 346 | Madison High | Time Out | 9 | 1/27/2016 |
| Sex/Gender | 346 | Madison High | Suspension | 10 | 2/8/2016 |
| Sex/Gender | 346 | Madison High | Saturday School | 12 | 3/4/2016 |
| Sex/Gender | 346 | Madison High | Suspension | 11 | 4/29/2016 |
| Sex/Gender | 346 | Madison High | Conference with Students | 10 | 6/1/2016 |
| Sexual Orientation | 346 | Madison High | Conference with a Parent | 10 | 2/16/2016 |
| Sexual Orientation | 346 | Madison High | Suspension | 10 | 4/29/2016 |
| Disability | 312 | Mann Middle | | | 4/27/2016 |
| Disability | 312 | Mann Middle | Detention | 8 | 1/22/2016 |
| Disability | 312 | Mann Middle | Referral to Vice Principal | 9 | 3/24/2016 |

10/2/2017

[39]

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Race/Color/National Origin | 312 | Mann Middle | Suspension | 7 | 11/17/2015 |
| Race/Color/National Origin | 312 | Mann Middle | Suspension | 8 | 5/18/2016 |
| Religion | 312 | Mann Middle | Conference with a Parent | 8 | 9/29/2015 |
| Sex/Gender | 312 | Mann Middle | Suspension | 7 | 9/23/2015 |
| Sex/Gender | 312 | Mann Middle | Recommended for Expulsion | 8 | 10/12/2015 |
| Sex/Gender | 312 | Mann Middle | Suspension | 8 | 10/12/2015 |
| Sex/Gender | 312 | Mann Middle | Suspension | 9 | 10/15/2015 |
| Sex/Gender | 312 | Mann Middle | Detention | 8 | 10/19/2015 |
| Sex/Gender | 312 | Mann Middle | Detention | 7 | 9/29/2015 |
| Sex/Gender | 312 | Mann Middle | Detention | 7 | 1/11/2016 |
| Sex/Gender | 312 | Mann Middle | Detention | 7 | 1/11/2016 |
| Sex/Gender | 312 | Mann Middle | Suspension | 7 | 1/11/2016 |
| Sex/Gender | 312 | Mann Middle | Referral to District Counselor | 7 | 12/15/2015 |
| Sex/Gender | 312 | Mann Middle | Suspension | 8 | 1/14/2016 |
| Sex/Gender | 312 | Mann Middle | Suspension | 8 | 1/21/2016 |
| Sex/Gender | 312 | Mann Middle | Suspension | 8 | 2/4/2016 |
| Sex/Gender | 312 | Mann Middle | In-School Suspension | 7 | 2/23/2016 |
| Sex/Gender | 312 | Mann Middle | Suspension | 9 | 2/29/2016 |
| Sex/Gender | 312 | Mann Middle | Conference with a Parent | 9 | 3/7/2016 |
| Sex/Gender | 312 | Mann Middle | In-School Suspension | 9 | 5/9/2016 |
| Sex/Gender | 312 | Mann Middle | Detention | 8 | 5/16/2016 |
| Sex/Gender | 312 | Mann Middle | In-School Suspension | 9 | 5/19/2016 |
| Sexual Orientation | 312 | Mann Middle | Referral to Vice Principal | 8 | 2/5/2016 |
| Sexual Orientation | 312 | Mann Middle | Detention | 9 | 3/24/2016 |
| Sexual Orientation | 312 | Mann Middle | Detention | 9 | 4/28/2016 |
| Religion | 195 | Marshall Elementary | Suspension | 6 | 2/26/2016 |
| Disability | 308 | Marshall Middle | Referral to Vice Principal | 8 | 12/2/2015 |
| Disability | 308 | Marshall Middle | Referral to Vice Principal | 8 | 12/2/2015 |
| Disability | 308 | Marshall Middle | Referral to Vice Principal | 8 | 12/2/2015 |
| Sex/Gender | 308 | Marshall Middle | Recommended for Expulsion | 8 | 10/6/2015 |
| Sex/Gender | 308 | Marshall Middle | Detention | 7 | 1/13/2016 |
| Sex/Gender | 308 | Marshall Middle | Suspension | 7 | 1/22/2016 |
| Sex/Gender | 308 | Marshall Middle | Referral to Vice Principal | 7 | 3/10/2016 |
| Sex/Gender | 308 | Marshall Middle | Detention | 8 | 3/9/2016 |
| Sex/Gender | 308 | Marshall Middle | Suspension | 8 | 4/18/2016 |
| Sex/Gender and Race/Color/Natio | 308 | Marshall Middle | Detention | 9 | 5/13/2016 |
| Sexual Orientation | 308 | Marshall Middle | Detention | 7 | 3/9/2016 |
| Sexual Orientation | 308 | Marshall Middle | Suspension | 7 | 3/11/2016 |
| Sex/Gender | 313 | Marston Middle | | | 5/8/2016 |
| Sex/Gender | 313 | Marston Middle | | | 5/11/2016 |
| Sex/Gender | 313 | Marston Middle | Suspension | 8 | 10/7/2015 |
| Sex/Gender | 313 | Marston Middle | Referral to Counselor | 8 | 10/23/2015 |
| Sex/Gender | 313 | Marston Middle | Detention | 7 | 11/12/2015 |
| Sex/Gender | 313 | Marston Middle | Detention | 8 | 10/26/2015 |
| Sex/Gender | 313 | Marston Middle | In-School Suspension | 7 | 11/17/2015 |
| Sex/Gender | 313 | Marston Middle | Saturday School | 8 | 11/18/2015 |
| Sex/Gender | 313 | Marston Middle | Suspension | 7 | 12/14/2015 |
| Sex/Gender | 313 | Marston Middle | Saturday School | 8 | 1/12/2016 |
| Sex/Gender | 313 | Marston Middle | Saturday School | 7 | 2/3/2016 |
| Sex/Gender | 313 | Marston Middle | In-School Suspension | 8 | 2/29/2016 |
| Sex/Gender | 313 | Marston Middle | Time Out | 7 | 2/4/2016 |
| Sex/Gender | 313 | Marston Middle | Detention | 9 | 3/11/2016 |
| Sex/Gender | 313 | Marston Middle | Referral to Counselor | 7 | 3/14/2016 |
| Sex/Gender | 313 | Marston Middle | Referral to Vice Principal | 8 | 4/13/2016 |
| Sex/Gender | 313 | Marston Middle | Suspension | 7 | 5/13/2016 |
| Sex/Gender | 313 | Marston Middle | Suspension | 7 | 5/13/2016 |
| Sex/Gender | 313 | Marston Middle | Referral to Vice Principal | 8 | 6/13/2016 |
| Sexual Orientation | 313 | Marston Middle | Referral to Counselor | 8 | 9/30/2015 |
| Sexual Orientation | 313 | Marston Middle | Referral to Counselor | 8 | 11/12/2015 |
| Sex/Gender | 197 | Marvin Elementary | | | 3/14/2016 |
| Sex/Gender | 197 | Marvin Elementary | Suspension | 3 | 3/10/2016 |
| Race/Color/National Origin | 203 | McKinley Elementary | | | 2/17/2016 |
| Race/Color/National Origin | 203 | McKinley Elementary | Suspension | 1 | 2/25/2016 |

10/2/2017   [40]

FY20162017.142 Expedited Request 1 and 2 Incidents

**1516_HarassmentBullying UNIQUE INCIDENTS**

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 203 | McKinley Elementary | | | 2/17/2016 |
| Sex/Gender | 203 | McKinley Elementary | | 5 | 12/4/2015 |
| Sex/Gender | 203 | McKinley Elementary | Suspension | 4 | 12/17/2015 |
| Sex/Gender | 203 | McKinley Elementary | Suspension | 4 | 12/18/2015 |
| Sex/Gender | 203 | McKinley Elementary | Suspension | 6 | 12/7/2015 |
| Sex/Gender | 203 | McKinley Elementary | | 4 | 3/18/2016 |
| Race/Color/National Origin | 330 | Memorial Scholars & Athletes | Detention | 7 | 5/5/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | In-School Suspension | 7 | 11/12/2015 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | In-School Suspension | 7 | 2/18/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | In-School Suspension | 7 | 2/19/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | Suspension | 8 | 2/26/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | Detention | 7 | 2/29/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | In-School Suspension | 8 | 4/20/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | Suspension | 7 | 4/22/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | Conference with Students | 8 | 3/23/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | | 7 | 5/6/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | Referral to Counselor | 7 | 5/6/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | In-School Suspension | 7 | 5/3/2016 |
| Sex/Gender | 330 | Memorial Scholars & Athletes | In-School Suspension | 8 | 5/23/2016 |
| Sexual Orientation | 330 | Memorial Scholars & Athletes | Conference with a Parent | 8 | 1/29/2016 |
| Race/Color/National Origin | 341 | Millennial Tech Middle | | | 4/27/2016 |
| Race/Color/National Origin | 341 | Millennial Tech Middle | Referral to Counselor | 6 | 12/15/2015 |
| Race/Color/National Origin | 341 | Millennial Tech Middle | Referral to Vice Principal | 7 | 12/11/2015 |
| Race/Color/National Origin | 341 | Millennial Tech Middle | Suspension | 9 | 1/22/2016 |
| Race/Color/National Origin | 341 | Millennial Tech Middle | Referral to Counselor | 8 | 2/3/2016 |
| Race/Color/National Origin | 341 | Millennial Tech Middle | Referral to Counselor | 7 | 3/22/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | | | 2/23/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Suspension | 8 | 10/7/2015 |
| Sex/Gender | 341 | Millennial Tech Middle | Campus Beautification | 7 | 10/9/2015 |
| Sex/Gender | 341 | Millennial Tech Middle | Suspension | 8 | 1/21/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Suspension | 7 | 1/21/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Suspension | 9 | 1/21/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Suspension | 7 | 1/25/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Suspension | 9 | 2/17/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Recommended for Expulsion | 7 | 3/10/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Recommended for Expulsion | 7 | 3/18/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Conference with a Parent | 8 | 3/24/2016 |
| Sex/Gender | 341 | Millennial Tech Middle | Suspension | 8 | 4/19/2016 |
| Sexual Orientation | 341 | Millennial Tech Middle | Referral to Vice Principal | 8 | 11/20/2015 |
| Sexual Orientation | 341 | Millennial Tech Middle | Suspension | 8 | 5/12/2016 |
| Sexual Orientation | 341 | Millennial Tech Middle | Conference with Students | 9 | 5/23/2016 |
| Disability | 349 | Mira Mesa High | Referral to Dean of Students | 12 | 4/18/2016 |
| Sex/Gender | 349 | Mira Mesa High | Recommended for Expulsion | 12 | 9/23/2015 |
| Sex/Gender | 349 | Mira Mesa High | Suspension | 10 | 10/28/2015 |
| Sex/Gender | 349 | Mira Mesa High | Referral to Dean of Students | 11 | 11/13/2015 |
| Sex/Gender | 349 | Mira Mesa High | Referral to Dean of Students | 11 | 11/3/2015 |
| Sex/Gender | 349 | Mira Mesa High | Referral to Dean of Students | 11 | 12/4/2015 |
| Sex/Gender | 349 | Mira Mesa High | Referral to Dean of Students | 10 | 2/11/2016 |
| Sex/Gender | 349 | Mira Mesa High | Suspension | 10 | 3/11/2016 |
| Race/Color/National Origin | 350 | Mission Bay High | | | 3/11/2016 |
| Race/Color/National Origin | 350 | Mission Bay High | Referral to Vice Principal | 11 | 10/23/2015 |
| Race/Color/National Origin | 350 | Mission Bay High | Referral to Vice Principal | 11 | 3/8/2016 |
| Sex/Gender | 350 | Mission Bay High | Referral to Vice Principal | 12 | 9/15/2015 |
| Sex/Gender | 350 | Mission Bay High | Suspension | 10 | 10/29/2015 |
| Sex/Gender | 316 | Montgomery Middle | Suspension | 8 | 10/9/2015 |
| Sex/Gender | 316 | Montgomery Middle | Suspension | 8 | 10/9/2015 |
| Sex/Gender | 316 | Montgomery Middle | Detention | 6 | 10/13/2015 |
| Sex/Gender | 316 | Montgomery Middle | Detention | 8 | 11/13/2015 |
| Sex/Gender | 316 | Montgomery Middle | Suspension | 9 | 12/14/2015 |
| Sex/Gender | 316 | Montgomery Middle | Conference with Students | 8 | 3/3/2016 |
| Sex/Gender | 316 | Montgomery Middle | Suspension | 8 | 3/9/2016 |
| Sex/Gender | 316 | Montgomery Middle | Detention | 7 | 6/14/2016 |
| Sex/Gender | 316 | Montgomery Middle | Detention | 7 | 7/11/2016 |

10/2/2017

[41]

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sexual Orientation | 316 | Montgomery Middle | In-School Suspension | 8 | 5/25/2016 |
| Race/Color/National Origin | 316 | Montgomery Middle School | | | 3/18/2016 |
| Sex/Gender | 352 | Morse High | | | 2/18/2016 |
| Sex/Gender | 352 | Morse High | Suspension | 9 | 11/20/2015 |
| Race/Color/National Origin | 369 | Muir | Referral to Counselor | 8 | 2/17/2016 |
| Sex/Gender | 369 | Muir | Referral to Counselor | 7 | 10/15/2015 |
| Sex/Gender | 369 | Muir | Referral to Principal | 7 | 10/28/2015 |
| Sex/Gender | 369 | Muir | Time Out | 7 | 12/17/2015 |
| Sex/Gender | 369 | Muir | Referral to Principal | 10 | 5/4/2016 |
| Sex/Gender | 369 | Muir | Referral to Principal | 8 | 4/6/2016 |
| Sex/Gender | 369 | Muir | Referral to Counselor | 3 | 5/19/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | Detention | 8 | 1/4/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | Detention | 8 | 3/7/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | Detention | 8 | 3/7/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | In-School Suspension | 7 | 3/10/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | Detention | 8 | 3/16/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | Detention | 7 | 4/18/2016 |
| Sex/Gender | 317 | Muirlands Middle | In-School Suspension | 7 | 11/4/2015 |
| Sex/Gender | 317 | Muirlands Middle | Detention | 7 | 1/28/2016 |
| Sex/Gender | 317 | Muirlands Middle | Detention | 9 | 3/3/2016 |
| Sex/Gender | 317 | Muirlands Middle | Detention | 8 | 3/18/2016 |
| Sex/Gender | 317 | Muirlands Middle | Referral to Vice Principal | 7 | 4/6/2016 |
| Sex/Gender | 317 | Muirlands Middle | Detention | 7 | 4/8/2016 |
| Sex/Gender | 317 | Muirlands Middle | In-School Suspension | 9 | 5/16/2016 |
| Sex/Gender | 317 | Muirlands Middle | Detention | 7 | 5/31/2016 |
| Sex/Gender | 317 | Muirlands Middle | Suspension | 8 | 6/17/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | | | 3/17/2016 |
| Race/Color/National Origin | 317 | Muirlands Middle | | | 3/15/2016 |
| Sex/Gender | 220 | Museum School | Suspension | 7 | 3/9/2016 |
| Sex/Gender | 389 | Non-Public Schools | Suspension | 12 | 3/8/2016 |
| Race/Color/National Origin | 215 | Normal Heights Elementary | Suspension | 5 | 11/13/2015 |
| Sex/Gender | 215 | Normal Heights Elementary | Suspension | 5 | 10/30/2015 |
| Sex/Gender | 218 | Nye Elementary | | | 4/27/2016 |
| Race/Color/National Origin | 225 | Ocean Beach Elementary | Referral to Principal | 4 | 9/23/2015 |
| Sex/Gender | 225 | Ocean Beach Elementary | Referral to Principal | 1 | 5/4/2016 |
| Sexual Orientation | 320 | Pacific Beach Middle | Withheld Privileges | 8 | 10/13/2015 |
| Sex/Gender | 171 | Pacific View Leadership Elem | Referral to Principal | 4 | 1/20/2016 |
| Sex/Gender | 235 | Penn Elementary | Suspension | 5 | 11/13/2015 |
| Disability | 321 | Pershing Middle | | | 9/25/2015 |
| Race/Color/National Origin | 321 | Pershing Middle | In-School Suspension | 7 | 3/14/2016 |
| Religion | 321 | Pershing Middle | Suspension | 9 | 5/6/2016 |
| Sex/Gender | 321 | Pershing Middle | | | 10/8/2015 |
| Sex/Gender | 321 | Pershing Middle | Referral to Vice Principal | 9 | 6/8/2016 |
| Sex/Gender | 354 | Point Loma High | Conference with a Parent | 11 | 11/3/2015 |
| Sex/Gender | 354 | Point Loma High | Conference with a Parent | 10 | 11/3/2015 |
| Sex/Gender | 354 | Point Loma High | Conference with a Parent | 10 | 11/3/2015 |
| Sex/Gender | 354 | Point Loma High | Conference with a Parent | 10 | 11/3/2015 |
| Sex/Gender | 354 | Point Loma High | Conference with a Parent | 10 | 11/3/2015 |
| Sex/Gender | 354 | Point Loma High | Conference with a Parent | 10 | 11/3/2015 |
| Sexual Orientation | 354 | Point Loma High | | | 6/28/2016 |
| Sexual Orientation | 354 | Point Loma High | | | 6/30/2016 |
| Sex/Gender | 236 | Porter | | | 3/15/2016 |
| Race/Color/National Origin | 236 | Porter Elementary | Conference with Students | 6 | 1/19/2016 |
| Race/Color/National Origin | 236 | Porter Elementary | Conference with Students | 6 | 2/23/2016 |
| Sex/Gender | 236 | Porter Elementary | Referral to Vice Principal | 2 | 10/12/2016 |
| Sex/Gender | 236 | Porter Elementary | | 6 | 1/19/2016 |
| Sex/Gender | 236 | Porter Elementary | Suspension | 6 | 2/2/2016 |
| Sex/Gender | 236 | Porter Elementary | Conference with a Parent | 2 | 2/29/2016 |
| Sex/Gender | 236 | Porter Elementary | Referral to School Police | 2 | 3/2/2016 |
| Sex/Gender | 236 | Porter Elementary | Referral to Vice Principal | 6 | 3/11/2016 |
| Sex/Gender | 236 | Porter Elementary | Referral to Vice Principal | 6 | 1/26/2016 |
| Religion | 348 | Preuss School UCSD | Suspension | 8 | 1/29/2016 |
| Sex/Gender | 348 | Preuss School UCSD | Recommended for Expulsion | 10 | 8/31/2015 |

10/2/2017

[42]

FY20162017.142 Expedited Request.1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 348 | Preuss School UCSD | Suspension | 11 | 9/11/2015 |
| Sex/Gender | 348 | Preuss School UCSD | Suspension | 11 | 9/11/2015 |
| Sex/Gender | 348 | Preuss School UCSD | Suspension | 11 | 9/11/2015 |
| Sex/Gender | 348 | Preuss School UCSD | Suspension | 10 | 9/11/2015 |
| Sex/Gender | 348 | Preuss School UCSD | Suspension | 11 | 9/11/2015 |
| Sex/Gender | 348 | Preuss School UCSD | Suspension | 11 | 9/11/2015 |
| Sex/Gender | 348 | Preuss School UCSD | Suspension | 10 | 11/18/2015 |
| Disability | 364 | Riley/New Dawn | Warning | 9 | 10/28/2015 |
| Race/Color/National Origin | 364 | Riley/New Dawn | Referral to Principal | 5 | 9/25/2015 |
| Race/Color/National Origin | 364 | Riley/New Dawn | Warning | 9 | 11/4/2015 |
| Race/Color/National Origin | 364 | Riley/New Dawn | Warning | 9 | 11/4/2015 |
| Race/Color/National Origin | 364 | Riley/New Dawn | Time Out | 6 | 11/13/2015 |
| Race/Color/National Origin | 364 | Riley/New Dawn | Warning | 5 | 12/14/2015 |
| Race/Color/National Origin | 364 | Riley/New Dawn | Time Out | 4 | 1/13/2016 |
| Race/Color/National Origin | 364 | Riley/New Dawn | Warning | 10 | 5/19/2016 |
| Religion | 364 | Riley/New Dawn | Suspension | 12 | 6/10/2016 |
| Sex/Gender | 364 | Riley/New Dawn | Behavior Contract | 6 | 9/28/2015 |
| Sex/Gender | 364 | Riley/New Dawn | Suspension | 7 | 9/29/2015 |
| Sex/Gender | 364 | Riley/New Dawn | Suspension | 10 | 9/10/2015 |
| Sex/Gender | 364 | Riley/New Dawn | Time Out | 6 | 11/30/2015 |
| Sex/Gender | 364 | Riley/New Dawn | Warning | 2 | 2/8/2016 |
| Sex/Gender | 364 | Riley/New Dawn | Withheld Privileges | 12 | 3/11/2016 |
| Sex/Gender | 364 | Riley/New Dawn | Time Out | 1 | 4/25/2016 |
| Sex/Gender | 364 | Riley/New Dawn | Warning | 8 | 2/8/2016 |
| Sex/Gender | 364 | Riley/New Dawn | Warning | 2 | 5/2/2016 |
| Sex/Gender | 364 | Riley/New Dawn | Warning | 7 | 6/9/2016 |
| Sexual Orientation | 364 | Riley/New Dawn | Time Out | 8 | 9/10/2015 |
| Sexual Orientation | 364 | Riley/New Dawn | Warning | 8 | 9/10/2015 |
| Sexual Orientation | 364 | Riley/New Dawn | Time Out | 8 | 5/17/2016 |
| Disability | 137 | Rodriguez Elementary | Suspension | 3 | 5/23/2016 |
| Race/Color/National Origin | 137 | Rodriguez Elementary | Time Out | 4 | 5/16/2016 |
| Race/Color/National Origin | 137 | Rodriguez Elementary | Withheld Privileges | 4 | 5/16/2016 |
| Sex/Gender | 137 | Rodriguez Elementary | In-School Suspension | 3 | 9/16/2015 |
| Sex/Gender | 137 | Rodriguez Elementary | Suspension | 3 | 9/21/2015 |
| Sex/Gender | 137 | Rodriguez Elementary | Suspension | 3 | 10/19/2015 |
| Sex/Gender | 137 | Rodriguez Elementary | Suspension | 3 | 10/21/2015 |
| Race/Color/National Origin | 324 | Roosevelt | | | 4/18/2016 |
| Race/Color/National Origin | 324 | Roosevelt | | | 2/26/2016 |
| Sex/Gender | 324 | Roosevelt | | | 4/21/2016 |
| Sex/Gender | 324 | Roosevelt | | | 5/26/2016 |
| Disability | 324 | Roosevelt International Middle | Referral to Vice Principal | 8 | 5/26/2016 |
| Race/Color/National Origin | 324 | Roosevelt International Middle | Suspension | 9 | 12/7/2015 |
| Race/Color/National Origin | 324 | Roosevelt International Middle | Detention | 9 | 12/8/2015 |
| Race/Color/National Origin | 324 | Roosevelt International Middle | Suspension | 8 | 5/12/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Conference with a Parent | 8 | 11/3/2015 |
| Sex/Gender | 324 | Roosevelt International Middle | Withheld Privileges | 7 | 9/10/2015 |
| Sex/Gender | 324 | Roosevelt International Middle | Suspension | 8 | 1/22/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Suspension | 8 | 2/4/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Suspension | 7 | 2/5/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Suspension | 7 | 2/5/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Suspension | 8 | 2/23/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Referral to Counselor | 9 | 3/18/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Recommended for Expulsion | 9 | 4/8/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Suspension | 7 | 4/18/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Withheld Privileges | 8 | 4/18/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Suspension | 8 | 5/6/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Referral to Counselor | 7 | 5/11/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | | 8 | 5/10/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Detention | 8 | 5/26/2016 |
| Sex/Gender | 324 | Roosevelt International Middle | Referral to Vice Principal | 7 | 6/14/2016 |
| Sexual Orientation | 324 | Roosevelt International Middle | Referral to Counselor | 7 | 6/3/2016 |
| Race/Color/National Origin | 230 | Rosa Parks Elementary | Referral to District Counselor | 6 | 12/16/2015 |
| Sex/Gender | 230 | Rosa Parks Elementary | Referral to District Counselor | 4 | 10/16/2015 |

[43]

FY20162017.142 Expedited Request 1 and 2 Incidents

1516_HarassmentBullying UNIQUE INCIDENTS

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 230 | Rosa Parks Elementary | Referral to Counselor | 6 | 3/1/2016 |
| Sex/Gender | 230 | Rosa Parks Elementary | Referral to Vice Principal | 6 | 5/9/2016 |
| Sex/Gender | 230 | Rosa Parks Elementary | Referral to Counselor | 3 | 5/24/2016 |
| Sex/Gender | 230 | Rosa Parks Elementary | Referral to Vice Principal | 6 | 7/18/2016 |
| Sexual Orientation | 230 | Rosa Parks Elementary | Referral to Counselor | 3 | 2/19/2016 |
| Sex/Gender | 247 | Ross Elementary | | | 12/1/2015 |
| Sex/Gender | 247 | Ross Elementary | Suspension | 4 | 5/18/2016 |
| Sex/Gender | 247 | Ross Elementary | Suspension | 4 | 5/18/2016 |
| Sex/Gender | 249 | Rowan Elementary | | | 5/24/2016 |
| Sex/Gender | 249 | Rowan Elementary | Suspension | 6 | 4/7/2016 |
| Sexual Orientation | 3749 | San Diego Bus.& Leadership | | | 4/4/2016 |
| Sexual Orientation | 3749 | San Diego Bus.& Leadership | | | 4/4/2016 |
| Sex/Gender | 3749 | San Diego Business/Leadership | Suspension | 9 | 10/28/2015 |
| Sex/Gender | 3749 | San Diego Business/Leadership | Referral to Counselor | 9 | 12/2/2015 |
| Sex/Gender and Race/Color/Natic | 3749 | San Diego Business/Leadership | Suspension | 10 | 4/13/2016 |
| Race/Color/National Origin | 256 | San Diego Cooperative | Referral to Principal | 8 | 10/20/2015 |
| Sex/Gender | 256 | San Diego Cooperative | Referral to Principal | 7 | 5/6/2016 |
| Sex/Gender | 256 | San Diego Cooperative | Referral to Principal | 7 | 5/6/2016 |
| Disability | 3753 | San Diego Science & Technology | Detention | 10 | 4/5/2016 |
| Disability | 3753 | San Diego Science & Technology | Referral to Vice Principal | 10 | 5/17/2016 |
| Sex/Gender | 3753 | San Diego Science & Technology | Referral to Dean of Students | 10 | 4/8/2016 |
| Race/Color/National Origin | 3753 | San Diego SCITECH | | | 6/12/2016 |
| Disability | 368 | San Diego SCPA | | | 4/14/2016 |
| Race/Color/National Origin | 368 | San Diego SCPA | | | 4/14/2016 |
| Race/Color/National Origin | 368 | San Diego SCPA | Suspension | 8 | 9/16/2015 |
| Sex/Gender | 368 | San Diego SCPA | Suspension | 7 | 1/21/2016 |
| Sex/Gender | 368 | San Diego SCPA | Referral to Vice Principal | 7 | 4/26/2016 |
| Sex/Gender | 368 | San Diego SCPA | Suspension | 8 | 6/6/2016 |
| Sex/Gender and Sexual Orientatio | 368 | San Diego SCPA | Suspension | 8 | 12/9/2015 |
| Sexual Orientation | 368 | San Diego SCPA | | | 4/14/2016 |
| Sexual Orientation | 368 | San Diego SCPA | | | 4/14/2016 |
| Sexual Orientation | 368 | San Diego SCPA | Suspended from Bus | 7 | 4/14/2016 |
| Disability | 90 | Scripps (E.B.) Elementary | | | 10/12/2015 |
| Sex/Gender | 90 | Scripps Elementary | Referral to Vice Principal | 4 | 5/17/2016 |
| Disability | 359 | Scripps Ranch High | Saturday School | 10 | 2/18/2016 |
| Disability | 359 | Scripps Ranch High | Suspension | 10 | 2/18/2016 |
| Disability | 359 | Scripps Ranch High | Conference with a Parent | 10 | 2/18/2016 |
| Disability | 359 | Scripps Ranch High | Suspension | 10 | 2/18/2016 |
| Sex/Gender | 359 | Scripps Ranch High | Saturday School | 11 | 9/19/2015 |
| Sex/Gender | 359 | Scripps Ranch High | Saturday School | 11 | 9/19/2015 |
| Sex/Gender | 359 | Scripps Ranch High | Referral to Vice Principal | 10 | 3/9/2016 |
| Sex/Gender | 359 | Scripps Ranch High | Referral to Vice Principal | 11 | 6/6/2016 |
| Race/Color/National Origin | 357 | Serra High | | | 11/2/2015 |
| Sex/Gender | 357 | Serra High | Suspended from Bus | 11 | 4/5/2016 |
| Sex/Gender | 357 | Serra High | Suspension | 11 | 4/5/2016 |
| Sex/Gender | 357 | Serra High | Recommended for Expulsion | 12 | 5/25/2016 |
| Sex/Gender | 255 | Sessions Elementary | Conference with a Parent | 2 | 10/23/2015 |
| Sex/Gender | 259 | Sherman Elementary | In-School Suspension | 6 | 10/16/2015 |
| Sex/Gender | 261 | Silver Gate Elementary | Suspension | 2 | 2/4/2016 |
| Sex/Gender | 263 | Spreckels Elementary | Suspension | 2 | 3/4/2016 |
| Disability | 325 | Standley Middle | Detention | 8 | 2/17/2016 |
| Race/Color/National Origin | 325 | Standley Middle | | | 6/16/2016 |
| Race/Color/National Origin | 325 | Standley Middle | | | 6/20/2016 |
| Race/Color/National Origin | 325 | Standley Middle | | | 6/16/2016 |
| Race/Color/National Origin | 325 | Standley Middle | Detention | 9 | 10/21/2015 |
| Race/Color/National Origin | 325 | Standley Middle | Detention | 9 | 10/21/2015 |
| Race/Color/National Origin | 325 | Standley Middle | In-School Suspension | 8 | 11/13/2015 |
| Race/Color/National Origin | 325 | Standley Middle | In-School Suspension | 8 | 11/30/2015 |
| Race/Color/National Origin | 325 | Standley Middle | Detention | 8 | 12/1/2015 |
| Race/Color/National Origin | 325 | Standley Middle | Detention | 9 | 4/1/2016 |
| Religion | 325 | Standley Middle | Detention | 8 | 4/14/2016 |
| Religion | 325 | Standley Middle | Detention | 8 | 4/14/2016 |
| Religion | 325 | Standley Middle | Detention | 8 | 4/14/2016 |

10/2/2017

[44]

FY20162017.142 Expedited Request 1 and 2 Incidents

**1516_HarassmentBullying UNIQUE INCIDENTS**

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 325 | Standley Middle | | | 6/20/2016 |
| Sex/Gender | 325 | Standley Middle | In-School Suspension | 8 | 10/7/2015 |
| Sex/Gender | 325 | Standley Middle | Referral to Counselor | 8 | 1/25/2016 |
| Sex/Gender | 325 | Standley Middle | In-School Suspension | 8 | 1/21/2016 |
| Sex/Gender | 325 | Standley Middle | In-School Suspension | 7 | 1/25/2016 |
| Sex/Gender | 325 | Standley Middle | In-School Suspension | 9 | 6/13/2016 |
| Sexual Orientation | 325 | Standley Middle | | | 6/16/2016 |
| Sexual Orientation | 325 | Standley Middle | | | 6/16/2016 |
| Sexual Orientation | 325 | Standley Middle | Detention | 8 | 12/11/2015 |
| Sexual Orientation | 325 | Standley Middle | In-School Suspension | 9 | 1/26/2016 |
| Race/Color/National Origin | 326 | Taft Middle | Time Out | 8 | 1/14/2016 |
| Sex/Gender | 326 | Taft Middle | In-School Suspension | 8 | 9/29/2015 |
| Sex/Gender | 326 | Taft Middle | In-School Suspension | 8 | 10/5/2015 |
| Sex/Gender | 326 | Taft Middle | Conference with Students | 7 | 10/13/2015 |
| Sex/Gender | 326 | Taft Middle | In-School Suspension | 8 | 10/29/2015 |
| Sex/Gender | 326 | Taft Middle | Suspension | 9 | 11/4/2015 |
| Sex/Gender | 326 | Taft Middle | Detention | 9 | 11/3/2015 |
| Sex/Gender | 326 | Taft Middle | In-School Suspension | 7 | 11/19/2015 |
| Sex/Gender | 326 | Taft Middle | Suspension | 9 | 12/4/2015 |
| Sex/Gender | 326 | Taft Middle | Recommended for Expulsion | 9 | 11/18/2015 |
| Sex/Gender | 326 | Taft Middle | Referral to Vice Principal | 8 | 12/16/2015 |
| Sex/Gender | 326 | Taft Middle | Referral to Vice Principal | 8 | 12/16/2015 |
| Sex/Gender | 326 | Taft Middle | Suspension | 9 | 1/15/2016 |
| Sex/Gender | 326 | Taft Middle | Suspension | 8 | 12/16/2015 |
| Sex/Gender | 326 | Taft Middle | Suspension | 9 | 12/15/2015 |
| Sex/Gender | 326 | Taft Middle | Suspension | 9 | 2/26/2016 |
| Sex/Gender | 326 | Taft Middle | Suspension | 8 | 3/11/2016 |
| Sex/Gender | 326 | Taft Middle | Detention | 8 | 3/22/2016 |
| Sex/Gender | 326 | Taft Middle | Suspension | 7 | 4/13/2016 |
| Sex/Gender | 326 | Taft Middle | Suspension | 7 | 3/18/2016 |
| Sex/Gender | 326 | Taft Middle | Conference with a Parent | 7 | 6/1/2016 |
| Sex/Gender | 326 | Taft Middle | Suspension | 8 | 6/17/2016 |
| Sex/Gender | 326 | Taft Middle | Suspension | 9 | 12/7/2015 |
| Sex/Gender | 326 | Taft Middle | In-School Suspension | 7 | 6/8/2016 |
| Sex/Gender | 326 | Taft Middle | Referral to Counselor | 7 | 5/2/2016 |
| Sexual Orientation | 326 | Taft Middle | | | 4/15/2016 |
| Sexual Orientation | 326 | Taft Middle | | | 4/4/2016 |
| Sexual Orientation | 326 | Taft Middle | Referral to Vice Principal | 9 | 2/25/2016 |
| Sexual Orientation | 326 | Taft Middle | Suspension | 7 | 4/12/2016 |
| Sexual Orientation | 326 | Taft Middle | Detention | 8 | 4/20/2016 |
| Sexual Orientation | 326 | Taft Middle | Detention | 8 | 4/20/2016 |
| Sex/Gender | 274 | Tierrasanta Elementary | | 2 | 10/1/2015 |
| Sex/Gender | 274 | Tierrasanta Elementary | Referral to Principal | 4 | 3/23/2016 |
| Sex/Gender | 274 | Tierrasanta Elementary | Referral to Principal | 4 | 3/23/2016 |
| Race/Color/National Origin | 277 | Toler Elementary | | | 9/22/2015 |
| Sex/Gender | 277 | Toler Elementary | | | 9/22/2015 |
| Sex/Gender | 277 | Toler Elementary | | | 5/5/2016 |
| Disability | 214 | Tubman Village | Campus Beautification | 8 | 10/9/2015 |
| Sex/Gender | 214 | Tubman Village | Campus Beautification | 4 | 11/2/2015 |
| Sex/Gender | 362 | Twain High | Conference with Students | 11 | 1/28/2016 |
| Sex/Gender | 362 | Twain High | Behavior Contract | 10 | 3/23/2016 |
| Sex/Gender | 362 | Twain High | Conference with Students | 10 | 5/24/2016 |
| Sex/Gender | 362 | Twain High | Conference with a Parent | 10 | 5/24/2016 |
| Sex/Gender | 362 | Twain High | Conference with Students | 10 | 5/24/2016 |
| Race/Color/National Origin | 355 | University City High | Conference with a Parent | 10 | 6/14/2016 |
| Sex/Gender | 355 | University City High | Recommended for Expulsion | 12 | 10/7/2015 |
| Sex/Gender | 355 | University City High | Suspension | 10 | 10/6/2015 |
| Sex/Gender | 355 | University City High | Suspension | 9 | 10/6/2015 |
| Sex/Gender | 355 | University City High | Suspension | 10 | 1/22/2016 |
| Sex/Gender | 355 | University City High | Referral to Vice Principal | 12 | 1/26/2016 |
| Sex/Gender | 355 | University City High | Recommended for Expulsion | 12 | 2/10/2016 |
| Sex/Gender | 355 | University City High | Recommended for Expulsion | 10 | 2/10/2016 |
| Sex/Gender | 355 | University City High | Recommended for Expulsion | 10 | 3/9/2016 |

[45]

FY20162017.142 Expedited Request 1 and 2 Incidents

**1516_HarassmentBullying UNIQUE INCIDENTS**

| Category | SchoolID | School_Name | Action | Grade Level | Incident_date |
|---|---|---|---|---|---|
| Sex/Gender | 283 | Valencia Park Elementary | Suspension | 5 | 12/2/2015 |
| Sex/Gender | 283 | Valencia Park Elementary | Conference with Students | 5 | 12/1/2015 |
| Sex/Gender | 283 | Valencia Park Elementary | Conference with Students | 5 | 11/18/2015 |
| Sex/Gender | 283 | Valencia Park Elementary | Conference with a Parent | 3 | 2/16/2016 |
| Sex/Gender | 283 | Valencia Park Elementary | Suspension | 6 | 5/26/2016 |
| Sex/Gender | 284 | Vista Grande Elementary | | 4 | 12/4/2015 |
| Race/Color/National Origin | 285 | Walker Elementary | Detention | 5 | 3/4/2016 |
| Race/Color/National Origin | 328 | Wangenheim Middle | | | 2/11/2016 |
| Race/Color/National Origin | 328 | Wangenheim Middle | In-School Suspension | 8 | 10/29/2015 |
| Sex/Gender | 328 | Wangenheim Middle | Suspension | 8 | 10/23/2015 |
| Sex/Gender | 328 | Wangenheim Middle | Recommended for Expulsion | 8 | 1/6/2016 |
| Sex/Gender | 328 | Wangenheim Middle | In-School Suspension | 9 | 1/28/2016 |
| Sex/Gender | 328 | Wangenheim Middle | | 7 | 5/10/2016 |
| Sex/Gender | 328 | Wangenheim Middle | In-School Suspension | 8 | 5/26/2016 |
| Sexual Orientation | 328 | Wangenheim Middle | | | 5/18/2016 |
| Sexual Orientation | 328 | Wangenheim Middle | Suspension | 8 | 11/3/2015 |
| Sexual Orientation | 328 | Wangenheim Middle | In-School Suspension | 7 | 2/23/2016 |
| Sex/Gender | 287 | Washington Elementary | Suspension | 5 | 1/29/2016 |
| Sex/Gender | 287 | Washington Elementary | Suspension | 5 | 3/4/2016 |
| Sex/Gender | 287 | Washington Elementary | Referral to Counselor | 1 | 5/6/2016 |
| Sexual Orientation | 287 | Washington Elementary | Referral to Counselor | 5 | 9/16/2015 |
| Race/Color/National Origin | 289 | Webster Elementary | Conference with Students | 3 | 10/16/2015 |
| Race/Color/National Origin | 289 | Webster Elementary | Conference with Students | 3 | 3/8/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | Conference with Students | 7 | 5/10/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | Detention | 6 | 5/2/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | In-School Suspension | 3 | 3/10/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | Referral to Principal | 2 | 3/22/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | Conference with a Parent | 2 | 5/16/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | Conference with a Parent | 2 | 5/16/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | Conference with a Parent | 2 | 5/16/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | Conference with a Parent | 2 | 5/16/2016 |
| Race/Color/National Origin | 289 | Webster Elementary | | 3 | 6/9/2016 |
| Sex/Gender | 289 | Webster Elementary | In-School Suspension | 2 | 10/7/2015 |
| Sex/Gender | 289 | Webster Elementary | In-School Suspension | 2 | 10/7/2015 |
| Sex/Gender | 289 | Webster Elementary | Conference with a Parent | 6 | 10/6/2015 |
| Sex/Gender | 289 | Webster Elementary | Referral to School Police | 2 | 10/22/2015 |
| Sex/Gender | 289 | Webster Elementary | Conference with Students | 2 | 10/23/2015 |
| Sex/Gender | 289 | Webster Elementary | Conference with Students | 2 | 10/23/2015 |
| Sex/Gender | 289 | Webster Elementary | Conference with Students | 6 | 10/19/2015 |
| Sex/Gender | 289 | Webster Elementary | Detention | 2 | 11/2/2015 |
| Sex/Gender | 289 | Webster Elementary | Conference with a Parent | 2 | 11/2/2015 |
| Sex/Gender | 289 | Webster Elementary | Detention | 2 | 11/2/2015 |
| Sex/Gender | 289 | Webster Elementary | In-School Suspension | 7 | 3/10/2016 |
| Sex/Gender | 289 | Webster Elementary | Conference with Students | 2 | 6/6/2016 |
| Sex/Gender | 289 | Webster Elementary | In-School Suspension | 2 | 7/14/2016 |
| Race/Color/National Origin | 291 | Wegeforth Elementary | Time Out | 6 | 12/15/2015 |
| Race/Color/National Origin | 329 | Wilson Middle | Home Visit | 8 | 10/6/2015 |
| Race/Color/National Origin | 329 | Wilson Middle | Suspension | 8 | 1/25/2016 |
| Sex/Gender | 329 | Wilson Middle | Suspension | 8 | 11/9/2015 |
| Disability | 125 | Zamorano Elementary | Detention | 6 | 3/2/2016 |
| Disability | 125 | Zamorano Elementary | Referral to Principal | 5 | 3/23/2016 |
| Sex/Gender | 125 | Zamorano Elementary | Referral to Vice Principal | 6 | 10/14/2015 |
| Sex/Gender | 125 | Zamorano Elementary | Suspension | 5 | 12/3/2015 |
| Sexual Orientation | 125 | Zamorano Elementary | Referral to Counselor | 6 | 5/23/2016 |

10/2/2017

**[46]**

**EXHIBIT 5**

[47]



# San Diego Unified
## SCHOOL DISTRICT

Vision 2020/Quality Schools in Every Neighborhood

District Accountability Report

LCAP Goal 4: Positive School Environment, Climate and Culture with Equity at the Core, and Support for the Whole Child

April 4, 2017

[48]

# Our Commitment

▼ To ensure that:

▼ Schools are safe learning spaces for each and every student

▼ Bullying is not to be tolerated in any form

▼ Practices at the schools are culturally responsive and adequate social/emotional supports and services exist

▼ Restorative Practices and Trauma Informed Practices expand

[49]

2

## Proclamation Recognizing the Council on American-Islamic Relations (CAIR)

▼ On November 10, 2015, the Board of Education recognized CAIR for 10 years of teaching students to accept and honor religious and cultural differences among their peers.

▼ CAIR has been involved in constructive civic engagement, promotes cultural tolerance and understanding, as well as justice and equality

▼ CAIR drafted a well-researched report on school bullying

▼ CAIR provides assistance with mediating situations that involve discrimination

[50]

## Call to Action

On July 26, 2016, the board directed the district to develop a plan to address Islamophobia and discrimination against Muslim students and their families.



4

SAN DIEGO UNIFIED SCHOOL DISTRICT

[51]

# Supportive District Procedures and Legislation

- ▼ AP 6381 - Bullying and Intimidation
- ▼ AB 9 - Seth's Law
- ▼ AB 2845 - School Safety: Safe Place to Learn Act
  - ▼ Approved September 25, 2016
  - ▼ Specific reference is made to providing support for pupils who are Muslim, Sikh, or of South Asian descent



5

[52]

# Launching with Data

▼ San Diego Unified is required to report incidents of harassment or bullying of k-12 students on the basis of:

▼ Sex, race, color or national origin; disability

▼ Sexual orientation or religion

Protected Class Reports – July 1, 2016- December 31, 2016

| | |
|---|---|
| Race | 36 |
| Sex | 21 |
| LGBTQIA | 11 |
| Religion | 7 |
| Disability | 7 |

6

[53]



[54]

# Immediate Action Steps

▼ Distribute a letter to staff and parents addressing Islamophobia and direct support

▼ Review district calendars to ensure Muslim Holidays are recognized

▼ Include a link of supports on the district's "Report Bullying" page

▼ Provide resources and strategies to support students during the upcoming month of Ramadan

▼ Continue the collaboration with community partners and district departments



8

[55]

# Action Steps: Before the start of the 2017-18 school year

- ▼ Review and vet materials related to Muslim culture and history at the Instructional Media Center or in video libraries
- ▼ Provide Resources and materials for teachers on the History/Social Sciences page
- ▼ Add information related to this topic in the Annual Employee Notifications (AP 6381)
- ▼ Explore and engage in formal partnerships with the Council on American-Islamic Relations (CAIR)



[56]

# Steps Over Multiple Years

▼ Create a survey to measure knowledge and implementation of practice

▼ Identify areas of prevention, intervention, and restoration

▼ Restorative Practices

▼ Trauma Informed Practices

▼ Provide a series of professional development opportunities for staff related to awareness and advocacy for Muslim culture

▼ Provide practical tools for educators regarding Islamic religious practices and accommodations in schools



10

[57]

# Student Empowerment

▼ Create opportunities for students to come together and share out their successes and challenges in service of unity

▼ Identify safe places and individuals for students to reach out to on campus if they have a concern

▼ Explore clubs at the secondary level to promote the American Muslim Culture and the student experiences

11

[58]

# Parent and Community Support

▼ Provide Family and Community opportunities to:

  ▼ Connect, share experiences, attend professional development, and receive resources

▼ Celebrate the accomplishments of parents, students, and community in creating safe spaces



12

[59]

**EXHIBIT 6**

[60]

# CAIR / Hanif Mohebi Meeting

9.26.16  11:00 am

Cindy, Linda, Stan, Felicia, Agin, Hanif Mohebi

## CAIR Documents & Correspondence

CAIR Guide to Religious Practices

CAIR Growing in Faith

CAIR Recommendations to the Board

CAIR Mislabeled

CAIR Letter to the board

Link to board agenda item F.3. from the 11/10/15 meeting, Proclamation Recognizing the Council on American-Islamic Relations (CAIR) San Diego Chapter (Beiser): http://www.boarddocs.com/ca/sandi/Board.nsf/goto?open&id=A3P8CA833BB2.

Hanif wants policy

Could be a model

Start with appreciative lens....

Bullying may be new in Muslim community....but bullying is not new.

Student is called Towel Head

### 1.  RESOURCES FOR TEACHERS

The package had two reports.

I want to make sure teachers and staff members get resources and knowledge.

Send an email to the whole staff...his idea

Provide hard copies....

UPdate our school district calendars to reflect the holidays

[61]

2

## 2. PROFESSIONAL DEVELOPMENT

Could be PD for history teachers.

Infuse RJ training in circles on how to interact and be successful

## 3. CURRICULUM

Introduce great contributions of the muslims to our society

The Grand Mosque of Paris....great story ...about bystanders

## 4. REPORT BULLYING

Have enough education so people know what to report and how to report

METRICS TO KNOW IF WE HAVE MADE PROGRESS; pre/post surveys

How do we distribute the CAIR report and make it meaningful.

Resources: financial and other

Agin said...he is concerned about the district somali committee

Include muslim in the bullying conversation

Have one rep at each school to be trained to be the go to...bullying based on religion.

Teach about the holidays....and absences on Eads

I explained that it is staff work to figure out the HOW....and that we can't mandate what matters.

LOOK up the bill that was just passed. AB2845 Link to bill

AB2845 was passed yesterday by the Governor. This policy addresses safety and

[62]

3

*I was great seeing you last night at the board meeting.  Looking forward to working with you, I have been working with few other school districts as well.  I wanted to make sure you have my full contact.*

*I hope you got one of the information packets I left behind.  Looking forward to working with you to come up with a plan.*

Hanif Mohebi, Executive Director

Council on American-Islamic Relations, San Diego Chapter

7710 Balboa Avenue, Suite 326

San Diego, CA 92111

Telephone/Fax 858-278-4547

Cellphone: 858-774-9991

http://ca.cair.com/sandiego/

hmohebi@cair.com

[63]

**EXHIBIT 7**

[64]

*In the name of God, the Compassionate, the Merciful*   Request 4,5 and 8 Part 2



San Diego Office
7710 Balboa Ave, San Diego, CA 92111
Tel/Fax: (858) 278-4547
E-mail: info@sandiego.cair.com
ca.cair.com/sandiego

## COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR)
### SAN DIEGO OFFICE
### *PROPOSED OUTLINE OF SERVICES*

The below information will outline the recommended services from the Council on American-Islamic Relations, San Diego Office (CAIR-SD) to the San Diego Unified School District.  It is our belief that true commitment to combat Islamophobia comes from directed training with accurate information. We also believe the greatest opportunity for systemic change comes from a multi-model approach to include: District Staff, Students and Parents. Please note, these recommendations are proprietary to the Council on American-Islamic Relations, San Diego Office and may not be used without a written agreement between the San Diego Unified School District and CAIR San Diego Chapter.

## STAFF PROGRAM:

- *Step 1*: Information Letter to Staff addressing Islamophobia and the direct support the district will provide to this population of under-represented students and parents.

- *Step 2*: **Yearly Mandatory Training via Computer** for all district employees to be completed by October 1 of each year**.**  CAIR will update the training each year to provide the most accurate information and current statics. CAIR will also provide a year report on the pass, fail and retake percentages as well as requested additional information.

- *Step 3*: **Training Modules**: CAIR will provide six (1.5 hour) training modules that will increase the knowledge of participants to better support and institutionalize healthy practices, restorative practices/ restorative justice, curriculum and support systems for Muslim students and parents. Some of the recommended opportunities for trainings:  Principal's Institute, PLC, Instructional Cabinet, Board Meeting and Counselor meetings.

- *Step 4*: **Instructional Support:** CAIR will provide webinars to assist teachers in implementing culturally proficient curriculum into their current lesson plans. Resources such as texts, teaching recommendations/ discussion questions, video links, PDF's, posters, etc. which have been vetted by both CAIR and by SDUSD.

- *Step 5*: **Access to Resource Website:** CAIR will provide access to their Resource Website where staff can review, research and download lesson plans and other resources.

## STUDENT PROGRAM:

- *Step 1*: **Video**: CAIR will provide an informational video to educate all students about Islamophobia and how they can be allies to Muslim students.  This video should be viewed by all students during History and/or English classes.  CAIR will provide age appreciate video for elementary, middle and high school.

- *Step 2*: **Peer Mediation Training**: CAIR will assist school counselors in setting up peer mediation groups and provide the training on how to be an ally to Muslim students.

[65]

*In the name of God, the Compassionate, the Merciful*  Request 4,5 and 8 Part 2



*San Diego Office*
7710 Balboa Ave, San Diego, CA 92111
Tel/Fax: (858) 278-4547
E-mail: info@sandiego.cair.com
ca.cair.com/sandiego

- *Step 3*: **Anti-Bullying Campaign:** CAIR will align with the current Anti-Bullying Campaign within the San Diego Unified School District and provide additional training and resources to ASB Councils and school sites on Islamophobia.

- *Step 4*: **Access to Resource Website:** CAIR will provide access to their Resource Website where students can review, research and download resources.

## PARENT PROGRAM:

- *Step 1*: Information Letter to Parents addressing Islamophobia and the direct support the district will provide to this population of under-represented students and parents.

- *Step 2*: **Informational Training via Computer** available to all parents providing them with the most current information and answer many questions they may have about Islamophobia. CAIR will update the training each year to provide the most accurate information and current statics. CAIR will also provide a year report on the pass, fail and retake percentages as well as requested additional information.

- *Step 3*: **Parent Training Modules:** CAIR will provide two (1 hour) training modules that will increase the knowledge of participants to better support and institutionalize healthy practices and support systems for Muslim students and parents. Recommended opportunities for trainings: Cluster meetings and PTA meetings.

- *Step 4*: **Access to Resource Website:** CAIR will provide access to their Resource Website where parents can review, research and download resources.

Please note that the above is just a brief outline of our proposed services. As we move forward with a Memoranda of Understanding we will build out each service more in-depth.

[66]

**EXHIBIT 8**

[67]

⚬ cair.com

# Vision, Mission, Core Principles

Send to Kindle

CAIR's vision is to be a leading advocate for justice and mutual understanding.

CAIR's mission is to enhance understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding.

## CORE PRINCIPLES

1. CAIR supports free enterprise, freedom of religion and freedom of expression.

2. CAIR is committed to protecting the civil rights of all Americans, regardless of faith.

3. CAIR supports domestic policies that promote civil rights, diversity and freedom of religion.

4. CAIR opposes domestic policies that limit civil rights, permit racial, ethnic or religious profiling, infringe on due process, or that prevent Muslims and others from participating fully in American civic life.

5. CAIR is a natural ally of groups, religious or secular, that advocate justice and human rights in America and around the world.

6. CAIR supports foreign policies that help create free and equitable trade, encourage human rights and promote representative government based on socio-economic justice.

7. CAIR believes the active practice of Islam strengthens the social and religious fabric of our nation.

8. CAIR condemns all acts of violence against civilians by any individual, group or state.

9. CAIR advocates dialogue between faith communities both in America and worldwide.

10. CAIR supports equal and complementary rights and responsibilities for men and women.

**[68]**

The Council on American-Islamic Relations (CAIR) is a grassroots civil rights and advocacy group. CAIR is America's largest Muslim civil liberties organization, with regional offices nationwide. CAIR's national headquarters are on Capitol Hill in Washington D.C.

Since its establishment in 1994, CAIR has worked to promote a positive image of Islam and Muslims in America. Through media relations, government relations, education and advocacy, CAIR puts forth an Islamic perspective to ensure the Muslim voice is represented. In offering this perspective, CAIR seeks to empower the American Muslim community and encourage their participation in political and social activism.

### Civil Rights Work

CAIR's civil rights department counsels, mediates and advocates on behalf of Muslims and others who have experienced religious discrimination, defamation or hate crimes. The department works to protect and defend the constitutional rights of American Muslims, thereby supporting the rights of all Americans.

### Government Affairs

CAIR's government affairs department conducts and organizes lobbying efforts on issues related to Islam and Muslims. The department monitors legislation and government activities and responds on behalf of the American Muslim community. CAIR representatives have testified before Congress and have sponsored a number of activities designed to bring Muslim concerns to Capitol Hill.

### Media Relations

CAIR's communications department works with local and national media to ensure an accurate portrayal of Islam and Muslims is presented to the American public. CAIR monitors local, national and international media, in part to challenge negative stereotypes, but also to applaud and encourage positive representations of Islam and Muslims. Over the years, CAIR has become a respected and credible source for journalists and other media professionals.

### Action Alerts

In an effort to empower the American Muslim community, CAIR issues action alerts as a means of generating a grassroots response to critical political, social and media-related issues. These alerts have produced overwhelming results and have made a significant impact in bringing about change. CAIR also offers an email list designed to be a source of information and news for the American Muslim

**[69]**

community. Subscribers to the CAIR e-mail lists receive news releases and other materials dealing with American Muslim positions on issues of importance.

### Research

CAIR's research team conducts empirical research studies on subjects relevant to the American Muslim community, including gathering and analyzing data for the annual civil rights report. The North American Muslim Resource Guide: Muslim Community Life in the United States and Canada (Routledge) is a product of the research department.

### Internships

CAIR offers internships to students or other interested individuals who wish to gain experience in media relations, political activism or civil rights work.

### CAIR Publications

CAIR offers a variety of publications that address the needs and rights of American Muslims. These publications include guides for employers, educators, healthcare providers, correctional facilities, and law enforcement officials. CAIR also produces practical handbooks and resource materials for the Muslim community.

### Education: Conferences, Seminars and Workshops

CAIR organizes regular conferences and training seminars for government and law enforcement agencies, media professionals and the academic community. These events are designed to present easily accessible and accurate information about Islam and Muslims. CAIR provides diversity training workshops to employers, educators, and organizations as a proactive approach that highlights relevant Islamic practices and offers suggestions for religious accommodation. CAIR also provides training for the Muslim community and activists in areas such as media relations, public speaking, lobbying, and civil rights.

### Voter Registration

In order to increase Muslim participation in the political arena, CAIR and its chapters regularly sponsor voter registration drives across the country. To register to vote, visit our website.

### Outreach and Interfaith Relations

Each year, groups representing people of all faiths visit CAIR offices to learn more about Islam and Muslims in America. Through these visits, as well as other

[70]

interfaith initiatives, CAIR strives to educate others about Islam while building strong relationships with other faith communities.

---

http://cair.com/about-us/vision-mission-core-principles.html

[71]

**EXHIBIT 9**

[72]

Case 3:17-cv-01054-BAS-MAA Document 26-2 Filed 02/28/... Page ID.280 Page 79 of 155

# American Muslim leader urges faithful to spread Islam's message

By Lisa Gardiner
STAFF WRITER

FREMONT — The chairman of a national Islamic watchdog group urged Muslims on Thursday not to separate or assimilate into American society, but instead to deliver Islam's message.

Omar M. Ahmad, chairman of the board of the Council on American-Islamic relations, spoke before a packed crowd at the Flamingo Palace banquet hall on Peralta Boulevard.

The chairman said Islam isn't in America to be equal to any other faith, but to become dominant, he said. The Koran, the Muslim book of scripture, should be the highest authority in America, and Islam the only accepted religion on Earth, he said.

Ahmad was one of three who spoke as part of an Islamic Study School session entitled, "How Should We As Muslims Live in America?" Also speaking were Sidi Hatem Bazian, the director of Al-Qalam, an Islamic institute affiliated with the University of California, Berkeley, and Sheikh Hamza Yusuf, director of the Zaytuna Institute, which is affiliated with the Islamic Studies School.

Ahmad spoke against people trying to impose values — such as environmentalism or vegetarianism — onto Islam, and only taking ideas from the faith that conform to personal opinions.

"One of the challenges is understanding the totality of Islam. Don't come up with an opinion and find out the things that support it in Islam," he said. "Everything we need to know is in the Koran. We don't need to look somewhere else."

Recently, the Council on American-Islamic relations challenged a running-shoe maker Nike when it printed the name of Allah in Arabic on a running shoe. Nike withdrew the shoes from stores, and agreed to build some basketball courts for the Muslim community, said Fareedoon Mojadidi, director of the Islamic Studies School.

There are about 150,000 Muslims in the Bay Area, Mojadidi said.

The Islamic Study School in Hayward is a non-profit, non-political school that has courses on Islam.

Thursday's conference, dinner and Koran readings, were organized by the school to help reconnect American Muslims with their heritage.

Muslim institutions, schools and economic power should be strengthened in America, he said. Those who stay in America should be "open to society without melting into it."

Keeping mosques open so anyone can come and learn about Islam is a responsibility to deliver the message of Islam, he said.

"If you choose to live here (in America) ... you have a responsibility to deliver the message of Islam," he said.

[73]

**EXHIBIT 10**

[74]



 Mon-Fri at noon on KPBS Radio

# San Diego Unified School Board Approves Creation Of Anti-Islamophobia Plan

0:00 / 7:35

July 28, 2016 1:19 p.m.

San Diego Unified School Board Approves Creation Of Anti-Islamophobia Plan

**GUEST**:

**Hanif Mohebi**, executive director, Council on American-Islamic Relations San Diego chapter

**Related Story: San Diego Unified School Board Approves Creation Of Anti-Islamophobia Plan**
**Transcript:**

This is a rush transcript created by a contractor for KPBS to improve accessibility for the deaf and hard-of-hearing. Please refer to the media file as the formal record of this interview.

Q NEGATIVE STEREOTYPES OF MUSLIMS HAVE UNFORTUNATELY BECOME PART OF OUR LIVES. MOST ADULTS KNOW ENOUGH TO SPOT BIGOTRY WHEN THEY SEE IT. WHAT ABOUT CHILDREN?
A THE SAN DIEGO UNIFIED SCHOOL DISTRICT HAS DECIDED TO FIND A WAY TO COUNTER THOSE MESSAGES AND STOP ISLAMIC PHOBIA AND BULLYING OF MUSLIM STUDENTS. IT'S A PROBLEM THAT'S AFFECTING STUDENTS, SOME

[75]

Opinions expressed by guests during interviews reflect the guest's individual views and do not necessarily represent those of KPBS staff, members or its sponsors.

OF WHOM SPOKE DURING THE SCHOOL BOARD MEETING THIS WEEK.

CUSTOMER TALKING ABOUT DIFFERENT CULTURES, I SHOW THAT I AM A MUSLIM A KID IN MY CLASS TOLD ME A CHILD IS GOING TO BEAT MUSLIMS OF INCLUDING YOU. HE ALSO SAID MUSLIMS ARE THE WORST PEOPLE.

I FELT LIKE ME AND THE OTHER STUDENTS ARE GETTING BULLIED BECAUSE OF OUR RELIGION TO GO WITH THE ONLY TWO MUSLIMS AND WE'RE THE ONLY TWO TO GET BULLIED. SEVERAL TIMES I FELT DEPRESSED ABOUT HER LEAVING EVERYTHING BEHIND.

I CAN BEGIN TO TELL YOU HOW AT TIMES I FELT INFERIOR BECAUSE I LOOK FOR IN. HAVE PEOPLE EXCLUDE ME, SPREADER RUMORS BECAUSE OF MY FAITH OR HAD MY IDEAS TRAMPLED BECAUSE OF CLINICAL EFFECTIVENESS.

THOSE VOICES WERE FROM FOURTH-GRADERS AND SIX GRADERS AND A HIGH SCHOOL SENIOR. JOINING ME NOW IS DIRECTOR OF ISLAMIC RELATIONS AND CARE.

Q  THANK YOU FOR COMING IN.
YOU AT THE SCHOOL BOARD MEETING. WHAT DID YOU WANT THE BOARD MEMBERS TO KNOW ABOUT WHAT'S SOME KIDS FACE IN SCHOOL?

A  I WANT THE BOARD MEMBERS TO FEEL THE SIGNIFICANCE AND INTENSITY OF WHAT'S GOING ON, SPECIFICALLY WE HAVE ONE OF MY STUDENTS WE SURVEYED THAT SAID DISCRIMINATION ANTI-MUSLIM HATE WAS COMING FROM STAFF MEMBERS AND TEACHERS. WHEN YOU HAVE 27% OF OUR YOUNG STUDENTS WHO WEAR HEADSCARVES THAT THINK THE TEACHERS ARE PART OF THE PROBLEM, WHETHER THAT'S TRUE OR NOT, THAT'S HOW THEY FEEL. HOW CAN WE STOP THAT? HOW CAN WE BRING A REMEDY THAT CAN HELP THEM?

Q  SCHOOL DISTRICTS LIKE SAN DIEGO UNIFIED ALREADY HAVE ANTI-BULLYING POLICIES AND ANTI-DISSEMINATION POLICIES. WHY DO FEEL THERE NEEDS TO BE A POLICY SPECIFICALLY GEARED TOWARDS MUSLIM STUDENTS?

A  FIRST AND FOREMOST, THE MUSLIM STUDENTS ARE TARGETED. AT A RATE MUCH HIGHER THAN, TWICE THE AVERAGE NATIONAL STATISTICS, 55% OF THE STUDENTS WE SURVEYED WERE BULLIED IN PUBLIC SCHOOLS. THAT'S ONE REASON. ANOTHER REASON, GIVEN THE POLITICAL ATMOSPHERE WE LIVE IN ITS VERY IMPORTANT FOR US TO MAKE SURE THE STUDENTS THAT ARE IN OUR CLASSROOMS FEEL THEY ARE PART OF THE DISCUSSION NOT TARGETED BY THE DISCUSSION.

Q  THIS HAS BEEN A PROBLEM INCREASED IN RECENT YEARS BUT A RATHER LONG-STANDING IN OUR PUBLIC SCHOOL SYSTEMS. YOU GREW UP IN CALIFORNIA. DID YOU EVER EXPERIENCED ANY SORT OF HARASSMENT IN SCHOOL BECAUSE OF YOUR RELIGION OR HERITAGE?

A  I GREW UP IN SAN JOSE CALIFORNIA. YES, I DID. I WAS BULLIED. THE

[76]

BEAUTIFUL THING ABOUT THAT WAS I LOVED MY TEACHERS AND I KNEW THEY WOULD PROTECT ME. I COULD TURN BACK TO MY TEACHERS, MY ADMINISTRATION, UNTIL TODAY, I AM IN CONTACT WITH MY FOURTH AND FIFTH GRADE TEACHERS. I COULD TURN BACK TO THEM AND THEY WOULD PROTECT ME. WHAT ABOUT WHAT REALLY HURTS ME IS WHAT ABOUT TODAY IF YOUR STUDENTS AND PEOPLE ARE BULLYING YOU AND YOU CANNOT GO TO YOUR TEACHER BECAUSE YOU THINK THE TEACHER IS THE PROBLEM?

Q YOU CONGRATULATED A SCHOOL BOARD DURING A DISCUSSION AND SAID THEY SHOWED YOU WHY SAN DIEGO HAS ONE OF THE SAFEST SCHOOL DISTRICTS FOR MUSLIM STUDENTS. CAN YOU TELL US MORE ABOUT THAT?

A I SAID THEY WERE TAKING THE LEAD IN CALIFORNIA, PERHAPS THE NATION AND MANY FRIENDS AND SPECIFICALLY WORKING WITH SPECIFIC COMMUNITY ORGANIZATIONS. I NEVER SAID THEY WERE THE SAFEST. HOWEVER, THEY CAN BE THE SAFEST IF WE WORK TOGETHER.
IS THERE A FEELING AMONG SOME MUSLIM STUDENTS THAT THEY SHOULD HIDE THEIR RELIGION OR THEIR CULTURE?
IN SOME CASES, THEY ARE FORCED TO. SOME STUDENTS HAVE SAID I AM JUST BECAUSE I AM MUSLIM. THEY WOULD SAY I AM A TERRORIST AND ALWAYS ASK ME HOW IS THE BOMB YOU'RE WORKING ON? SOMEONE THREATENED TO KILL ME IF I SHOWED UP ON MY LOVE AND -- 9/11. WE'RE SUCH SEVERE HATE IS NOT FOR THAT STUDENTS MAY FEEL MAYBE THEY SHOULD.
I HONOR THOSE STUDENTS, LIKE ONE OF THE YOUNG FIFTH-GRADERS SPOKE UP, AM PROUD OF MY RELIGION AND I'M WANT EVERYONE TO KNOW THAT I DON'T CARE WHAT THEY THINK. WE NEED TO HAVE -- WAS BEAUTIFUL THAT AMERICA IS WE CAN ALL LIVE TOGETHER, SHINE THE WAY WE ARE BUT WORK TOGETHER TOWARDS A COMMON GOAL AND VALUE. I THINK THAT'S WHAT WE NEED TO INSTILL IN OUR KIDS.

Q THE SAN DIEGO UNIFIED SCHOOL DISTRICT IS TO PRODUCE A PLAN TO ADDRESS ANTI-MUSLIM PLAYING. WHAT WOULD YOU LIKE TO SEE INCLUDED IN THE PLAN?

A THIS IS THE FIRST STEP. THE PLAN HAS TO INCLUDE NUMBER ONE, PROVIDING RESOURCES, KNOWLEDGE IS POWER. I DO THESE TRAININGS AND OTHER SCHOOL DISTRICTS AND ONE OF THE TOP QUESTIONS TEACHERS ASK, I WISH I HAD THESE THIS INFORMATION BEFORE. WE NEED TO PROVIDE THEM RESOURCES, DEVELOPMENTS, WE NEED TO WORK ON CURRICULUM AND MAKE SURE THE CURRICULUM IS MORE INCLUSIVE AND FORTH, WHEN WE TALK ABOUT BULLYING WE HAVE TO MAKE SURE THE MUSLIM COMMUNITY IS INVOLVED IN THE DISCUSSION.

Q HOW CAN THE REST OF SAN DIEGO HELP IN THIS EFFORT?

A ALL OF US NEED TO LEARN ABOUT EACH OTHER. IF YOU HAVE A MUSLIM NEIGHBOR, REACH OUT TO THEM, HAVE A COFFEE HAVE LUNCH. DON'T BE AFRAID TO ASK HARD QUESTIONS. BREAK SOME BREAD WITH THEM. THAT'S AT THE FAMILY LEVEL. AT THE SCHOOL DISTRICT, AND INVITE ALL

[77]

Case 3:17-cv-01054-BAS-JMA  Document 26-2  Filed 02/20/18  PageID.285  Page 84 of 155

THE SCHOOL DISTRICTS TO CONTACT LOCAL COMMUNITIES,
ORGANIZATIONS AND OTHER ORGANIZATIONS TO SEE HOW TOGETHER WE
CAN WORK AND BRING ABOUT A POSITIVE CHANGE TO OUR SOCIETY.
I DID SPEAK WITH EXECUTIVE DIRECTOR OF THE SAN DIEGO CHAPTER OF
CARE.

**Related Content**

[78]

**EXHIBIT 11**

[79]

## DRESS CODE

- You have the right to wear your hijab or kufi at public school, even if there is a dress code or uniform requirement.
- If you do not wish to participate in school activities that would require you to remove your hijab, such as swimming, your school must provide an alternative activity for you.

## HOLIDAYS AND PRAYER

- Schools cannot penalize students for missing school on religious holidays. You can request the day off in advance for Eid holidays.
- You are allowed to pray individually or as a group during the school day. CAIR advises you to choose a time to pray that does not coincide with school activities or class time.
- A school isn't required to provide a designated prayer room but can indicate what areas are available to students for prayer.
- You may be permitted to leave school for Jumu'ah (Friday prayer). You must coordinate with school officials if you wish to do this.

## KNOW YOUR RIGHTS:

State law requires your school to protect you from harassment and discrimination.

- Schools MUST prohibit bullying based on religion, race and nationality.
- Schools MUST make their bullying policy public.
- Schools MUST have a process in place for investigating complaints of bullying. If you tell a teacher or another adult at school that you are getting bullied, they have to do something to help you.



## WHAT IS A BULLY?

Someone who purposely tries to hurt others by:

- Making them feel uncomfortable
- Kicking/fighting
- Name-calling
- Spreading nasty rumors

## WHAT IS BULLYING?

Bullying is repeated, aggressive behavior intended to hurt another person, physically or emotionally. Bullying can take place in person, through notes left on desks or lockers, text messages, or online via email or social media. It can range from verbal insults to physical violence, and usually occurs over an extended period of time.

## PROBLEMS MUSLIM STUDENTS FACE:

- Pulling of headscarf or kufi
- Pressure to convert to another religion
- Insulting comments about Islam made in the classroom or at recess
- Physical abuse



## KNOW YOUR RIGHTS

as a Muslim Youth at School

**CAIR** CALIFORNIA

**CAIR**

Council on American Islamic Relations

SAN FRANCISCO BAY AREA
408.986.9874
info@sfba.cair.com

SACRAMENTO VALLEY
916.441.6269
info@sacval.cair.com

GREATER LOS ANGELES AREA
714.776.1177
info@losangeles.cair.com

SAN DIEGO
858.278.4547
info@sandiego.cair.com

CAIR NATIONAL
202.488.8787
info@cair.com

[80]

## MUSLIM STUDENTS IN THEIR OWN WORDS

"My friends make fun of my name. It makes me angry."

"I wish that people would understand that although my parents raised me Muslim, they didn't make me wear hijab. It was MY CHOICE."

"I wish people at school would understand that even when they joke about calling me a terrorist, I don't really think it's funny."

"I wish that people were more open about learning more about the real Islam and not the kind of Islam they show on T.V. or on the news."

## STEPS YOU CAN TAKE:

- Use any ignorance you encounter as an opportunity to educate others about your beliefs. But if someone repeatedly makes offensive comments about Islam, report it.
- Learn more about and be proud of your faith.
- Volunteer to give a presentation on Islam on school-sponsored diversity days.
- Know that your real friends will stand up for you.

## DO'S AND DON'TS IF YOU ARE BULLIED:

- DO report to a teacher or other trusted adults at school; your school has a legal duty to protect you.
- DO let your parents know if you are being bullied or know of someone who is being bullied.
- DO NOT feel ashamed or embarrassed. It is not your fault.
- DO NOT retaliate with violence or name-calling; this could result in you being punished and not the bully.

## WORKING WITH TEACHERS:

- Some Muslim students have reported that teachers treat them differently based on their faith or country of origin.
- Do not cut yourself off and think you must handle bullying by yourself. Talk to a parent, a teacher, or another adult you trust. They are your allies.
- If a teacher makes a false statement about Islam, respectfully raise the issue during or after class.
- If any of the following situations occur, report it to your parents and the principal.
  ◦ If a teacher prohibits or punishes you for wearing your hijab or kufi.
  ◦ If a teacher makes fun of your name, country of origin, or religion, even in a joking way.
  ◦ If a teacher suggests that you should convert to a different religion.
- Contact CAIR!

## REMEMBER:

- Bullying in all forms should never be tolerated by you or your school.
- Advise you on how to address your situation.
- Accompany you to meetings with administrators or can contact them on your behalf.

## WHAT CAIR CAN DO TO HELP:

- Help you file a complaint if school administrators aren't taking effective action to stop the bullying.
- Help connect you to resources about your faith which you can share with administrators and teachers.
- Help connect you to counseling services to help deal with the stress of bullying.
- Even if you do not wish for CAIR to take action in your situation, it is still important to report what is happening, especially if your situation is like something described above. The more CAIR knows about what Muslim youth at school face, the better equipped the community can be to solve problems

**EXHIBIT 12**

[82]



# AN EDUCATOR'S
# GUIDE TO ISLAMIC
# RELIGIOUS PRACTICES



**CAIR**

Council on American-Islamic Relations

[83]

*"Read! For your Lord is most Generous.*

*(It is He) who taught by means of the pen;*

*taught man that which he knew not."*

The Quran, Chapter 96, Verses 3-5

# CAIR

The Council on American-Islamic Relations
is a non-profit, membership organization dedicated
to presenting an Islamic perspective on issues
of importance to the American public.

First Published in 1997
@ Copyright 2005
Council on American-Islamic Relations (CAIR)

[84]

## Glossary of Muslim Terms

*Eid*          A holiday.

*Halal*        Permissible by Islamic law.

*Hija b*       Clothing Muslim women wear
               in public. It is generally loose-
               fitting and includes a head-
               covering. Also called *Khimar*.

*Jum'ah*       Friday prayer.

*Kufi*         A cap worn by some Muslim
               men.

*Qur'an*       Islam's revealed scripture.

*Ramadan*      The month of fasting.

## CAIR Research Center

CAIR Research Center conducts research
on the American Muslim experience. Dr.
Mohamed Nimer is the research and
author of CAIR guides to Islamic religious
practices.

[85]

**D**emographers say that Islam is one of the fastest growing religions in the United States and around the world. American Muslims are found in all sectors of society. This presence is perhaps most evident in the public school system, where Muslim students of various racial and ethnic backgrounds make up an increasing percentage of the school population.

Recent studies show that most Muslim children are enrolled in public schools. This growing demographic segment adds a new dimension to be considered as educators work with issues of diversity. The information contained in this booklet is designed to assist teachers, principals and other educators in formulating and implementing policies and programs that will help to create a culturally-sensitive academic environment. It will also serve as a guide for the accommodation of religiously-mandated practices of Muslim students.

● ● ● ● ●

## U.S. Legal Protection of Religious Rights

Prayer, fasting, pilgrimage, religious celebrations, as well as dietary and clothing requirements are practices of the Muslim faith. Such religious expressions are protected by the First Amendment to the Constitution, which protects the free

[86]

exercise of religion. Moreover, the Equal Access Act of 1984 (upheld by the Supreme Court in 1990) affirmed the right of student-initiated religious activities in public schools.

Although Islamic religious practices have similarities to elements of other religions, the details of time and procedure that define what is proper religious practice may differ. The goal of this publication is to suggest practical steps to assist educators in accommodating the religious needs of Muslim students.

## Dietary Requirements

The Qur'an (Islam's scripture) prohibits consumption of alcohol, pork, and any pork by-products or derivatives. Therefore, practicing Muslims are careful about the food they consume and how it is prepared. Muslims follow certain standards—called Halal (permissible by Islamic law)—in slaughter and preparation of meat and poultry. Some objectionable food items include:

- Pepperoni, sausage, and hot dogs containing pork.
- Bacon—alone or in soups, quiche, etc.
- Animal shortening—in breads, puddings, cookies, cakes, donuts, etc. Vegetable shortening is acceptable.
- Gelatin—in Jello, desserts, candies, marshmallows, chocolates, etc.
- Lard—in any product.

[87]

- Food ingredients containing alcohol, such as vanilla extract and Dijon mustard.

School lunch items containing ingredients derived from pork must be highlighted clearly, especially in elementary schools. For preschool and elementary food programs, many school cafeterias have been particularly helpful to Muslim parents and students by labeling such foods with a prominent visual marker, such as a red dot or a picture of a pig, for beginning readers.

## Expressions of Personal Modesty

Islam prescribes that both men and women behave and dress modestly. Muslims believe that an emphasis on modesty encourages society to value individuals for their wisdom, skills and contribution to the community, rather than for physical attractiveness. There are a number of ways in which Muslims express such teachings.

Men and boys are always to be covered from the navel to the knee. Also, some male Muslim students wear a small head covering, called a kufi.

When in public, Muslim women wear loose-fitting, non-revealing clothing, known as hijab, or khimar. This attire, which may vary in style, includes a head covering.

The wearing of a head covering may lead to teasing by other students. Teachers

[88]

should prevent classmates from pulling on or removing a Muslim student's scarf.

## Adolescence and Gender Relations

Puberty is a major turning point in the life of a Muslim. For those who have reached puberty, Islam prescribes certain parameters for relations between the sexes. For example, many Muslims are reluctant to shake hands with the opposite sex, even with teachers or administrators. This should not be taken as an insult, but as a sign of personal modesty.

Also, Muslims may raise religious objections to coed physical education classes and to school-sponsored dances. Students should not be pressured to participate or penalized for not taking part in such activities.

## Physical Education

Muslim boys and girls may not take same-sex communal after-sport showers without wearing appropriate covering of their bodies. Private showers should be made available, or gym classes could be scheduled in a late period, allowing the student to shower at home.

School administrators may discuss with students alternative clothing in physical education classes. Alternatives could include knee-length shorts for boys and full track suits for girls.

Muslim students should not be forced to participate in coed swimming classes.

[89]

Schools that require swimming skills have offered outside certification as an option.

## Muslim Holidays

There are several days in the Muslim calendar with special religious significance, but the major celebrations common to all Muslims are the two Eid (holiday) days. The first Eid day is celebrated on the day after the month of Ramadan (the month of fasting). The second is celebrated on the tenth day of the twelfth Islamic month.

The festivities include congregational prayer, gatherings with family and friends, and gifts and entertainment, especially for children. A typical greeting on these occasions is "Eid Mubarak," or "Blessed Eid." To accommodate the needs of students during these observances, schools should add Muslim holidays to their calendars.

Celebrating Eid requires that Muslims take at least one day off from school. There should be no penalty for this religious obligation. Because the occurrence of Eid depends on the sighting of the new moon, the exact date can only be determined with certainty the night before. Muslim communities around the country would like to see that Eid receives recognition similar to that given to Christmas and Hanukkah, especially in schools where Muslims constitute a significant segment of the student population.

Where the number of Muslim students is low, schools can demonstrate commit-

**[90]**

ment to diversity by refraining from marking students absent when they do not attend school on Eid. Also, major events (games, exams, plays, etc.) should be scheduled around these holidays.

## Fasting

Islamic holy days and festivals follow the lunar calendar. Like the solar calendar, it has twelve months. However, a lunar month, which is marked by the appearance of a new crescent moon, may last only 29 days. As a result, the lunar year is about 11 days shorter than the solar year.

The month of Ramadan, the ninth month of the Islamic lunar calendar, is the time when Muslims are required to fast. Fasting during Ramadan is one of the five "pillars" of Islam. (The other pillars include a declaration of faith, daily prayer, offering regular charity, and pilgrimage to Mecca.)

Observing the Ramadan fast means refraining from eating and drinking from break of dawn to sunset. The dates of this fast change each year; so the fast will eventually rotate throughout the full solar year. Ramadan is a period of self-restraint and a time to focus on moral conduct. It is also a time to empathize with those who are less fortunate and appreciate what one has.

Fasting is prescribed when children reach the age of puberty. Still, Muslim families allow their young children to experiment with fasting. Fasting students should be allowed to go to the school

library instead of the cafeteria during lunch. Also, they should be excused from strenuous physical activity during the fast.

To turn the diversity in the classroom to educational advantage, a teacher may invite a Muslim student or guest speaker to explain the practices and traditions surrounding the Ramadan fast. This will help the Muslim student avoid a feeling of awkwardness about not having lunch with his or her fellow students during the month. By providing opportunities for students of varied religious backgrounds to share their special occasions, the school helps to support parents and communities in their efforts to teach beneficial values. Such information is also important preparation for students as future citizens.

## Curriculum Issues

Many Muslims feel their faith has been treated with bias in textbooks and school programs. Although availability of more accurate and balanced instructional material is increasing, the continued use of outdated material in social studies and world history classes reinforces perceptions of Islam as a foreign creed and Muslims as enemies.

Such divisiveness has contributed to incidents of harassment and violence against Muslim children by their schoolmates. In a number of cases, Muslim children have been mocked as "devil worshipers," "sand n-gers," and "camel jockeys."

**[92]**

School boards may want to review policies and programs in light of the increasing Muslim population in the public school system. Textbooks that contribute to religious prejudice are not suitable for educating students. Books that lack reliable information are usually replete with mistakes about the basic Islamic beliefs. One common error is the definition of "Allah" as a particular Muslim god rather than the same God of Christianity and Judaism. Qualified Muslim educators should participate in the textbook selection process, particularly for history, social studies and geography texts.

## Family Life/Sex Education

Family life and sex education material presented in schools is another sensitive matter to Muslims. In Islam individuals become religiously responsible for their deeds when they reach puberty. Islam puts great emphasis on modesty, chastity and morality and there is a specific set of teachings with regard to human development and its related issues.

Close contact with local Islamic centers is essential to encourage input from the Muslim community. Class materials should be available for review and parents should have the option to remove their children from all or part of the program.

[93]

## Daily Prayer

Islam urges "God consciousness" in the individual's life. To that end, Islam prescribes that believers perform prayer five times each day. Two such times, a few minutes after meridian of the sun and approximately two hours after that, may fall within regular school hours. It usually takes less than 15 minutes to accomplish the religious requirements of the prayer.

## Washing

Before each prayer, Muslims are required to wash their faces, hands and feet with clean water. This washing is normally performed in a rest room sink or other facility that has running water, and takes about two minutes.

## Prayer Space and Time

During the act of worship, which include specific recitations from the Qur'an, the Muslim will stand, bow and touch the forehead to the ground. Worship may be performed in any quiet, clean room. During the prayer, the worshiper will face toward Mecca (generally northeast in America). Total privacy is not required. However, others should not walk in front of or interrupt the worshipper during the prayer.

When the Muslim prays, he or she is fully engaged. He or she may not respond to a conversation. Students and teachers should not take offense if the worshipper

[94]

does not answer their call during the prayer. However, in case of an emergency, the Muslim will respond to an announcement by stopping the prayer immediately.

## Organizing Prayers Through Extracurricular Clubs

Teachers need not be involved in any way in student-initiated prayers. Muslim students, like their counterparts from other faiths, can establish extracurricular clubs to organize prayer activities.

## Friday Congregational Prayer

In Islam, Friday is the day for congregational worship, called Jum'ah. It is an obligation that must be fulfilled. Jum'ah lasts about one hour and takes place at the mosque during midday prayer. Those who are conscientious about attending this prayer may request a temporary release from school or an extended lunch period.

In high schools and universities where the number of students interested in performing the prayer is large, the function can be conducted by students on the school premises.

## Pledge of Allegiance

Islam discourages acts of reverence to anyone or anything but God. Some Muslims may be hesitant to recite the pledge of allegiance. This, however, should not be taken as a sign of disrespect to the symbol of the nation. Many Muslim

**[95]**

parents teach their children to stand up but not to recite the pledge.

In conclusion, with the recent leaps in communication technology and the changing demographics of our communities, American society is coming face to face with new cultures, new beliefs and new ideas. Giving students the tools to interact, to understand, and to learn from other cultures will offer them invaluable insights into the basic human qualities that we all share.

As the Qur'an says, "*0 mankind! We created you from a single (pair) of a male and a female, and made you into nations and tribes, that you may know each other (Not that you may despise each other).* "

We hope the publication of this guide will be an important step toward that goal.

**[96]**

# Religious Accommodation Suggestions

**Pork and pork by-products in lunches**

• Mark items with a red dot or a picture of a pig.

**Muslim holidays**

• Schedule exams and other major events around holidays.
• Do not mark students absent.

**Ramadan fast**

• Allow students to study in the library or elsewhere during lunch.

**Physical education**

• Discuss clothing requirements with Muslim parents.
• Reschedule classes for students preferring samegender exercise environment.

**Gender relations**

• Do not extend hand first for handshake with opposite sex.
• Avoid touching when comforting students and parents of opposite sex.

**Family life/sex education program**

• Allow parents reasonable time to review any material dealing with "sex education."
• Allow children to opt-out from all or part of the family life program.

**Prayer**

• Allow Muslim students to pray in unused rooms.

**Fairness in classroom and text presentations**

• Check textbook for religious bias.
• Invite Muslim speakers to social studies and world religion classes.

[97]

blank

# Publications Available from **CAIR**

## Civil Rights Reports

|  | # copies |
|---|---|
| 1996 - The Price of Ignorance | $ 5.00 ____ |
| 1997 - Unveiling Prejudice | $ 5.00 ____ |
| 1998 - Patterns of Discrimination | $ 5.00 ____ |
| 2001 - Accommodating Diversity | $ 5.00 ____ |
| 2002 - Stereotypes & Civil Liberties | $ 5.00 ____ |
| 2003 - Guilt by Association | $ 5.00 ____ |
| 2004 - Unpatriotic Acts | $ 7.00 ____ |

## Guides

| | |
|---|---|
| Employer's Guide to Islamic Religious Practices | $ 2.00 ____ |
| Educator's Guide to... | $ 2.00 ____ |
| Health-Care Provider's Guide to... | $ 2.00 ____ |
| Correctional Institution's Guide to... | $ 2.00 ____ |
| Law Enforcement Official's Guide to... | $ 2.00 ____ |
| Know Your Rights Pocket Guide | Free (limited) ____ |
| Voter Registration Guide (groups, orgs, etc.) | Free (limited) ____ |
| Muslim Community Safety Kit | Free (limited) ____ |

## Other Publications

| | |
|---|---|
| U.S. Congress Handbook (full color) | $ 10.00 ____ |
| American Muslims One Year After 9/11 (special) | $ 10.00 ____ |
| Media Relations Handbook | $ 10.00 ____ |
| The American Mosque - Mosque Study Project | $ 10.00 ____ |
| A Rush to Judgment | $  7.00 ____ |
| The Usual Suspects | $  3.00 ____ |
| A Model for School District Religious Policy | 1 Free ____ |

## Also available

| | |
|---|---|
| Welcome to Our Ramadan pamphlet | Free (limited) ____ |
| Welcome to Our Mosque pamphlet | Free (limited) ____ |
| Mosque Open House pamphlet | Free (limited) ____ |
| CAIR non-spill Travel Mug | $  5.00 ____ |
| CAIR Nike T-shirts | $ 10.00 ____ |
| CAIR Hats | $ 10.00 ____ |
| CAIR License Plate holder "Faith in Action" | $  2.00 ____ |

Washington, D.C. 20003

or

Call: 202-646-6042

Subtotal _____
Postage _____
TOTAL _____

[99]

Name: _____

Address: _____

_____

Phone: _____

Email: _____

(CAIR does not share nor give out personal information)

## PAYMENT:

CAIR accepts purchase, phone, fax, or email orders. Pre-payment preferred, otherwise billed with invoice. Invoice provided on all orders. To pay in **U.S. DOLLARS** via:

❑ **Check** - payable to CAIR ❑ **Money Order** - Payable to CAIR
**Credit Card**:  ❑ Visa   ❑ Discover   ❑ Mastercard

Card number _____

Expiration I (mo 1 yr) _____

Name on Card _____

Signature _____

## POSTAGE:

Most orders are sent using U.S. Postal Service. For large orders, ground services will be used (U.S. only) to save you money. Please allow at least 5 days for order processing and shipping. Call for special orders, international orders, or rush delivery.

$10.00 or less, add $2.00 postage and handling.

$10.00 - $25.00, add $4.00 postage and handling.

Over $25.00, call or email for best rates.

**TO ORDER, complete and send to:**

CAIR Publications

453 New Jersey Ave., S.E.

Washington, D.C. 20003

or

Call: 202-646-6042

Email: publications@cair-net.org

Fax: 202-488-0833

*For the North American Muslim Resource Guide,* contact Routledge publishing
at 1-800-634-7064, or Ernail: reference@routledge-nycorn

**[100]**



**Council on American-Islamic Relations**
453 New Jersey Avenue, SE
Washington, DC 20003
www.cair.com

[101]

**EXHIBIT 13**

[102]

FY20162017.142 3,8,9,11

| From: | Rabin Michael |
|---|---|
| Sent: | Friday, December 16, 2016 11:42 AM |
| To: | Shaheed Agin |
| Cc: | Brigham Brenda |
| Subject: | FW: Speaking about Islam at Logan MS: Thursday Feb. 2 : 1:30 PM  7th/8th graders |

Hiya Agin and Brenda,
I'm putting this on your radar. The Feb. 2 date isn't solid yet, but I'll provide confirmation when I find out. Encouraging you to reach out to Hanif Mohebi at any stage of this process.
Best,

Mick Rabin
Pronouns: He/Him/His
Project Resource Teacher
Department of Youth Advocacy
c(619)985-5608
o(619)725-7221
f(619)683-3145

"Those are my principles. If you don't like them. . .well, I have others."
--Groucho Marx

**From:** Ron Punit Auerbacher [mailto:punit_92103@yahoo.com]
**Sent:** Thursday, December 15, 2016 1:09 PM
**To:** Villar Jose <jvillar@sandi.net>; Beth Cullen <bethcullen222@mac.com>; Vazquez Rosa <rvazquez@sandi.net>; Rabin Michael <mrabin@sandi.net>; Maklary Gina <gmaklary@sandi.net>; Baeza Hernan <hbaeza@sandi.net>
**Subject:** Speaking about Islam at Logan MS: Thursday Feb. 2 : 1:30 PM 7th/8th graders

Hanif Mohebi from CAIR has confirmed this date for a presentation to middle school students.

All agreed?

This is for Feb. 2. . .NOT January 19, as originally suggested.

We can do this in the cafeteria.

Hanif would like a microphone & projector.

Thanks.

Mick Rabin, Youth Advocate from the school district who did the diversity training last year, would like to attend.

*Hanif Mohebi, Executive Director*

**[103]**

FY20162017.142 3,8,9,11

*Council on American-Islamic Relations, San Diego Chapter*
*7710 Balboa Avenue*, Suite 326
San Diego, CA 92111
Telephone/Fax 858-278-4547
Cellphone: 858-774-9991
http://ca.cair.com/sandiego/
hmohebi@cair.com



**Invest in your civil rights by making a contribution today.**
**Donations to CAIR are both tax-deductible and zakat-eligible.**

NOTE:  "This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you are not the intended recipient, or authorized to receive this message for the recipient, please contact the sender by reply email and delete all copies of this message. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice."

**[104]**

**From:** Sharp Andrew
**Sent:** Tuesday, January 31, 2017 6:39 AM
**To:** Winet Shari
**Subject:** Re: Need your review...
**Attachments:** image001.png

I would encourage Megan to cover it, and see if she can take the Sprint info another way.

Thanks,

Andrew

---

**From:** Winet Shari <swinet@sandi.net>
**Date:** Monday, January 30, 2017 at 5:50 PM
**To:** Local Admin <asharp@sandi.net>
**Subject:** Need your review...

Andrew,

Please weigh in on this (only because the principal called me with some concerns and wanted to make sure we were okay with it). Any objection to Megan covering this event at Logan K-8 on Thursday? See the short email chain below. Here's what the principal told me about it (note that it's the same date and time as our Sprint media event):

Educational Program about Islam at Logan MS: Thursday Feb 2 @ 12:30 PM
7th/8th graders

**Presenter:** Representatives from the *Council on American-Islamic Relations, San Diego Chapter*
Speaking with Students about Islam – *Hanif Mohebi, Executive Director*
http://ca.cair.com/sandiego/
hmohebi@cair.com

Also attending:
Mick Rabin
Department of Youth Advocacy

Let me know your thoughts,
Shari

Shari Winet
Communications Director

 San Diego Unified
SCHOOL DISTRICT

4100 Normal Street | Suite 2145
San Diego | California | 92103-2682
T: 619/725-5568 | F: 619/725-5576 | C: 619/381-7930
www.sandiegounified.org | swinet@sandi.net

**[105]**

FY20162017.142 3,8,9,11

**From:** Megan Burks [mailto:meburks@kpbs.org]
**Sent:** Monday, January 30, 2017 5:22 PM
**To:** Villar Jose <jvillar@sandi.net>
**Cc:** Winet Shari <swinet@sandi.net>
**Subject:** Re: CAIR at Logan on Thursday

Thanks, Jose!

Shari,

Similar to the story I did for the Celebration of Light, this seems like a nice opportunity to hear what students are thinking in this political climate and to learn how schools are helping them sort things out.

Thanks,
Megan

On Mon, Jan 30, 2017 at 12:52 PM, Villar Jose <jvillar@sandi.net> wrote:

Hi Megan,

How are you?  If you could please contact Shari Winet, she will be able to provide more information on the visit to the school site and the coverage for radio and television.

Thanks,

Antonio Villar, Principal

Logan K-8 School

**Shari Winet**

Director

Phone: 619-725-5568

EMail: swinet@sandi.net

**From:** Megan Burks [mailto:meburks@kpbs.org]
**Sent:** Monday, January 30, 2017 10:14 AM
**To:** Villar Jose
**Subject:** CAIR at Logan on Thursday

Hi Tony,

**[106]**

FY20162017.142 3,8,9,11

A volunteer at the school let me know that a speaker from CAIR is presenting to 7th and 8th graders at Logan on Thursday. Is this something that I would be able to cover on KPBS? It would be for both radio and television.

Thank you,

Megan

--

Megan Burks

Education Reporter

KPBS Public Media

Newsroom (direct): 619-594-8143

Cell Phone: 619-895-3875

Twitter: @MEBurks

--
Megan Burks
Education Reporter
KPBS Public Media
Newsroom (direct): 619-594-8143
Cell Phone: 619-895-3875
Twitter: @MEBurks

[107]

**EXHIBIT 14**

[108]

kpbs.org

# Anti-Islamophobia Training Rolls Out In San Diego Schools

Feb. 2nd, 2017

Ʞ Send to Kindle



Photo by Matthew Bowler

Above: Hanif Mohebi of the Council on American-Islamic Relations speaks to students at Logan Elementary School, Feb. 2, 2017.

KPBS Radio News      Aired 2/3/17 on KPBS News

In the heat of the 2016 campaign season, San Diego Unified board members voted to put together a plan to stop Islamophobia in schools.

In the heat of the 2016 campaign season, San Diego Unified board members voted to put together a plan to stop Islamophobia in schools. Part of that plan was in action Thursday— a week after President Donald Trump signed orders to temporarily ban travel from Muslim-majority countries and crack down on immigration.

[109]

Mercury Reader

Hanif Mohebi of the Council on American-Islamic Relations said he's been called to more than a dozen schools since the election in November to teach students and teachers how to handle bullying of Muslims. Thursday, his audience was a little different: Latino students at Logan Elementary School.

"Where you're sitting, I used to sit there," Mohebi said to the seventh- and eighth-graders. "And without my beard, I used to look exactly like you, and people used to think I'm Mexican. So I've heard all the negative stuff that they will say. And it hurts."

**RELATED: Coalition Forms In San Diego To Fight Islamophobia**

The presentation wasn't altered for the new audience. Pamphlets on how to deal with being bullied said, "Know your rights as a Muslim youth in school." And tips for teachers — like understanding that minimizing eye contact is a sign of respect, not disrespect, among Muslims — were still laid out in bullet points. Mohebi and the school's principal, José Villar, urged the students to learn about Muslims and apply anti-bullying tips to their own lives.



Mohebi taught students various ways to deescalate and report bullying situations, and urged them to step in if they see it happening to someone else.

Eighth-grader Alfonso Ruiz, 14, took the message to heart.

"To all the people who bully Muslims or Latinos, stop it. Treat them with respect. Even though they're from a different race or religion, they're still human beings,"

**[110]**

he said.

**RELATED: New Program Aims To Unite San Diego Immigrants, Refugees, Veterans**

Mohebi's presentation is a pilot born out of the board's vote on addressing Islamophobia. The school board will consider a broader implementation later this year.

In addition to heated campaign rhetoric, school officials were responding to a CAIR study that showed 55 percent of Muslim students in California — double the national average — had experienced bullying.



To view PDF documents, Download Acrobat Reader.

---

http://www.kpbs.org/news/2017/feb/02/anti-islamophobia-training-rolls-out-san-diego-sch/

**[111]**

**EXHIBIT 15**

[112]



**Education Partnerships Alliance**
"Investing in Student Success"

PARTNERSHIPS IN EDUCATION PROGRAM

# Partnership Agreement

In the promotion of understanding and cooperation between businesses and schools within the San Diego community,

## *Business/Organization*                    **Name of School**

Council on American-Islamic Relations, California (San Diego Chapter) and SDUSD Race/Human Relations and Advocacy (R/HR&A)

hereby agree to enter into a partnership in education.

The intent of this partnership is to support student achievement and to provide mutual assistance and benefit through shared time and resources.  **The mission statement for this partnership is:**

> *To promote community collaboration and provide support to ensure that all San Diego students will graduate with the skills, motivation, curiosity and resilience to succeed in their choice of college and career in order to lead and participate in the society of tomorrow.*

**The effectiveness of our partnership will be measured by:**

- Completion of the designated activities.
- Feedback from all participants involved in the partnership activities.
- Consistent and timely communication between the partners.
- Shared goals and expectations.
- Active participation in Partnerships in Education committee that facilitates partnership activities.

**The following partnership activities are planned:**

- Teaching Against Islamophobia Training Program for Faculty and Staff of SDUSD

- Cultural Competency Training for SDUSD Faculty and Staff on Islam and Muslim Community

- American Muslim Community Resource for SDUSD

[113]

**In reciprocation and appreciation, the school/program plans the following:**

- The school newsletter will feature collaborative partnership activities.

- Letters of appreciation/reflection will be written to the partner.

As partners in education, we pledge our commitment to cooperatively achieve the goals developed in this agreement.

---

Edgar Hopida
Director of Public Relations
C.A.I.R.

Agin Shaheed
Program Manager
Race Human Relations & Advocacy

Bill Kowba
Superintendent

Date

[114]

**EXHIBIT 16**

[115]

## F. BOARD CONSENT AGENDA

| | |
|---|---|
| **Subject** | **3. Proclamation Recognizing the Council on American-Islamic Relations (CAIR) San Diego Chapter (Beiser)** |
| Meeting | Nov 10, 2015 - Regular Meeting, 5:00 P.M. |
| Type | Action (Consent) |

**RECOMMENDATION:** Approve proclamation supporting and recognizing the Council on American-Islamic Relations (CAIR) San Diego Chapter. The Board of Education that it recognizes CAIR-San Diego and thanks the organization for its 10 years of teaching students to accept and honor religious and cultural differences among their peers.

**BACKGROUND:** For 10 years the San Diego Chapter of the Council on American-Islamic Relations (CAIR) has been involved in constructive civic engagement in San Diego and Imperial Counties.

CAIR-San Diego works to promote not only religious and cultural tolerance and understanding, but also justice and equality for all who live in the United States

With the guidance of Executive Director Hanif Mohebi, CAIR-San Diego has joined the district's Office of Race/Human Relations and Advocacy in promoting equitable educational opportunity for all students and preparing them to succeed in a culturally diverse society.

CAIR-San Diego has partnered with the district in mediating situations in the schools that involve discrimination and other behavioral issues.

Working with California CAIR, CAIR-San Diego was instrumental in drafting a well-researched report on school bullying that has been presented to the district.
To further encourage participation in civic life, every year, CAIR-San Diego selects local high school juniors and seniors to participate in a mock California Legislature, which takes place in the Capitol in Sacramento.

On Saturday, November 14, 2015, CAIR-San Diego will celebrate its 10th Anniversary with a banquet, Strengthening Our Voices, Advancing Together.

[Originator/Contact:  Kevin Beiser, Board Trustee, 619.725.5550. board@sandi.net]

File Attachments
Proclamation CAIR, 11-10-15.pdf (122 KB)

[116]



# San Diego Unified School District
## Board of Education

# *PROCLAMATION*

### Presented by Trustees Kevin Beiser and Dr. Michael McQuary

## In Support and Recognition of Council on American-Islamic Relations (CAIR), San Diego Chapter

**WHEREAS**, for 10 years the San Diego Chapter of the Council on American-Islamic Relations (CAIR) has been involved in constructive civic engagement in San Diego and Imperial Counties; and

**WHEREAS**, CAIR-San Diego works to promote not only religious and cultural tolerance and understanding but also justice and equality for all who live in the United States; and

**WHEREAS**, with the guidance of Executive Director Hanif Mohebi, CAIR-San Diego has joined the district's Office of Race/Human Relations and Advocacy in promoting equitable educational opportunity for all students and preparing them to succeed in a culturally diverse society; and

**WHEREAS,** CAIR-San Diego has partnered with the district in mediating situations in the schools that involve discrimination and other behavioral issues; and

**WHEREAS**, working with California CAIR, CAIR-San Diego was instrumental in drafting a well-researched report on school bullying that has been presented to the district; and

**WHEREAS**, to further encourage participation in civic life, every year CAIR-San Diego selects local high school juniors and seniors to participate in a mock California Legislature, which takes place in the Capitol in Sacramento; and

**WHEREAS**, on Saturday, November 14, 2015, CAIR-San Diego will celebrate its 10th Anniversary with a banquet, Strengthening Our Voices, Advancing Together.

**NOW, THEREFORE, BE IT PROCLAIMED**, by the San Diego Unified School District Board of Education that it recognizes CAIR-San Diego and thanks the organization for its 10 years of teaching students to accept and honor religious and cultural differences among their peers.

*Adopted and approved by the Board of Education of the San Diego Unified School District at a regular meeting held on the 10th of November 2015.*

_____
Marne Foster, President

_____
John Evans, Vice President

_____
Richard Barrera, Trustee

_____
Kevin Beiser, Trustee

_____
Michael McQuary, Trustee

_____
Cindy Marten, Superintendent

[117]

**EXHIBIT 17**

FY20162017.142 3,8,9,11

**From:** Marten Cynthia
**Sent:** Wednesday, November 09, 2016 9:15 AM
**To:** Anderson Wendy; Sharp Andrew
**Subject:** Re: Please be our guest for CAIR's 11th annual Banquet!

This letter is great. Thank you

--
Cindy Marten
Superintendent
San Diego Unified School District
Work Hard. Be Kind. Dream Big!

**From:** Wendy Anderson <wanderson@sandi.net>
**Date:** Wednesday, November 9, 2016 at 9:07 AM
**To:** Cindy Marten <cmarten@sandi.net>
**Subject:** FW: Please be our guest for CAIR's 11th annual Banquet!

**From:** Sharp Andrew
**Sent:** Tuesday, November 8, 2016 10:35 AM
**To:** Anderson Wendy <wanderson@sandi.net>
**Subject:** Re: Please be our guest for CAIR's 11th annual Banquet!

Want to ask Cindy about the following?

Congratulations to CAIR San Diego!

On behalf of the thousands of Muslim students and families we serve in the San Diego Unified School District, thank you for the important work done by the Council on American-Islamic Relations in San Diego. I also want to extend my personal congratulations on reaching this milestone celebration — your 11th annual banquet. May the Council continue to grow and prosper for many years to come.

As the largest non-profit, grassroots civil rights organization for the Muslim community in America, CAIR serves a vital role in the national life of our country. Locally, we value your strong advocacy for the rights of our Muslim students. We appreciate your commitment to our shared goal of helping our Muslim students — and all students — find their unique voice in our society.

San Diego Unified School District is an amazing network of students, parents, teachers and administrators working together for quality schools in every neighborhood. We are also called on to be San Diego unifiers, bringing our city together to accomplish what is in the best interest of our children. In that shared spirit of peace and understanding, we say thank you to CAIR San Diego for your partnership. We look forward to many years of strong work together to advance justice and challenge hate. Thank you!

Sincerely,

**[119]**

FY20162017.142 3,8,9,11

###

---

**From:** Wendy Anderson <wanderson@sandi.net>
**Date:** Tuesday, November 8, 2016 at 10:08 AM
**To:** Local Admin <asharp@sandi.net>
**Subject:** RE: Please be our guest for CAIR's 11th annual Banquet!

Yes please – COB today is the deadline! Thanks very much.

Wendy Anderson
Confidential Executive Assistant to Cindy Marten
Office of the Superintendent
4100 Normal Street, Room 2219
San Diego, CA  92103
(619) 725-7104
wanderson@sandi.net



---

**From:** Sharp Andrew
**Sent:** Tuesday, November 8, 2016 10:05 AM
**To:** Anderson Wendy <wanderson@sandi.net>
**Subject:** Re: Please be our guest for CAIR's 11th annual Banquet!

Hear back on deadline? I was going to do it today, so long as it's not too late.

Thanks,

--
Andrew Sharp
Chief Public Information Officer
San Diego Unified School District
Direct: 619-725-7112
Cell: 619-252-6848

---

**From:** Wendy Anderson <wanderson@sandi.net>
**Date:** Monday, November 7, 2016 at 4:29 PM
**To:** Local Admin <asharp@sandi.net>
**Subject:** FW: Please be our guest for CAIR's 11th annual Banquet!

Andrew,

Cindy would like to support this request and asked if you could please write a letter of support for Hanif? I've asked him what the deadline is since the event is this coming weekend. Will let you know.

Wendy Anderson
Confidential Executive Assistant to Cindy Marten
Office of the Superintendent
4100 Normal Street, Room 2219
San Diego, CA  92103

**[120]**

FY20162017.142 3,8,9,11

(619) 725-7104
wanderson@sandi.net



**From:** Hanif Mohebi [mailto:hmohebi@cair.com]
**Sent:** Thursday, November 3, 2016 1:39 PM
**To:** Anderson Wendy <wanderson@sandi.net>
**Subject:** RE: Please be our guest for CAIR's 11th annual Banquet!

Oh Wendy
I was wondering would your office be willing to send a letter of support that we can print in our program booklet.  It would be greatly appreciated, let me know thanks

*Hanif Mohebi, Executive Director*
*Council on American-Islamic Relations, San Diego Chapter*
*7710 Balboa Avenue, Suite 326*
San Diego, CA 92111
Telephone/Fax 858-278-4547
Cellphone: 858-774-9991
http://ca.cair.com/sandiego/
hmohebi@cair.com



**Invest in your civil rights by making a contribution today.**
**Donations to CAIR are both tax-deductible and zakat-eligible.**



NOTE:  "This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you are not the intended recipient, or authorized to receive this message for the recipient, please contact the sender by reply email and delete all copies of this message. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice."

**From:** Anderson Wendy [mailto:wanderson@sandi.net]
**Sent:** Thursday, November 03, 2016 1:02 PM
**To:** Nasreen Amira <namira@cair.com>
**Cc:** Hanif Mohebi <hmohebi@cair.com>
**Subject:** RE: Please be our guest for CAIR's 11th annual Banquet!

Dear Ms. Amira and Mr. Mohebi,

**[121]**

FY20162017.142 3,8,9,11

On behalf of Superintendent Marten, thank you so much for the invitation to the Annual Banquet. Unfortunately she's unable to attend as she has a prior commitment that evening. Cindy sends her sincere regrets and best wishes for a spectacular event.

Best regards,
**Wendy Anderson**
Confidential Executive Assistant to Cindy Marten
Office of the Superintendent
4100 Normal Street, Room 2219
San Diego, CA  92103
(619) 725-7104
wanderson@sandi.net



**From:** Hanif Mohebi [mailto:hmohebi@cair.com]
**Sent:** Thursday, October 13, 2016 10:44 AM
**To:** Hanif Mohebi <hmohebi@cair.com>
**Subject:** Please be our guest for CAIR's 11th annual Banquet!

# *Featured Speakers:*
## *Imam Khalid Latif, Dr. Zainab Chaudry and Corey Saylor*

The Council on American-Islamic Relations, San Diego Office (CAIR San Diego), requests the honor of your presence at our **11th Annual Banquet**, Saturday, November 12, 2016, from 6 pm to 9 pm, at the Four Points Sheraton in Serra Mesa.

Please help CAIR San Diego celebrate over a decade of work and service to our local community, and enjoy a thoughtful, exciting program, including insightful comments from our three featured speakers.

CAIR is the largest non-profit, grassroots civil rights organization servinglargely the Muslim community in America, and is dedicated to presenting an Islamic perspective on issues of vital importance to the American public. We seek to empower the Muslim community and educate all Americans through our political and social outreach. Based in Washington, D.C., CAIR has 30 chapters in 22 states, the California Chapter has offices in San Diego, Los Angeles, San Francisco and Sacramento.

Our dynamic San Diego Office is proud to announce this year's banquet them: "Advancing Justice, Challenging Hate", and we are honored to host as our key-note speaker, Executive Director of the Islamic Center of NYU, Imam Khalid Latif.  You'll also hear from Dr. Zainab Chaudry and Corey Saylor who are both from CAIR national.

There are more than 120,000 American Muslims in San Diego County. As our community continues to grow, it is vitally important for us to have your support, and that of all San Diegans.  In the spirit of peace, sharing and understanding, we humbly request your presence at our 11th Annual Banquet, and I look forward to meeting you there, in person.

**[122]**

FY20162017.142 3,8,9,11

Please RSVP as soon as possible with CAIR San Diego at 858-278-4547, or email Nasreen Amira at namira@cair.com.

If you have any questions about the event, please don't hesitate to contact our office.

Note:  You can purchase your tickets online for $50 per person or a table for $500.  After October 29th it would be $65 per person and $650 for the table. For more information see below poster.

*Hanif Mohebi, Executive Director*
*Council on American-Islamic Relations, San Diego Chapter*
*7710 Balboa Avenue*, Suite 326
San Diego, CA 92111
Telephone/Fax 858-278-4547
Cellphone: 858-774-9991
http://ca.cair.com/sandiego/
hmohebi@cair.com

**Invest in your civil rights by making a contribution today.**
**Donations to CAIR are both tax-deductible and zakat-eligible.**



NOTE:  "This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you are not the intended recipient, or authorized to receive this message for the recipient, please contact the sender by reply email and delete all copies of this message. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice."

[123]

FY20162017.142 3,8,9,11



**EXHIBIT 18**

[125]

FY20162017.142 3,8,9,11

| From: | Hudson Melissa |
|---|---|
| Sent: | Friday, April 07, 2017 9:29 AM |
| To: | Kevin Beiser; Hanif Mohebi |
| Subject: | RE: rec letter |
| Attachments: | Ltr of Rec-Hanif Mohebi-040717.pdf |

Attached please find the requested letter. I made a few minor edits.

*Melissa Hudson*
*Confidential Administrative Assistant II*
*Board of Education*
*San Diego Unified School District*
*4100 Normal Street, Room 2231*
*San Diego, CA 92103*
*Phone: (619) 725-5550*
*Fax: (619) 297-5624*
*mmabe2@sandi.net*

 Please consider the environment before printing this e-mail.

**From:** Kevin Beiser [mailto:  Redacted
**Sent:** Tuesday, April 4, 2017 6:55 PM
**To:** Hanif Mohebi <hmohebi@cair.com>
**Cc:** Hudson Melissa <mmabe2@sandi.net>
**Subject:** Re: rec letter

Melissa

Can you please place on letter head with electric signature and email to Hanif Mohebi?

Thank you!

With Students First ,


Kevin Beiser,
Math Teacher of the Year
Vice-President,

San Diego Unified School Board
       Redacted
619-838-5274 mobile

On Apr 4, 2017, at 5:21 PM, Hanif Mohebi <hmohebi@cair.com> wrote:


       Here is a draft, please edit how u like and add to it if you like
       Thank you so much


       ------------------------------------

**[126]**

FY20162017.142 3.8.9.11

To whom it may concern,

I am pleased to recommend Hanif Mohebi for a position on the Human Relations Commission. As the President-Emeritus of the San Diego Unified School District, I have worked directly with Hanif Mohebi on several occasions.

I have personally seen him work tirelessly in the San Diego Community for the past six years to promote religious/cultural tolerance and understanding but also justice and equality for all those who live in the United States. In addition, Hanif has also joined the Office of Race/Human Relations and Advocacy in promoting equitable educational opportunity for all students and preparing them to succeed in a culturally diverse society.

Hanif has also spoken at several of our schools within the district to educate students on Islamophobia and has led workshops for students and teachers to better identify instances of bullying. Finally, Hanif Mohebi has also partnered with the district in mediating situations in schools that involve discrimination and other behavioral issues.

With his experience in dealing with issues of cultural diversity, and dedication to the well-being of all San Diegans, Hanif would make an excellent addition to the Human Relations Commission. There is no doubt in my mind you will be pleased to have him on the Human Relations Commission. If you would like to ask me any questions, please do not hesitate to contact me.

Sincerely, Kevin Bieser

[127]

**EXHIBIT 19**

[128]

# CAIR CALIFORNIA | San Diego Area » Our Board

## CAIR-SD Executive Committee

### 👤 Fahad Ahmad

President

Fahad Ahmad serves on the CAIR-SD executive committee and the CAIR-CA board. He identifies most closely with CAIR's mission of promoting social justice and mutual dialogue to better represent Islamic values in US.  He has been a resident of San Diego for almost 15 years. His professional experience include management of internet and software related products.  He holds an MBA from UC Irvine and a Bachelor of Science degree from UCLA.

### 👤 Saed Younis

#### Vice President

Saed Younis is an entrepreneur and a long time resident of San Diego. He has founded companies in San Diego as well as Jordan, Egypt and UAE. He has been an ardent supporter of CAIR and its core values of justice and civic engagement.

### 👤 Tazheen Nizam

Treasurer

Tazheen Nizam is an accounting and finance professional. She is a strong proponent of social justice, and a volunteer for ACLU of San Diego and the Democratic Club of Vista.  She holds an MBA degree in Finance and Organization Management

### 👤 Lallia Allali

#### Member

Lallia Allali is an active member within the Muslim community as well as with the broader San Diego community.  She works closely with San Diego Unified School district as a volunteer and is on the board for Interfaith Committee for Worker Justice (ICWJ San Diego). She holds a Masters degree in Leadership from University of San Diego.

**[129]**

**EXHIBIT 20**

Doctor of Business Administration at Golden Gate University, with emphasis on finance and investment risk management. In his spare time he enjoys hobbies are reading, tennis and cycling.



## Fahad Ahmad

### Member

Fahad Ahmad serves on the CAIR-San Diego executive committee and the CAIR-CA board. He identifies most closely with CAIR's mission of promoting social justice and mutual dialogue to better represent Islamic values in the U.S. He has been a resident of San Diego for almost 15 years. His professional experience include management of internet and software related products. He holds an M.B.A. from the University of California, Irvine, and a Bachelor of Science degree from University of California, Los Angeles.



## Fawad Shaiq

### Member

Fawad Shaiq has been an active member of the Southern California Muslim community for 10 years in various capacities including leading a masjid youth group and helping to run a social services organization. He is also actively involved in causes of social justice in Los Angeles. He holds degrees from the University of California, San Diego, and the University of California, Los Angeles, and works in construction management.



## Imam Mohamed Taha Hassane

### Member

Imam Mohamed Taha Hassane is currently serving as the Imam and Director of the Islamic Center of San Diego (ICSD). He joined ICSD in September 2004 from the Colorado Muslim Youth Foundation where he served as a youth instructor. Imam Taha graduated from the Institute of Islamic Sciences at the University of Algiers, in Algeria, and served as a high school teacher and Imam in Ténès, Algeria for 10 years before coming to the United States. Imam Taha also holds a Master degree of Theology in Islamic studies from the Graduate Theological Foundation in South Bend, Indiana. In addition to his regular duties at ICSD, Imam Taha is actively involved in many interfaith organizations.

**[131]**

**EXHIBIT 21**

[132]

- Los Angeles
- San Francisco Bay Area
- Sacramento Valley
- San Diego

. Search



Council on American-Islamic Relations
San Diego Chapter

- .
- .
- .

About Us    What We Do    Get Involved    Media    Ways to Give

Contact

**You are here: Home » Ways to Give » Make a One-Time Gift**

## Make a One-Time Gift

### One Time Donation

Please fill out this form to securely make a one-time donation to CAIR San Diego. Thank you for your support! Consider adding CAIR-SD as a recipient to your employer sponsored donation matching program.

Name *

First         Last

Donation Amount *

Does this donation include Zakat?

**[133]**

☐ Yes

We only use Zakat funds to help defend Civil Rights related cases and do not use these for other programs or overhead.

Select a specific program *

Combat Bullying in Schools ▼

Email *

Phone

Address *

Street Address

Address Line 2

City                                          State / Province / Region

                                              ▼

ZIP / Postal Code                             Country

Credit Card Info *

Card Number

Month ▼        Year ▼

Expiration Date                               Security Code

**[134]**

Cardholder Name

Total

$0.00

Newsletter

☑ **Sign up to CAIR San Diego email newsletter to stay informed**

|  Submit  |
|---|



Authorize.Net
Click ›
Credit Card Services

**2017 GOLD**



- Donate Now
- 
- 

Subscribe to Mailing List

email address    | Sign Up |

## Ways to Give

- Make a One-Time Gift
- Monthly Giving
- Other ways to Give
  - Bequests & Estate Planning
  - Stock Gifts

**[135]**

- Donate a Car
- Matching Gifts

## About Us

- Our Mission & Vision
- Our Staff & Interns
- Our Board
- Our Campaigns
- Our Resources & Publications

## What We Do

- Civil Rights
- Civic Engagement
- Community Outreach
- Youth Empowerment
- Challenge Islamophobia

## Get Involved

- Volunteer
- Internships & Law Clerkships
- Book a Workshop
- Take Action
- Career Opportunities

## Media

- Press Releases
- CAIR in the News
- Subscribe to the Media List

[136]

**Ways to Give**

- Make a One-Time Gift
- Monthly Giving
- Other ways to Give

**Contact Us**

- T 858.278.4547

- F 858.278.4547
- *7710 Balboa Avenue*, Suite 326, San Diego, CA 92111
- info@sandiego.cair.com

Copyright © 2017 CAIR California. All rights reserved.
501(c)(3) Non-Profit Organization

[137]

**EXHIBIT 22**

[138]

FY20162017.142 3.8,9,11

| From: | Hanif Mohebi <hmohebi@cair.com> |
|-------|--------------------------------|
| Sent: | Monday, April 03, 2017 5:09 PM |
| To: | Marten Cynthia |
| Subject: | RE: April 4th Meeting and MOU |

You are AWSOME!

Thank you so much, looking forward to seeing you tomorrow.  Are you presenting the power point or is it Linda?

There is a lot of details we can talk about later in person, but just wanted you to know that the short term as well as the long term plans will have some costs, and we would need to figure that out somehow at some level to make sure its practical for both us and the school district.

Thank you very much for your kindness.

Hanif Mohebi, Executive Director
Council on American-Islamic Relations, San Diego Chapter
7710 Balboa Avenue, Suite 326
San Diego, CA 92111
Telephone/Fax 858-278-4547
Cellphone: 858-774-9991
http://ca.cair.com/sandiego/
hmohebi@cair.com

Invest in your civil rights by making a contribution today.
Donations to CAIR are both tax-deductible and zakat-eligible.

NOTE:  "This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you are not the intended recipient, or authorized to receive this message for the recipient, please contact the sender by reply email and delete all copies of this message. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice."

-----Original Message-----
From: Marten Cynthia [mailto:cmarten@sandi.net]
Sent: Monday, April 03, 2017 4:55 PM
To: Hanif Mohebi <hmohebi@cair.com>
Subject: Re: April 4th Meeting and MOU

This is a follow up to our phone call on March 28th. We discussed our plans going forward to implement measures ensuring that schools are safe learning spaces for each and every student; that bullying is not tolerated in any form.

Our plans include several steps over multiple years that include data collection, professional development and support resources being provided. While the details for the implementation of these plans are currently being developed, one thing is clear: you, and your organization---CAIR are key partners in any of our next steps. I look forward to continuing to

**[139]**

| From: | Marten Cynthia |
| --- | --- |
| Sent: | Monday, April 03, 2017 4:55 PM |
| To: | Hanif Mohebi |
| Subject: | Re: April 4th Meeting and MOU |
| Attachments: | LCAP Goal 4 Presentation, 4-4-17.pdf |

This is a follow up to our phone call on March 28th. We discussed our plans going forward to implement measures ensuring that schools are safe learning spaces for each and every student; that bullying is not tolerated in any form.

Our plans include several steps over multiple years that include data collection, professional development and support resources being provided. While the details for the implementation of these plans are currently being developed, one thing is clear: you, and your organization---CAIR are key partners in any of our next steps. I look forward to continuing to partner with you in our next steps. We will be adding additional support to our Family, Community and Youth Engagement Department as we move into our next phase of implementation.

Our Power Point for April 4th outlines our Immediate Steps to Action including steps before school starts in August 2017 and our steps over multiple years. We made several changes to the Power Point for tomorrow night after you spoke with Linda. One of the changes was to add on Page 9: "Explore and engage in formal partnerships with the Council on American-Islamic Relations (CAIR)." You will also see that one of our items over multiple years is to provide a series of professional development opportunities for staff related to awareness of advocacy for Muslim culture. We also plan to provide practical tools for educators regarding Islamic religious practices and accommodations in schools. You are a very important partner as we move forward.

I look forward your continued support and involvement in our next steps and hope to see you tomorrow night.  I am attaching the updated Power Point.

As far as signing up for speakers tomorrow night....you can contact the Board Office and speak to Josefina or Melissa. Cheryl Ward is out today and tomorrow. I will let them know you are going to call.

--
Cindy Marten
Superintendent
San Diego Unified School District
Work Hard. Be Kind. Dream Big!

From: Hanif Mohebi <hmohebi@cair.com>
Date: Tuesday, March 28, 2017 at 4:08 PM
To: Trousdale Linda <ltrousdale1@sandi.net>
Cc: Cindy Marten <cmarten@sandi.net>, Monreal Staci <smonreal@sandi.net>
Subject: April 4th Meeting and MOU


Dear Linda
(copying Cindy, and Stacy)

April 4th is coming up really soon, I am concerned that we have not discussed details of an MOU, partnership or any understanding.  I gave you my comments on the draft presentation you had, and have not heard anything yet.  I understand that its Spring Break, however April 4th meeting is coming up and we need to be on the same page before

**[140]**

FY20162017.142 3.8,9,11

the meeting.  If we don't have time to have a full MOU drafted, we do have time to be on the same page in regards to our partnership and how much we want to invest in this project to serve our students better.

Are we coming on April 4th as a partner or as just a community organization?

Please let know.  Anyone of you can call me at my cell 858-774-9991.  Best wishes and regards.

*Hanif Mohebi, Executive Director*
*Council on American-Islamic Relations, San Diego Chapter*
*7710 Balboa Avenue*, Suite 326
San Diego, CA 92111
Telephone/Fax 858-278-4547
Cellphone: 858-774-9991
http://ca.cair.com/sandiego/
hmohebi@cair.com



Invest in your civil rights by making a contribution today.
Donations to CAIR are both tax-deductible and zakat-eligible.

NOTE:  "This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you are not the intended recipient, or authorized to receive this message for the recipient, please contact the sender by reply email and delete all copies of this message. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice "

[141]

**EXHIBIT 23**

[142]



# Addressing Bullying of Muslim Students

## Addressing Bullying of Muslim Students

The District recently announced an intent to take action specifically to address the bullying of Muslim students. The proposed action will be a part of the district's efforts to protect all students from bullying, intimidation, and discrimination. As we have done with other vulnerable segments of our student population, our intent in drawing attention to the bullying of Muslim students, in particular, is to raise awareness of the issue, and to promote tolerance and understanding. Because we have received a number of questions regarding the District's intent, we have prepared answers to some of the frequently asked questions about this forthcoming initiative.

San Diego Unified follows California state curriculum provided in the 2016 State of California History-Social Science Framework (https://www.sandiegounified.org/sites/default/files_link/district/files/anti-bullying/appendix-e-religion-and-history.pdf).

## Why are Muslim students getting special treatment?

Muslim students are not getting special treatment.  The District takes seriously the bullying of any student, and we have programs and procedures already in place to address bullying. The reason we are calling particular attention to the bullying of Muslim students at this time is that we have received reports from students and families who have expressed concerns about the safety of their students. We want to assure our students and families that our schools are safe places for all students. We know they cannot learn if they are afraid. This initiative to combat Islamophobia is focused on promoting awareness and understanding among students of different cultures, with the intent of eliminating the fear faced by children.

## What do you do to protect non-Muslim students and groups from bullying?

Regarding all students, we work hard to protect students from bullying and discrimination. That is why we recently implemented an online bullying reporting mechanism to allow students to make their voices heard without fear. Our anti-bullying program has assigned staff and serves students and other departments through trainings, curriculum review and other activities. Our work to protect Muslim students is not a separate effort but, rather, encompassed within these existing programs.

## How much will this cost?

It is too early to say whether there will be any additional cost. At this point, we have not added any staff to our anti-bullying program; which may be necessary due to the increase in bullying reports. Any changes to the anti-bullying program will be laid out before the end of the school year with a goal of having it in place at the start of the fall semester.

## How much money is going to CAIR?                                      [143]

None. The Council on Islamic Relations (CAIR) has been very generous in offering its time, advice and guidance to the district on ways to prevent bullying against Muslim students. However, they have not been paid, nor do we intend to contract with CAIR. The District's anti-bullying program has been developed and implemented by District staff.

## Are you implementing Sharia law?

No. Sharia law is a body of religious law forming part of the Islamic tradition. It is derived from the religious precepts of Islam, particularly the Quran and the Hadith. The District does not implement, teach, or promote adherence to religious law of any kind.

## Does this violate the separation between church and state?

No. San Diego Unified does not promote nor teach any religion. San Diego Unified follows California state curriculum provided in the 2016 State of California History-Social Science Framework (https://www.sandiegounified.org/sites/default/files_link/district/files/anti-bullying/appendix-e-religion-and-history.pdf), which includes discussion of world religions in the context of world history. We welcome all students from all faiths within our school community.

## What calendar will feature Muslim holidays?

The district maintains a calendar to share parent meeting information: https://www.sandiegounified.org/calendar (https://www.sandiegounified.org/calendar) . At the time, it does not contain holidays related to any faith. Our plan is to add major holidays for all faiths to help principals and individual school communities plan events at times that are least disruptive to the populations they serve, and to encourage maximum participation. It will be a resource to assist schools — not an advertisement or promotion of any religious holiday.

## Will children get Muslim holidays off?

No.

## Are you endorsing Islam?

No. Again, Islam is discussed in the context of its impact on world history. We do not teach or promote Islam or any other religion.

## What does it mean that Muslim students will have safe spaces on campus?

We believe all our schools should be safe places for all our students. In this context, we mean our Muslim students should be able to attend school without fear of bullying.

**[144]**

## Why partner with CAIR?

Because CAIR has broad reach, it was helpful to have input on what the specific concerns of our Muslim community are and on what actions might serve to address those concerns. That has been the extent of our partnership. CAIR has not contributed to our curriculum.

**[145]**

**EXHIBIT 24**

[146]

FY20162017.142 Requests 4,5 and 8 Part 1

Thank you Cindy. I will review your notes. I have been meeting regularly with Hanif and the team.
Kind regards,
Linda


Linda Trousdale
Executive Director, Student Services
San Diego Unified School District
Education Center, Room 2214
Phone: 619-725-7085
Cell: 858-444-5909
Fax: 619-260-0715

**From:** Cynthia Marten (via Google Docs) [drive-shares-noreply@google.com]
**Sent:** Wednesday, March 15, 2017 1:30 PM
**To:** Trousdale Linda
**Subject:** CAIR / Hanif Mohebi - Invitation to edit

Cynthia Marten has invited you to **edit** the following document:



# CAIR / Hanif Mohebi

Linda, these are my notes from our September meeting with CAIR. I hope the presentation you are preparing follows the format of these notes that are based their requests and the board's frame for how they wanted us to develop our plan. also include the bill that was discussed. the frame includes: 1. curriculum. 2. pd 3. metrics, etc...see the google doc

Open in Docs

Google Docs: Create and edit documents online.

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a document with you from Google Docs.

[147]

**EXHIBIT 25**

[148]

Responsive Documents FY20162017.142 Request 4

| | |
|---|---|
| **From:** | Woehler Christopher |
| **Sent:** | Tuesday, March 07, 2017 7:45 AM |
| **To:** | Trousdale Linda |
| **Subject:** | RE: Muslim Instructional Materials |

Thanks for the info.  The team seemed to be interested in purchasing titles for the IMC collection and asked if we had funding to do so.  When they mentioned your name, I thought I'd reach out.  They stressed urgency with Ramadan coming soon.  I asked them to email us a list of the titles/authors and quantities they were looking to place in the IMC collection.  They thought the cost would be somewhere around $2,000 and at this point, there is a spending freeze on the discretionary funds we use to support the IMC.  Once I receive their email, I'll reach out to you.

Everything is OK with me too.  My household is a few years too young to accept a SERP, so I hope to be here for another 5 years.  It's a shame we are going through another budget crisis....again, but we have our health!

Talk to you very soon, my friend.

Chris Woehler
Manager, Instructional Materials & Williams Coordinator
Instructional Resources and Materials Department
2441 Cardinal Lane, SD CA 92123
(858)496-8461

**From:** Trousdale Linda
**Sent:** Monday, March 6, 2017 4:28 PM
**To:** Woehler Christopher <cwoehler@sandi.net>
**Subject:** RE: Muslim Instructional Materials

Hi Chris,
I am working with the team for a Board presentation on April 4th. One of the areas that we have been asked to look at is curriculum resources and books would fall into that category.  This team has begun a list of books that they consider as good resources that could be utilized in a classroom.

What I had wanted them to find out from your team was if any of the books that they are considering already exist in our libraries or in the IMC for check out.  We had discussed that was the first step and that funding may need to be handled differently in light of our current budget crisis.  There was not an expectation that the resources would be funded through your office. Of course if you have funds that you would like to share, we could be convinced to share nicely. HAHA!

They are very eager to support this work.

I am doing well and the family is fine. Both kids graduate college in May so that is strange.  College funding will continue with grad school etc... YIKES!
How is everything for you? I miss seeing you on a regular basis.
Kind regards,
Linda

Linda Trousdale
Executive Director, Student Services
San Diego Unified School District
Education Center, Room 2214
Phone: 619-725-7085

**[149]**