MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
JENNIFER M. FONTAINE (SBN 258901)
jfontaine@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants Richard Barrera; Kevin Beiser; John Lee Evans; Michael McQuary; Sharon Whitehurst-Payne; Cynthia Marten

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR QUALITY EDUCATION SAN DIEGO, an unincorporated nonprofit association; SAN DIEGO ASIAN AMERICANS FOR EQUALITY FOUNDATION, a nonprofit public-benefit corporation; SCOTT HASSON individually and as next friend on behalf of his minor child, C.H.; CHAOYIN HE, individually and as next friend on behalf of her minor child, B.H.; XUEXUN HU, individually and as next friend on behalf of his minor child, R.H.; KEVIN STEEL and MELISSA STEEL, individually and as next friends on behalf of their minor child, K.S.; JOSE VELAZQUEZ, individually and as next friend on behalf of his minor child, J.V., <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO UNIFIED SCHOOL DISTRICT; RICHARD BARRERA, in his official capacity as Board President; KEVIN BEISER, in his official capacity as Board Vice President; JOHN LEE EVANS, in his official capacity as Board member; MICHAEL MCQUARY in his official capacity as Board member; SHARON WHITEHURST-PAYNE, in her official | Case No. 17CV1054 BAS JMA <br><br> **JOINT MOTION TO DEFER RULING ON PLAINTIFFS' EX PARTE APPLICATION AND CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge:  Hon. Cynthia Bashant <br> Magistrate Judge: Hon. Jan M. Adler <br> Trial Date:  Not Set |

capacity as Board member; CYNTHIA MARTEN, in her official capacity as Superintendent ,

Defendants.

Defendants Richard Barrera, Kevin Beiser, John Lee Evans, Michael McQuary, Sharon Whitehurst-Payne, Cynthia Marten (collectively "Defendants") and Plaintiffs (collectively, "Parties") hereby submit this Joint Motion for an order stating that the Court will not rule upon Plaintiffs' Ex Parte Application for Limited Expedited Discovery (ECF No. 25) at this time and continuing the hearing on Plaintiffs' Motion for Preliminary Injunction (ECF No. 26) from March 26, 2018 until April 23, 2018 for the following reasons:

1. Plaintiffs filed an Ex Parte Application for Limited Expedited Discovery (ECF No. 25) and a Motion for Preliminary Injunction (ECF No. 26) on February 20, 2018. Plaintiffs' Ex Parte Application seeks responses to four requests for production on an expedited and early basis in order to gather information potentially relevant to their Motion for Preliminary Injunction. The Motion for Preliminary Injunction is currently scheduled for hearing on March 26, 2018.

2. Defendants are not opposed to providing responses to early requests for production. However, responses to Plaintiffs' requests for production require a search of San Diego Unified School District's email server, which includes thousands of employees. Once responsive hits are located, they must be reviewed for responsiveness and privilege. Therefore, Defendants will not be able to produce the requested documents within seven days, or sufficiently in advance of the March 26, 2018 hearing on Plaintiffs' Motion for Preliminary Injunction.

3. Defendants would also like additional time to identify the responsive hits to Plaintiffs' requests for production to determine whether the document categories included in Plaintiffs' requests for production are overbroad or unduly burdensome. Plaintiffs have committed to meet and confer with Defendants

regarding any such concerns during the production process.

4. Plaintiffs are not opposed to Defendants' request for additional time to locate and review the responsive documents.

5. The Parties agree that deferring a ruling on Plaintiffs' Ex Parte Application and continuing the hearing on Plaintiffs' Motion for Preliminary Injunction by four weeks is reasonable and will be more efficient for both the Parties and the Court.

6. The Parties do not submit this Joint Motion with the intent to cause unnecessary delay.

WHEREFORE, the Parties request this Court issue an order (1) stating that it will not rule upon Plaintiffs' Ex Parte Application at this time and (2) continuing the hearing on Plaintiffs' Motion for Preliminary Injunction from March 26, 2018 until April 23, 2018.

SO STIPULATED.

Dated: February 26, 2018        PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:  */s/ Jennifer M. Fontaine*
MICHAEL C. SULLIVAN
JENNIFER M. FONTAINE
Attorneys for Defendants Richard Barrera; Kevin Beiser; John Lee Evans; Michael McQuary; Sharon Whitehurst-Payne; Cynthia Marten

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

3

Case No. 17CV1054 BAS JMA

| | | |
|---|---|---|
| 1 | Dated: February 26, 2018 | FREEDOM OF CONSCIENCE DEFENSE FUND |

By: _/s/ Teresa L. Mendoza_
CHARLES S. LIMANDRI
TERESA L. MENDOZA
Attorneys for Plaintiffs

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Teresa L. Mendoza, counsel for Plaintiffs, and I have obtained Ms. Mendoza's authorization to affix her electronic signatures to this document.

Dated: February 26, 2018    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: _/s/ Jennifer M. Fontaine_
MICHAEL C. SULLIVAN
JENNIFER M. FONTAINE
Attorneys for Defendants Richard Barrera; Kevin Beiser; John Lee Evans; Michael McQuary; Sharon Whitehurst-Payne; Cynthia Marten

# PROOF OF SERVICE

**Citizens for Quality Education San Diego et al. v. San Diego Unified School District et al.**
**Case No. 17cv01054-BAS JMA**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On February 26, 2018, I served true copies of the following document(s) described as **JOINT MOTION TO DEFER RULING ON PLAINTIFFS' EX PARTE APPLICATION AND CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action as follows:

Charles S. LiMandri
Paul M. Jonna
Teresa L. Mendoza
Jeffrey M. Trissell
Freedom of Conscience Defense Fund
P.O. Box 9520
Rancho Santa Fe, CA  92067
Telephone: (858) 759-9948
Facsimile: (858) 759-9938
E-Mail: cslimandri@limandri.com
Attorneys for Plaintiffs

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2018, at San Diego, California.

_____
Amy Dickey

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

Case No. 17CV1054 BAS JMA