# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR QUALITY EDUCATION SAN DIEGO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO UNIFIED SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | Case No. 17-cv-1054-BAS-JMA <br><br> **ORDER TERMINATING JOINT MOTION** <br><br> **[ECF No. 29]** |

Presently before the Court is a joint motion filed by the parties to permit Plaintiffs to conduct third party discovery prior to the Rule 26(f) conference. (ECF No. 29.) Defendants have stipulated to permitting Plaintiffs to serve a subpoena on the Council on American-Islamic Relations ("CAIR"). (*Id.* ¶5; Ex. 1.) According to the motion, "Plaintiffs seek discovery from CAIR . . . in order to gather information potentially relevant to their pending motion for preliminary injunction." (*Id.* ¶4.) The subpoena appears to have already been served on CAIR with a response date of March 26, 2018 set. (*Id.* Ex. 1.)

Under the Federal Rules of Civil Procedure, the parties "may not seek

1 discovery from any source" until after the Rule 26(f) conference unless they stipulate
2 to such or the court permits such pre-conference discovery.  FED. R. CIV. P. 26(d)(1).
3 Because the parties have stipulated to permitting this discovery, no court order is
4 needed to authorize this discovery before the Rule 26(f) conference and the Court
5 does not express any view on the relevance of the document requests.  CAIR will
6 have the right to quash the subpoena under Federal Rule of Civil Procedure 45.  FED.
7 R. CIV. P. 45(d)(3).

8     For the foregoing reason, the Court **TERMINATES** the joint motion.  (ECF
9 No. 29.)  The Court, however, advises the parties that the hearing date on the
10 preliminary injunction motion will <u>not</u> be continued due to any discovery disputes
11 that may arise from the subpoena.

12     **IT IS SO ORDERED.**

14 DATED:  March 14, 2018

Hon. Cynthia Bashant
United States District Judge