1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10  CITIZENS FOR QUALITY
    EDUCATION SAN DIEGO, *et al*.,        Case No. 17-cv-1054-BAS-JMA
11
                              Plaintiffs,   **ORDER GRANTING *EX PARTE***
12                                          **REQUEST AND TAKING**
                                            **NOTICE OF SUPPLEMENTAL**
13        v.                                **AUTHORITY**

14  SAN DIEGO UNIFIED SCHOOL                **[ECF No. 61]**
    DISTRICT, *et al*.,
15
                              Defendants.
16

17        Plaintiffs have filed another *ex parte* motion in connection with their pending
18  motion for a preliminary injunction.  (ECF No. 61.)  This particular motion requests
19  leave to file a notice of supplemental authority regarding the Ninth Circuit's July 25,
20  2018 decision in *Freedom from Religion Foundation, Inc. v. Chino Valley Unified*
21  *School District Board of Education*, No. 16-55425, 2018 WL 3552446 (9th Cir. July
22  25, 2018).  Although the Court was aware of this authority, the Court **GRANTS** this
23  *ex parte* request.  Because Plaintiffs have included a copy of the authority with their
24  motion, the Court advises Plaintiffs that no further action is necessary.  By this order,
25  the Court takes notice of the supplemental authority.

26        **IT IS SO ORDERED.**

27
                                            Hon. Cynthia Bashant
                                            **United States District Judge**
28  **DATED:  August 1, 2018**