UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Citizens For Quality Education San Diego**, *et al.*,<br><br>Plaintiffs;<br><br>v.<br><br>**Richard Barrera, in his official capacity as Board President of the San Diego Unified School District**, *et al.*,<br><br>Defendants. | Case No. 3:17-cv-1054-BAS (JMA) |

**DECLARATION OF CHARLES S. LiMANDRI IN SUPPORT OF**

**TERESA L. MENDOZA'S MOTION FOR LEAVE**

**TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

I, Charles S. LiMandri, declare as follows:

1. I am admitted to practice law before this Court, and I am counsel of record for the plaintiffs in this case. This declaration is in support of Teresa L. Mendoza's Motion for Leave to Withdraw as Counsel for Plaintiffs. I have personal knowledge of the matters set forth below, and if called upon to do so, I could and would competently testify about

1 | those matters.

2. The facts set forth in the attached Memorandum of Points and Authorities are true and accurate to the best of my belief and knowledge.

3. Teresa L. Mendoza, an associate at the Freedom of Conscience Defense Fund and a counsel of record for Plaintiffs in this case, seeks leave to withdraw as counsel.

4. Ms. Mendoza is on long-term medical leave and is therefore unable to represent Plaintiffs.

5. I will continue to represent Plaintiffs in this case, and Ms. Mendoza's withdrawal will cause no prejudice to any party.

6. Pursuant to Local Rule 83.3, all parties have been served notice of Ms. Mendoza's withdrawal as counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2018          Respectfully submitted,

By: /s/ Charles S. LiMandri
Charles S. LiMandri
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, California 92067
Tel: (858) 759-9948; Fax: (858) 759-9938
cslimandri@limandri.com