Charles S. LiMandri, SBN 11084
Paul M. Jonna, SBN 265389
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, California 92067
Tel: (858) 759-9948; Fax: (858) 759-9938
cslimandri@limandri.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Citizens For Quality Education San Diego,** *et al.***,** <br><br> Plaintiffs; <br> v. <br><br> **Richard Barrera,** *et al.***,** <br><br> Defendants. | Case No. 3:17-cv-1054-BAS (LL) <br><br> **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE SCHEDULE** |

The parties wish to inform the Court that they have reached a settlement in principle in the above-captioned case and are in the process of drafting a final settlement agreement. The parties therefore jointly request that the Court vacate the current scheduling order and all other upcoming deadlines and hearings, including the ENE Conference scheduled for tomorrow, February 6, 2019.

///

///

///

///

///

17cv1054

1

Respectfully submitted,

2  Dated:  February 5, 2019     FREEDOM OF CONSCIENCE DEFENSE FUND

3

4                              By:      /s/ Charles S. LiMandri

5                                       CHARLES S. LIMANDRI
                                        PAUL M. JONNA
6                                       JEFFREY M. TRISSELL.

7
                                        Attorneys for PLAINTIFFS
8

9

10  Dated:  February 5, 2019    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

11

12                             By:       /s/ Jennifer M. Fontaine

13                                       MICHAEL C. SULLIVAN
                                         JENNIFER M. FONTAINE
14

15                                       Attorneys for DEFENDANTS

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

*Citizens for Quality Educ. San Diego, et al.  v. San Diego Unified School District, et al.*
Case No.: 3:17-cv-1054-BAS-JMA

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9520, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE SCHEDULE**.

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Jennifer M. Fontaine, Esq.
Paul, Plevin, Sullivan & Connaughton LLP
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Tel: (619)237-5200; Fax: (619) 615-0700
E-Mail:  jfontaine@paulplevin.com
**Attorneys for Defendants San Diego Unified School District; Richard Barrera; Kevin Beiser; John Lee Evans; Michael McQuary; Sharon Whitehurst-Payne; Cynthia Marten**

__X__ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.  Executed on February 5, 2019, at Rancho Santa Fe, California.

_____
Kathy Denworth

1

CERTIFICATE OF SERVICE